UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SHAOHUA (MICHAEL) YIN,<br><br>　　　　　Defendant, and<br><br>LIZHAO SU, ZHIQING YIN, JUN QIN, YAN ZHOU, and BEI XIE,<br><br>　　　　　Relief Defendants. | Case No.<br><br>**DECLARATION OF JAN JINDRA IN SUPPORT OF *EX PARTE* APPLICATION FOR AN ORDER TO SHOW CAUSE, FOR AN ASSET FREEZE, AND FOR OTHER RELIEF** |

I, Jan Jindra, in accordance with 28 U.S.C. § 1746, declare the following:

1.　　　I am a Financial Economist in the Division of Economic and Risk Analysis of the Securities and Exchange Commission ("SEC"). I am responsible for, among other things, performing financial and economic analyses to assist the SEC and the staff of the Enforcement Division of the SEC in investigations and litigation matters. In the course of performing my duties with the SEC, I have previously assisted in other civil and criminal matters by analyzing the profitability of insider trading schemes. I hold a Ph.D. in finance from the Ohio State University. Prior to joining the SEC, I was an assistant professor of finance at Menlo College and a visiting assistant professor of finance at the Ohio State University. I have also worked at Cornerstone Research, most recently as a senior manager. Cornerstone Research is an economic and financial consulting firm that specializes in the application of economic and finance principles in commercial litigation and regulatory proceedings. I have over 16 years of experience conducting quantitative analyses involving securities transactions and calculating ill-gotten gains.

1

2. I make this declaration in support of the SEC's *Ex Parte* Application for an Order to Show Cause, for an Asset Freeze, and for Other Relief. I have personal knowledge of each of the matters set forth below, and if called upon as a witness, I could and would competently testify as to the facts stated herein.

3. In the course of my employment with the SEC, I analyze brokerage account records, trade blotters, publicly-available data on daily trading volume and closing prices for securities, and public press reports and other company-specific news and information, and I make calculations and observations based upon those voluminous records. These documents are of the type reasonably relied upon by financial economists when analyzing and calculating securities trading profits, trading volumes, and relative profitability of specific trades.

4. Pursuant to my duties as a financial economist with the SEC, I reviewed the following records – which are voluminous and cannot be conveniently examined in court – in connection with this declaration ("Trading Data"):

(a) from account opening through December 31, 2016, all monthly brokerage statements; and from account opening through January 30, 2017, all trade blotters for the following accounts at Interactive Brokers LLC ("Interactive Brokers"): (i) account number UXXX9828, nominally owned by defendant Lizhao Su (the "Su Interactive Brokers Account"); (ii) account number UXXX9198, nominally owned by defendant Zhiqing Yin (the "Z. Yin Interactive Brokers Account"); (iii) account number UXXX8920, nominally owned by defendant Jun Qin (the "Qin Interactive Brokers Account"); (iv) account number UXXX3862, nominally owned by defendant Bei Xie (the "Xie Interactive Brokers Account"); and (v) account number UXXX1566, nominally owned by defendant Yan Zhou (the "Zhou Interactive Brokers Account" and, collectively, with the others, the "Interactive Brokers Accounts");

2

(b) monthly brokerage statements and trade blotters for the following accounts at Fidelity Brokerage Services LLC ("Fidelity"), all nominally owned, either solely or jointly, by defendant Shaohua Yin: (i) account number XXX-XX9920; (ii) account number XXX-XX1290[1]; (iii) account number XXX-XX3404; (iv) account number XXX-XX2962 (collectively, the "S. Yin Fidelity Accounts");

(c) daily trading volume and closing stock prices for certain securities traded in the Interactive Brokers Accounts, which I retrieved from the Center for Research in Securities Prices (CRSP) database and from Bloomberg;

(d) historical daily foreign exchange rates published by the Board of Governors of the Federal Reserve System; and

(e) the following published information on the announcement of change of control, merger, and acquisition transactions, which I retrieved from SDC Platinum, a database commonly used by researchers analyzing merger and acquisition activity, and through public press searches:

    (i) "Giant Interactive (GA) Receives $11.75/Sh Offer from Chairman and Baring Private Equity Asia" November 25, 2013: http://www.streetinsider.com/Mergers+and+Acquisitions/Giant+Interactive+(GA)+Receives+$11.75Sh+Offer+from+Chairman+and+Baring+Private+Equity+Asia/8921355.html, a true and accurate copy of which is attached as **Exhibit 1**.

    (ii) "Advert sites 58.com and Ganji.com agree to merge" April 14, 2015: http://www.ft.com/cms/s/0/366441d2e28811e4ba3300144feab7de.html#axzz4DaNVJkAB, a true and accurate copy of which is attached as **Exhibit 2**.

    (iii) "58.com Acquires Strategic Stake In Ganji.com and Announces Additional Investment by Tencent" April 17, 2015: http://58.investorroom.com/2015-04-17-58-com-Acquires-Strategic-Stake-In-Ganji-com-and-Announces-Additional-Investment-by-

---

[1] There was no trade blotter for this account and the account statements showed zero balance.

Tencent, a true and accurate copy of which is attached as **Exhibit 3**.

(iv) "Ctrip Acquires Strategic Stake in eLong" May 22, 2015: http://www.prnewswire.com/news-releases/ctrip-acquires-strategic-stake-in-elong-300087779.html, a true and accurate copy of which is attached as **Exhibit 4**.

(v) "Ctrip Announces Share Exchange Transaction with Baidu" October 26, 2015: http://ir.ctrip.com/phoenix.zhtml?c=148903&p=irol-newsArticle&ID=2100975, a true and accurate copy of which is attached as **Exhibit 5**.

(vi) "Ctrip, Qunar Surge as Deal Lessens China Travel Competition" October 26, 2015: http://www.bloomberg.com/news/articles/2015-10-26/ctrip-qunar-soar-in-u-s-on-china-online-travel-partnership, a true and accurate copy of which is attached as **Exhibit 6**.

(vii) "Jinpan International Limited Enters Into A Merger Agreement" January 25, 2016: http://www.jinpaninternational.com/news/jinpan-international-limited-enters-merger-agreement, a true and accurate copy of which is attached as **Exhibit 7**.

(viii) "Comcast is reportedly in talks to acquire DreamWorks Animation in a multibillion deal" April 26, 2016: http://www.businessinsider.com/comcast-may-acquire-dreamworks-animation-2016-4, a true and accurate copy of which is attached as **Exhibit 8**.

(ix) "Comcast in Talks to Buy DreamWorks Animation for More Than $3 Billion" April 27, 2016 http://www.wsj.com/articles/comcast-in-talks-to-buy-dreamworks-for-more-than-3-billion-1461720380?cb=logged0.5876850452535496, a true and accurate copy of which is attached as **Exhibit 9**.

(x) "NBC Universal Announces DreamWorks Animation Acquisition" April 28, 2016: http://corporate.comcast.com/news-information/news-feed/nbcuniversal-announces-dreamworks-animation-acquisition, a true and accurate copy of which is attached as **Exhibit 10**.

(xi) "Lattice Semiconductor to be Acquired by Canyon Bridge Capital Partners, Inc. for $1.3 Billion" November 3, 2016: http://www.businesswire.com/news/home/20161103005762/en/Lattice-Semiconductor-Acquired-Canyon-Bridge-Capital-Partners, a true and accurate copy of which is attached as **Exhibit 11**.

5. Based on my review of the Trading Data, I determined that the Interactive Brokers

Accounts traded in, among other stocks, the securities of the following companies:

    (a)    DreamWorks Animation SKG, Inc. (NASDAQ: DWA) ("DreamWorks");

    (b)    Giant Interactive Group, Inc. (NYSE: GA) ("Giant Interactive");

    (c)    58.com Inc. (NYSE: WUBA) ("58.com");

    (d)    CTrip.com International Ltd. (NASDAQ: CTRP) (CTrip");

    (e)    Jinpan International Limited (NASDAQ: JST) ("Jinpan"); and

    (f)    Lattice Semiconductor Corporation (NASDAQ: LSCC) ("Lattice").

**A.    Trading in DreamWorks (DWA)**

6.    Based on my review of the Trading Data, from April 1, 2016 through the market close on April 26, 2016, shares of DreamWorks common stock traded in the range of $23.78 to $27.71 per share. According to a report published on www.businessinsider.com after the markets closed on April 26, 2016 and entitled "Comcast is reportedly in talks to acquire DreamWorks Animation in a multibillion deal," Comcast Corporation ("Comcast") was in discussions to acquire DreamWorks for over $3 billion. *See* **Exhibit 8**. Then, in a joint press release issued on April 28, 2016 by DreamWorks and Comcast, it was announced Comcast would acquire DreamWorks at a price of $41 per share. *See* **Exhibit 10**.

7.    According to the Trading Data I reviewed, on April 27, 2016, DreamWorks' stock closed at $32.20, up $5.08 or 18.7% from its prior close, and on April 28, 2016, DreamWorks' stock closed at $39.95, up $7.75 or 24.1% from its prior close of $32.20. In all, DreamWorks' share price increased by 47.3% from the close of market on April 26, 2016 to the close of market on April 28, 2016 (i.e., $39.95/27.12 − 1).

8.    I analyzed the Interactive Brokers Accounts' trading in DreamWorks common stock in advance of the April 26 and 28, 2016 disclosures regarding the DreamWorks-Comcast deal, and in particular, the dates, transaction prices, and weighted averages at which those trades occurred

during the period of April 4, 2016 to April 25, 2016. I calculated profits before commission, fees, and any credits accruing to the Interactive Brokers Accounts due to actual securities purchases and sales by those accounts. In summary, the Trading Data shows the following:

(a) None of the Interactive Brokers Accounts traded in DreamWorks common stock prior to April 4, 2016.

(b) The Su Interactive Brokers Account purchased 847,500 shares of DreamWorks common stock from April 4, 2016 through April 21, 2016, at a cost of $21,882,573. Beginning on April 28, 2016, all of those shares were sold out of the account, resulting in a gain of $11,990,100.

(c) The Z. Yin Interactive Brokers Account purchased 996,832 shares of DreamWorks common stock from April 5, 2016 through April 25, 2016, at a cost of $26,565,441. Beginning on April 28, 2016, all of those shares were sold out of the account, resulting in a gain of $13,287,438.

(d) The Qin Interactive Brokers Account purchased 201,654 shares of DreamWorks common stock from April 12, 2016 through April 19, 2016, at a cost of $5,287,502. Beginning on April 28, 2016, all of those shares were sold out of the account, resulting in a gain of $2,766,318.

(e) The Zhou Interactive Brokers Account purchased 65,400 shares of DreamWorks common stock – 50,000 of which the account still owned as of April 26, 2016 – from April 11, 2016 through April 21, 2016; the cost of those 50,000 shares was $1,300,133. Beginning on April 27, 2016, all of those shares were sold out of the account, resulting in a gain of $399,867.

(f) The Xie Interactive Brokers Account purchased 80,549 shares of DreamWorks common stock – 50,000 of which the account still owned as of April 26, 2016 – from

April 5, 2016 through April 14, 2016; the cost of those 50,000 shares was $1,295,729. Beginning on April 27, 2016, those 50,000 shares were sold out of the account, resulting in a gain of $605,577.

9. In the aggregate, the five Interactive Brokers Accounts held 2,145,986 shares of DreamWorks common stock as of April 27, 2016, which had been purchased from April 4, 2016 through April 25, 2016 at a cost of $56,331,378. Those 2,145,986 shares were bought at prices ranging from $24.07 to $27.39, with a weighted average price of $26.25. The 2,145,986 shares of DreamWorks common stock were sold at a combined profit of $29,049,300. The activity of each account is summarized in a spreadsheet, which is attached as **Exhibit 12;** and **Exhibit 13** contains a daily summary of the DreamWorks common shares transacted and the costs of those shares for each of the Interactive Brokers accounts in advance of the April 26 and 28, 2016 disclosures.

**B.     Trading in Giant Interactive Group (GA)**

10. In a press release issued on November 24, 2013 by Giant Interactive, it was announced that Giant Interactive had received a non-binding proposal from a consortium of private equity investors to take the company private at a price of $11.75 per share. *See* **Exhibit 1**.

11. According to the Trading Data I reviewed, on November 25, 2013, Giant Interactive stock closed at $11.41, up $1.28 or 12.64% from its prior close of $10.13.

12. I analyzed the Interactive Brokers Accounts' trading in Giant Interactive stock in advance of the November 24, 2013 press release. The Trading Data shows that the Su Interactive Brokers Account purchased a total of 758,751 shares of Giant Interactive stock on November 21, 2013 and November 22, 2013, at a cost of $7,318,438. Beginning on November 25, 2013, all of those shares were sold out of the account, resulting in a gain of $1,275,857. *See* **Exhibit 12**.

**C.     Trading in 58.com Inc. (WUBA)**

13. According to an April 14, 2015 report published by Financial Times at 10:12 AM (3:12 PM "London time" per www.ft.com), and entitled "Advert sites 58.com and Ganji.com agree

to merge," 58.com and Ganji.com had signed a memorandum of understanding on March 14, 2015. *See* **Exhibit 2**. Then, in a press release issued on April 17, 2015 by 58.com before the stock market opened, it was announced that 58.com had acquired a strategic stake in Ganji.com and that Tencent.com, one of 58.com's largest shareholders, had made an additional $400 million investment in 58.com. *See* **Exhibit 3**.

14. According to the Trading Data I reviewed, on April 14, 2015, 58.com's stock price closed at $67.87, an increase of $17.04 or 33.5% from its prior close of $50.83, and on April 17, 2015, 58.com's stock price closed at $70.50, up another $2.93 or 4.3% from its prior close of $67.57.

15. I analyzed the Interactive Brokers Accounts' trading in 58.com stock in advance of the April 17, 2015 press release. The Trading Data, summarized in **Exhibit 12**, shows that:

(a) The Su Interactive Brokers Account purchased 350,000 shares of 58.com stock, at a cost of $20,541,435, and 600 option contracts in 58.com, at a cost of $245,000. The 350,000 shares and 600 option contracts were sold out of the account for a total gain of $3,882,095. I observed the following in regards to the timing of the purchases and sales:

> (i) 27,506 shares were purchased on April 14, 2015 between 10:02 AM and 10:11 AM, i.e. prior to the Financial Times articles publication at 10:12 AM; and were sold on April 14, 2015 at 11:58 AM;
>
> (ii) 122, 494 shares were purchased on April 14, 2015 from 10:12 AM through 10:21 AM and were also sold on April 14, 2015;
>
> (iii) a total of 200,000 shares were purchased on April 14, 2015 (after the Financial Times article was published) and on April 15, 2015; these shares were sold during market hours on April 17, 2015; and

8

(iv) 600 option contracts were purchased between 10:13 AM and 10:16 AM on April 14, 2015, of which 400 were sold later that day and 200 were sold during market hours and April 17, 2015.

(b) The Zhou Interactive Brokers Account purchased 50 option contracts in 58.com stock, at a cost of $25,200 from 10:08 AM on April 14, 2015, i.e. prior to the Financial Times articles publication at 10:12 AM. Beginning on April 14, 2015 at 11:51 AM, all of those options were sold out of the account for a gain of $44,800.

**D. May 2015 Trading in CTrip.com International Ltd. (CTRP)**

16. In a press release issued on May 22, 2015 by CTrip, it was announced that CTrip had purchased from Expedia, Inc. a stake in eLong, Inc., and also that the company had reached a cooperation agreement with Expedia, Inc. *See* **Exhibit 4**.

17. According to the Trading Data I reviewed, on May 22, 2015, CTrip's stock price closed at $84.63, up $12.97 or 17.6% from its prior close of $71.66.

18. I analyzed the Interactive Brokers Accounts' trading in CTrip in advance of the May 22, 2015 press release. The Trading Data, summarized in **Exhibit 12**, shows that the Su Interactive Brokers Account purchased 168,098 shares of CTrip common stock from April 24, 2015, at a cost of $10,926,897. Beginning on May 22, 2015, all of those shares were sold out of the account, resulting in a gain of $2,409,822.

**E. October 2015 Trading in CTrip.com International Ltd. (CTRP)**

19. In a press release issued on October 26, 2015 by CTrip, Qunar Cayman Islands ("Qunar Cayman Islands"), and Baidu, Inc. ("Baidu"), it was announced that Baidu, in a three-way agreement, had sold its stake in Qunar Cayman Islands to CTrip in exchange for shares of CTrip common stock. *See* **Exhibits 5 and 6**.

20. According to the Trading Data I reviewed, on October 26, 2015, CTrip's stock price

closed at $90.78, up $16.44 or 22.1% from its prior close of $74.34.

21. I analyzed the Interactive Brokers Accounts' trading in CTrip stock in advance of the May 22, 2015 press release. The Trading Data, summarized in **Exhibit 12**, shows that:

 (a) The Su Interactive Brokers Account purchased 161,892 shares of CTrip stock from October 23, 2015, at a cost of $12,093,014. Beginning on October 26, 2015, all of those shares were sold out of the account, resulting in a gain of $2,552,383.

 (b) The Zhou Interactive Brokers Account purchased 10,000 shares of CTrip stock from October 23, 2015, at a cost of $754,552. Beginning on October 26, 2015, all of those shares were sold out of the account, resulting in a gain of $161,066.

 (c) The Qin Interactive Brokers Account purchased 5,860 shares of CTrip stock from October 20, 2015, at a cost of $437,573. Beginning on October 26, 2015, all of those shares were sold out of the account, resulting in a gain of $95,688.

 (d) The Z. Yin Interactive Brokers Account purchased 233,759 shares of CTrip stock from October 20, 2015 through October 23, 2015, at a cost of $17,414,674. Beginning on October 26, 2015, all of those shares were sold out of the account, resulting in a gain of $3,644,206.

## F. Trading in Lattice Semiconductor Corporation (LSCC)

22. In a press release issued on November 3, 2016, Lattice and Canyon Bridge Capital Partners ("Canyon Bridge") announced that a Canyon Bridge affiliate had reached an agreement with Lattice to acquire all outstanding shares of Lattice for $8.30 per share (a premium of approximately 30% over the last trading price of Lattice's shares on the prior trading day). *See* **Exhibit 11**.

23. According to the Trading Data I reviewed, on November 3, 2016, Lattice's stock price closed at $7.55, up $1.18 or 18.5% from its prior close of $6.37.

24. I analyzed purchases made by Interactive Brokers Accounts' in Lattice stock from

September 9, 2016 through the November 3, 2016 announcement. The Trading Data, summarized in **Exhibit 12**, shows that:

    (a)    The Su Interactive Brokers Account purchased 2,502,804 shares of Lattice stock from September 13, 2016 through November 2, 2016 at a cost of $16,073,220. On November 3, 2016, a majority (1,462,104) of those shares were sold out of the account resulting in a realized gain of $1,749,334. The remaining 1,040,700 shares were still held in the account as of January 30, 2016 and had an unrealized gain of $830,361 based on the closing price of Lattice's stock on that day ($7.20).

    (b)    The Zhou Interactive Brokers Account purchased 210,000 shares of Lattice stock from October 11, 2016 through October 21, 2016 at a cost of $1,351,930. On November 3, 2016, all of those shares were sold out of the account, resulting in a gain of $238,388.

    (c)    The Qin Interactive Brokers Account purchased 1,465,289 shares of Lattice stock from September 13, 2016 through November 2, 2016 at a cost of $9,365,470. On November 3, 2016, the Qin Interactive Brokers Account sold 665,289 shares out of the account, resulting in a realized gain of $823,489. The remaining 800,000 shares were still held in the account as of January 30, 2016 and had an unrealized gain of $664,061 based on the closing price of Lattice's stock on that day ($7.20).

    (d)    The Z. Yin Interactive Brokers Account purchased 1,905,270 shares of Lattice stock from September 9, 2016 through November 2, 2016 at a cost of $12,252,777. On November 3, 2016, the Z. Yin Interactive Brokers Account sold 405,270 shares out of the account, resulting in a realized gain of $469,504. The remaining 1,500,000 shares were still held in the account as of January 30, 2016 and had an unrealized gain of $1,160,360 based on the closing price of Lattice's stock on that day ($7.20).

(e) The Xie Interactive Brokers Account purchased 125,000 shares of Lattice stock from October 11, 2016 through October 19, 2016 at a cost of $805,290. On November 3, 2016, all of those shares were sold out of the account, resulting in a gain of $144,710.

**G. Profitability of the Interactive Brokers Accounts' Trading In Advance of Merger or Acquisition-Related News**

25. Based on my review of the Trading Data summarized in **Exhibit 12**, I determined that in the aggregate, the Interactive Brokers Accounts traded in 10,043,359 shares of securities for a total of $165,936,847 in securities transactions in the course of the trading described above. The Trading Data shows that the Interactive Brokers Accounts profited, by buying securities in advance of the public disclosure of merger, acquisition or other change-in-control information, as follows:

    a. $29,049,300 in connection with the April 2016 DreamWorks announcement.

    b. $1,275,857 in connection with the November 2013 Giant Interactive announcement.

    c. $3,926,895 in connection with the April 2015 58.com announcements.

    d. $2.409.822 in connection with the May 22, 2015 CTrip announcement.

    e. $6,453,344 in connection with the October 26, 2015 CTrip announcement.

    f. $6,080,207 in connection with the November 3, 2016 Lattice announcement ($3,425,424 in realized gains and $2,654,782 in unrealized gains).

My analysis is presented in a spreadsheet, which is attached as **Exhibit 12**.

26. In aggregate, the Trading Data shows that the Interactive Brokers Accounts accrued profits due to trading in the foregoing securities in the amount of $49,195,424 (consisting of $46,540,642 realized profits and $2,654,782 unrealized profits as of January 30, 2017).

27. I further reviewed the Trading Data to analyze all trading in the Interactive Brokers Accounts – and not just trades in advance of the public disclosures described above. Based on that

review, I prepared a spreadsheet which lists every security invested in by the Interactive Brokers Accounts, along with the amounts invested and the profits (or losses) realized. That spreadsheet is attached as **Exhibit 14**.

28. Additionally, the Trading Data shows that:

(a) Starting with when each account was opened, the Interactive Brokers Accounts collectively engaged in trading from October 7, 2013 to January 30, 2017 (the "Relevant Period").

(b) During the Relevant Period, the Interactive Brokers Accounts traded in over 200 different securities, invested a total of $4.46 billion, and earned a total of $47.62 million in realized profits.

(c) When the profitable trading in DWA, WUBA, CTRP, GA, and LSCC described above is excluded, the Interactive Brokers Accounts realized an aggregate gain of $1.08 million on their investments.

(d) Despite the fact that only 3.2% ($144.54 million / $4.46 billion) of their dollar investment involved trading in DWA, WUBA, CTRP, GA, and LSCC in advance of merger, acquisition, or change-in-control news, this trading accounted for more than 97% of the Interactive Brokers Accounts' overall profits. *See* **Exhibit 14**.

29. Based on my review of the Trading Data as well as historical information regarding the S&P 500 Index, I calculated the value of a hypothetical $1,000 investment in each of the Interactive Brokers Accounts to the value of $1,000 hypothetical investment in the S&P 500 Index. After reviewing the "Time Weighted Rate of Return" reported in the monthly account statements, I determined the following:

(a) All of the Interactive Brokers Accounts outperformed the S&P 500 Index.

(b) From October 7, 2013 to November 30, 2016, the Su Interactive Brokers Account realized a 214.0% rate of return. By contrast, the S&P 500 Index earned a 39.1% rate of return over the same period.

(c) From July 27, 2015 to November 30, 2016, the Z. Yin Interactive Brokers Account realized a 474.9% rate of return. By contrast, the S&P 500 Index earned a 9.0% rate of return over the same period.

(d) From July 27, 2015 to November 30, 2016, the Qin Interactive Brokers Account realized a 519.1% rate of return. By contrast, the S&P 500 Index earned a 9.0% rate of return over the same period.

(e) From February 4, 2015 to May 17, 2016, the Zhou Interactive Brokers Account realized a 262.0% rate of return. By contrast, the S&P 500 Index earned an 11.7% rate of return over the same period.

(f) From February 23, 2016 to May 17, 2016, the Xie Interactive Brokers Account realized a 175.3% rate of return. By contrast, the S&P 500 Index earned a 15.0% rate of return over the same period.

My analysis is presented in a spreadsheet, which is attached as **Exhibit 15**.

### H. DreamWorks Trading By Interactive Brokers Accounts Compared To Total Trading Volume in the Market

30. I analyzed the Trading Data to assess how much of all market trading in DreamWorks common stock during the period of April 4, 2016 to April 25, 2016 was attributable to the five Interactive Brokers Accounts. The Trading Data shows the following:

(a) From April 4, 2016 to April 25, 2016, the Interactive Brokers Accounts' daily trading in DreamWorks common stock ranged between 18,780 to 375,102 shares purchased.

(b) Over that period, the Interactive Brokers Accounts' purchases accounted for

16.9% of the overall volume reported for DreamWorks common stock.

(c) The Interactive Brokers Accounts traded in DreamWorks common stock on every one of the 16 trading days from April 4, 2016 to April 25, 2016.

(d) On five of those days, trading in the Interactive Brokers Accounts constituted more than 20% of DreamWorks common stock trading volume across the entire market.

(e) On all but two of those days, trading in the five Interactive Brokers Accounts constituted at least 5% of all market trading in DreamWorks common stock.

My analysis is presented in a spreadsheet, which is attached as **Exhibit 16**.

31. In total, the Interactive Brokers Accounts had acquired 2,145,986 million shares of DWA as of April 26, 2016, or 2.7% of the 78.7 million shares outstanding of DWA.[2] I reviewed a Thomson-published summary of the DWA holdings information, as of December 31, 2015, disclosed in Form 13(f)s filed with the SEC. A true and correct copy of a Thomson-published summary of the relevant information reported by those Form 13(f)s is attached hereto as **Exhibit 17**. According to that summary, of the 142 institutional investors with over $100 million in assets who reported owning DWA as of December 31, 2015, only 8 reported ownership of a larger position in DWA than the 2.15 million shares held by the Interactive Brokers Accounts as of April 26, 2016.

I. **Lattice Trading By Interactive Brokers Accounts Compared To Total Trading Volume in the Market**

32. I analyzed the Trading Data to assess how much of all market trading in Lattice common stock during the period of September 9, 2016 to November 2, 2016 was attributable to the five Interactive Brokers Accounts. The Trading Data shows the following:

(a) Over that period (39 trading days), the Interactive Brokers Accounts'

---
[2] Bloomberg.

15

purchases accounted for 10.5% of the overall volume reported for Lattice common stock.

    (b)  On eight of those days, trading in the Interactive Brokers Accounts constituted more than 20% of Lattice common stock trading volume across the entire market.

    (c)  On 18 of those days, trading in the five Interactive Brokers Accounts constituted at least 5% of all market trading in Lattice common stock.

My analysis is presented in a spreadsheet, which is attached as **Exhibit 18**.

  33.  In total, the Interactive Brokers Accounts had acquired a total of 6,208,363 shares of LSCC as of November 2, 2016, or 5.1% of the 121.15 million shares outstanding of LSCC.[3] I reviewed a Thomson-published summary of the LSCC holdings information, as of September 30, 2016, disclosed in Form 13(f)s filed with the SEC. A true and correct copy of a Thomson-published summary of the relevant information reported by those Form 13(f)s is attached hereto as **Exhibit 19**. According to that summary, of the 134 institutional investors with over $100 million in assets who reported owning LSCC as of September 30, 2016, only 4 reported ownership of a larger position in LSCC than the 6.208 million shares held by the Interactive Brokers Accounts as of November 2, 2016.

**J.**  **Other Information Reviewed**

  34.  In a press release issued by Jinpan on January 25, 2016, it was announced that Jinpan had entered into a definitive Agreement and Plan of Merger with FNOF E&M Investment Limited and Silkwings Limited, pursuant to which FNOF E&M Investment Limited would acquire Jinpan for $6.00 per share. *See* **Exhibit 7**.

  35.  According to the Trading Data I reviewed, on January 25, 2016, JST closed at $5.24, up $1.02 or 24.2% from its prior close of $4.22.

---

[3] Lattice Semiconductor Corporation, Form 10-Q filed 11/10/2016, https://www.sec.gov/Archives/edgar/data/855658/000085565816000309/lscc2016q310q.htm.

36. The S. Yin Fidelity Accounts purchased 120,000 shares of Jinpan in advance of the January 25, 2016 press release at a cost of $478,547. Following the announcement, all the shares were sold out of the accounts, resulting in a gain of $147,261. The Z. Yin Interactive Brokers Account purchased 30,255 shares of Jinpan in advance of the January 25, 2016 press release at a cost of $114,322. Following the announcement, all the shares were sold out of the account, resulting in a gain of $54,259.

37. I further analyzed trading volumes in DreamWorks common stock from April 26, 2016 to April 28, 2016. The Trading Data shows that the news of DreamWorks' potential acquisition corresponded to a large increase in trading:

(a) On April 26, 2016, 645,400 shares of DreamWorks common stock were traded.

(b) On April 27, 2016, DreamWorks' trading volume increased to 11,670,900, a 1,708.3% increase.

(c) On April 28, 2016, the company's trading volume increased further, to 44,817,000 shares traded, a 284.0% increase over April 27, and a 6,844.0% increase over April 26.

38. I further analyzed publicly reported news about DreamWorks leading into April 2016. Based on that review, I determined that DreamWorks filed its annual report (on Form 10-K) on February 25, 2016. *See* **Exhibit 20**. It did not release any new earnings or quarterly reports until May 2016. On March 14, 2016, the company filed a Form 8-K providing additional details about the employment terms of the company's chief financial officer. *See* **Exhibit 21**. On April 6, 2016, the company announced that Verizon would be acquiring a stake in Awesomeness TV, a company acquired by DreamWorks in 2013 and in which DreamWorks retained a controlling interest after Verizon's purchase. *See* **Exhibit 22**. On April 11, 2016, DreamWorks announced a May 5, 2016

conference call to report its Q1 2016 earnings. *See* **Exhibit 23**. From March 1, 2016 through April 26, 2016, DreamWorks' share price ranged between a high of $27.71 on April 19, 2016, and a low of $23.78 on April 5, 2016.

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 7, 2017 in Redwood City, California.


Dated: February 7, 2017

JAN JINDRA