# EXHIBIT 1

# Giant Interactive (GA) Receives $11.75/Sh Offer from Chairman and Baring Private Equity Asia

November 25, 2013 8:31 AM EST

Giant Interactive Group, Inc. (NYSE: GA) announced today that its Board of Directors has received a preliminary non-binding proposal letter, dated November 25, 2013, from the Company's Chairman, Mr. Yuzhu Shi (and certain of his affiliated entities) and an affiliate of Baring Private Equity Asia. According to the proposal letter, the Consortium proposed to acquire all of the Company's outstanding ordinary shares, including ordinary shares represented by the Company's American depositary shares or "ADSs" (each representing one ordinary share of the Company), at a price of US$11.75 in cash per ordinary share or ADS.

As of November 25, 2013, the Consortium members beneficially owned, in the aggregate, approximately 47.2% of the Company's share capital on a fully enlarged basis.

The Consortium's proposal letter states that its proposal constitutes only a preliminary indication of its interest and is subject to negotiation and execution of definitive agreements relating to the proposed transaction.

The Board, other than Mr. Yuzhu Shi, is reviewing and evaluating the Consortium's proposal, and the Company expects that the Board will adopt various procedures and protocols designed to fully and fairly evaluate the proposal as well as safeguard the interest of the Company's shareholders that are unaffiliated with the Consortium, including forming a special committee consisting of independent directors that are unaffiliated with members of the Consortium and not management members of the Company to evaluate and, if appropriate, negotiate the proposal and to consider other strategic options available to the Company. The Company cautions its shareholders and others considering trading in its securities that the Board has just received the proposal letter and has not made any decisions with respect to the Company's response to the proposal. There can be no assurance that any definitive offer will be made by the Consortium or any other person, that any definitive agreement will be executed relating to the proposed transaction, or that the proposed transaction or any other transaction will be approved or consummated.

According to the proposal letter, Wilson Sonsini Goodrich & Rosati, P.C. is acting as U.S. counsel to the Mr. Yuzhu Shi and the Consortium as a whole, and Weil, Gotshal and Manges LLP is serving as U.S. legal counsel to Baring Private Equity Asia. O'Melveny & Myers LLP is the Company's U.S. counsel.

# EXHIBIT 2

# FINANCIAL TIMES

April 14, 2015 3:12 pm

# Advert sites 58.com and Ganji.com agree to merge

Henny Sender

 Share ∨     Author alerts      🖶 Print    ✂ Clip       Comments



New York-listed 58.com and a second Chinese online marketplace have agreed to merge, as consolidation accelerates in the local technology sector.

A memorandum of understanding between 58.com and Ganji.com, which both function much like US site Craigslist, was signed in Beijing on March 14, people familiar with the matter said.

The two groups are expected to announce as soon as Wednesday that they are planning to combine to create what will become one of the largest specialised online classified companies in China's booming mobile internet space. The combined group could be valued at as much as $10bn, one person involved in the transaction said.

Because of antitrust concerns the transaction will probably involve two stages. Currently 58.com, which declined to comment, is about twice as big as Ganji.com, but both companies provide a range of online advertising listings including job adverts, housing and second-hand goods.

Last year, internet giant Tencent bought a 20 per cent stake in 58.com, and the online marketplace announced last month that it had acquired Shanghai-based property-listing platform Anjuke Inc for about $267m in cash and shares.

Haoyong Yang, the founder of Ganji.com, will become one of the co-chief executives along with Jinbo Yao, founder of 58.com, the person said.

By joining forces, the two hope to reduce marketing costs substantially. Each spend about $250m a year on such efforts, one investor

Exhibit 2

said. US-based private equity firms have stakes in both groups, with Warburg Pincus an investor in 58.com while Carlyle, Sequoia and Tiger Global, among others, have stakes in Ganji.

The latest merger comes at a time when investors are very bullish about Chinese internet shares but are also concerned that many of the sector's companies are burning too much cash as they subsidise their operations to attract customers.

"People are fighting over the market," said one leading tech investor. "There is so much money thrown at these companies that they are virtually paying people to use their services. The money is not being used efficiently."

The merger plans come at a time when some western investors in mainland Chinese internet firms are starting to pressure the management to place more focus on shareholder value.

"Many companies make decisions on the basis of ego of their founders, not economics," this investor added. "Even when they only have small stakes in their companies."

In some cases, that has led to merger talks.

Last summer, two of China's leading online taxi services, Kuadi Dache, which is part owned by Alibaba, and Didi Dache, part owned by Alibaba's bitter rival Tencent, ended their price war and agreed to combine.

"It was like Romeo and Juliet getting married with the blessing of both sets of parents," this person added.

The planned listing of Alibaba's financial operations in China this year is expected to give rise to another bout of frenzied activity in the space.

Additional reporting by Charles Clover in Beijing

RELATED TOPICS   United States of America, Mergers & Acquisitions, China, Private equity

 Share  Author alerts  Print   Clip        Comments




Fed stress tests explained



Hong Kong's ding ding tram



What Brexit means for your holiday

Printed from: http://www.ft.com/cms/s/0/366441d2-e288-11e4-ba33-00144feab7de.html

Print a single copy of this article for personal use. Contact us if you wish to print more to distribute to others.

© THE FINANCIAL TIMES LTD 2016 FT and 'Financial Times' are trademarks of The Financial Times Ltd.

Exhibit 2

# EXHIBIT 3

# 58.com Acquires Strategic Stake In Ganji.com and Announces Additional Investment by Tencent

BEIJING, April 17, 2015 /PRNewswire/ -- 58.com Inc. (NYSE: WUBA) ("58.com" or "the Company") today announced that it has acquired a strategic stake in Falcon View Technology Limited ("Ganji"), the holding company of the PRC entities operating Ganji.com, a major online local services marketplace platform in China. Concurrently, 58.com also announced an approximately US$400 million additional investment by Tencent Holdings Limited ("Tencent"), a leading provider of internet services in China.

Under the terms of the definitive agreement with shareholders of Ganji ("the 58.com-Ganji Strategic Transaction"), and as part of an intended long-term, strategic combination transaction, 58.com has agreed to acquire an approximately 43.2% fully diluted equity stake in Ganji for a combination of share consideration and cash, including approximately 34 million newly issued ordinary shares of the Company (one American Depositary Share, or "ADS", represents two class A ordinary shares) and US$412.2 million in cash. The two companies, which will continue to operate their respective brands, websites and teams, intend to maximize business synergies created by this new strategic relationship, and capitalize on opportunities to cooperate and further expand their businesses.

Founded in Beijing in 2005, Ganji.com has become one of China's leading online local services marketplaces. Every month, hundreds of millions of users come to Ganji.com to access a wide range of location-based services from millions of active merchants, in areas such as jobs, housing, second hand products and local services information.

Concurrent with the 58.com-Ganji Strategic Transaction and incremental to its existing share ownership in 58.com, Tencent has signed a definitive share purchase agreement with 58.com to purchase an additional approximately US$400 million of newly issued ordinary shares from 58.com at a purchase price equivalent to US$52 per ADS (the "Tencent Investment"). Following the completion of this additional investment by Tencent, Tencent will hold in aggregate approximately 25.1% of the total issued and outstanding shares of 58.com on a fully-diluted basis.

Both the 58.com-Ganji Strategic Transaction and the Tencent Investment are expected to close within a few days, subject to customary closing conditions.

Mr. Michael Jinbo Yao, Chairman and CEO of 58.com, commented, "We are pleased to make this large-scale strategic investment in Ganji.com to jointly realize major cost, revenue, and strategic business synergies. This transaction is part of our larger plan to execute our vision of integrating our respective businesses and creating a larger and more effective local services internet platform to help consumers around China find the services that they need in their local area.  Ganji.com has done a tremendous job building a talented team, and we look forward to working more closely with them as we continue to expand in this growing and underserved market."

Mr. Mark Haoyong Yang, Chairman and CEO of Ganji.com, added, "After extensive discussions, we are pleased to reach this strategic agreement with 58.com.  Both Ganji and 58.com are leading players in the online

Exhibit 3

classified market and have developed unique capabilities in O2O.  Personally and on behalf of Ganji, I look forward to taking advantage of the great chemistry between Ganji and 58.com, and leveraging our respective resources and advantages. We have seen and continue to see the mobile internet enabling a transformative opportunity in the classified industry and across O2O categories.  Ganji has been built on the DNA of mobile connectivity.  Together with 58.com, we will continue to build a leading platform offering our customers the best experience and localized service."

About 58.com - 58.com Inc. (NYSE: WUBA) operates China's largest online marketplace serving local merchants and consumers, as measured by monthly unique visitors on both its www.58.com website and mobile applications. The Company's online marketplace enables local merchants and consumers to connect, share information and conduct business. 58.com's broad, in-depth and high quality local information, combined with its easy-to-use website and mobile applications, has made it a trusted marketplace for consumers. 58.com's strong brand recognition, large and growing user base, merchant network and massive database of local information create a powerful network effect. In the second half of 2014 it launched separate mobile applications for 58 Home services. These applications directly match consumers and individual services providers for local services categories such as house cleaning services, moving services and manicure services. For more information on 58.com, please visit http://www.58.com.

About Ganji - Ganji is a professional online classifieds provider in China. Founded in 2005, Ganji provides its hundreds of millions of monthly users with local services information on a wide range of sectors, including jobs, housing, goods, services, and local activities. Ganji is one of China's mobile pioneers, and has millions active merchants providing local services information through the Company's platform. Ganji is also dedicated to developing O2O (online to offline) services in China using its innovative service chain. In November 2014, Ganji launched its self-operated O2O project, Ganji Haoche, to provide O2O used-car services. The service has been launched in 15 Chinese cities, including Beijing, Shanghai, Chengdu, Tianjin and Hangzhou.

About Tencent - Tencent uses technology to enrich the lives of internet users. Every day, hundreds of millions of people communicate, share experiences, consume information and seek entertainment through our integrated platforms. Tencent's diversified services include QQ, Weixin/ WeChat for communications; Qzone for social networking; QQ Game Platform for online games; QQ.com and Tencent News for information and Tencent Video for video content.

Tencent was founded in Shenzhen in 1998 and went public on the Main Board of the Hong Kong Stock Exchange in 2004. The Company is one of the constituent stocks of the Hang Seng Index. Tencent seeks to evolve with the internet by investing in innovation, providing a hospitable environment for partners, and staying close to users.

Safe Harbor Statements
This press release contains forward-looking statements made under the "safe harbor" provisions of the U.S. Private Securities Litigation Reform Act of 1995.  These forward-looking statements can be identified by terminology such as "will," "expects," "anticipates," "future," "intends," "plans," "believes," "estimates," "confident" and similar statements. 58.com may also make written or oral forward-looking statements in its reports filed with or furnished to the U.S. Securities and Exchange Commission, in its annual report to shareholders, in press releases and other written materials and in oral statements made by its officers, directors

Exhibit 3

or employees to third parties. Any statements that are not historical facts, including statements about 58.com's beliefs and expectations, are forward-looking statements that involve factors, risks and uncertainties that could cause actual results to differ materially from those in the forward-looking statements. Such factors and risks include, but not limited to the following: 58.com's goals and strategies; its future business development, financial condition and results of operations; its ability to retain and grow its user base and network of local merchants for its online marketplace; the growth of, and trends in, the markets for its services in China; the demand for and market acceptance of its brand and services; competition in its industry in China; its ability to maintain the network infrastructure necessary to operate its website and mobile applications; relevant government policies and regulations relating to the corporate structure, market share, business and industry; and its ability to protect its users' information and adequately address privacy concerns. Further information regarding these and other risks, uncertainties or factors is included in the Company's filings with the U.S. Securities and Exchange Commission. All information provided in this press release is current as of the date of the press release, and 58.com does not undertake any obligation to update such information, except as required under applicable law.

For more information, please contact:
58.com Inc.
ir@58.com

Christensen
China
Mr. Christian Arnell
Phone: +852 9040 0621
E-mail: carnell@christensenir.com

US
Ms. Linda Bergkamp
Phone: +1-480-614-3004
Email: lbergkamp@ChristensenIR.com

SOURCE 58.com





- 

Click on an RSS button(s) below and copy the URL into your RSS Reader to recieve a feed of updated information from this site.
Not familiar with RSS?  RSS is an XML-based (eXtensible Markup Language) format for content distribution that you view with an RSS Reader.  There are a wide range of RSS Readers available - Click here for a list of some of the most popular.



News Releases

Exhibit 3



http://58.investorroom.com/ http://58.investorroom.com/2016-06-23-58-com-Exchanges-its-Ownership-in-Mayi-for-Shares-in-Tujia Thu, 23 Jun 2016 09:20:00 -0400 http://58.investorroom.com/2016-06-23-58-com-Exchanges-its-Ownership-in-Mayi-for-Shares-in-Tujia http://58.investorroom.com/2016-06-01-58-com-Reports-First-Quarter-2016-Unaudited-Financial-Results Wed, 01 Jun 2016 20:00:00 -0400

http://58.investorroom.com/2016-06-01-58-com-Reports-First-Quarter-2016-Unaudited-Financial-Results

http://58.investorroom.com/2016-05-26-58-com-Inc-to-Report-First-Quarter-2016-Financial-Results-on-June-2-2016 Thu, 26 May 2016 06:30:00 -0400 http://58.investorroom.com/2016-05-26-58-com-Inc-to-Report-First-Quarter-2016-Financial-Results-on-June-2-2016 http://58.investorroom.com/2016-05-25-58-com-Announces-Director-Resignation-and-Changes-to-Board-Committees Wed, 25 May 2016 06:30:00 -0400

http://58.investorroom.com/2016-05-25-58-com-Announces-Director-Resignation-and-Changes-to-Board-Committees http://58.investorroom.com/2016-05-13-58-com-Files-Annual-Report-on-Form-20-F-for-Fiscal-Year-2015 Fri, 13 May 2016 17:30:00 -0400 http://58.investorroom.com/2016-05-13-58-com-Files-Annual-Report-on-Form-20-F-for-Fiscal-Year-2015

Exhibit 3

# EXHIBIT 4

# Ctrip Acquires Strategic Stake in eLong

SHANGHAI, May 22, 2015 /PRNewswire/ -- Ctrip.com International, Ltd. (NASDAQ: CTRP), a leading travel service provider of accommodation reservation, transportation ticketing, packaged tours and corporate travel management in China ("Ctrip" or the "Company") today announced its investment in eLong, Inc. (NASDAQ: LONG) ("eLong") through acquiring eLong shares from certain selling shareholders, including Expedia, Inc. (NASDAQ: EXPE) ("Expedia"), together with several other investors.  Ctrip acquired a 37.6% equity stake in eLong for a total purchase price of approximately $400 million.

In addition, Ctrip and Expedia have agreed to cooperate with each other to allow their respective customers to benefit from certain travel product offerings for specified geographic markets.

The transaction closed on May 22, 2015.

About Ctrip.com International, Ltd.
Ctrip.com International, Ltd. is a leading travel service provider of accommodation reservation, transportation ticketing, packaged tours, and corporate travel management in China. It is the largest online consolidator of accommodations and transportation tickets in China in terms of transaction volume. Ctrip enables business and leisure travelers to make informed and cost-effective bookings by aggregating comprehensive travel related information and offering its services through an advanced transaction and service platform consisting of its mobile apps, Internet websites and centralized, toll-free, 24-hour customer service center. Ctrip also helps customers book vacation packages and guided tours. In addition, through its corporate travel management services, Ctrip helps corporate clients effectively manage their travel requirements. Since its inception in 1999, Ctrip has experienced substantial growth and become one of the best-known travel brands in China.

For further information, please contact:
Investor Relations

Ctrip.com International, Ltd.
Tel: (+86) 21 3406 4880 X 12229
Email: iremail@ctrip.com

SOURCE Ctrip.com International, Ltd.

**Journalists and Bloggers**

# The news you need, when you need it.

Exhibit 4



Join PR Newswire for Journalists to access all of the free services designated to make your job easier.

In need of subject matter experts for your story? Submit a free ProfNet request and find the sources you need.

LEARN MORE

Exhibit 4

# EXHIBIT 5

# Ctrip - Investor Relations - News Release

Ctrip Announces Share Exchange Transaction with Baidu

SHANGHAI, Oct. 26, 2015 /PRNewswire/ -- Ctrip.com International, Ltd. ("Ctrip") today announced that the company has completed a share exchange transaction with Baidu, Inc. ("Baidu"), pursuant to which Baidu has exchanged 178,702,519 Class A ordinary shares[1] and 11,450,000 Class B ordinary shares of Qunar Cayman Islands Limited ("Qunar") beneficially owned by Baidu prior to the consummation of the transaction in exchange for 11,488,381 newly-issued ordinary shares of Ctrip. The share exchange ratio for the transaction is 0.725 Ctrip ADSs per Qunar ADS.[2] As a result of the transaction, Baidu will own ordinary shares of Ctrip representing approximately 25% of Ctrip's aggregate voting interest, and Ctrip will own ordinary shares of Qunar representing approximately 45% of Qunar's aggregate voting interest.

Four representatives, including James Liang and Jane Sun, chairman and chief executive officer, and co-president and chief operating officer of Ctrip, respectively, have been appointed to Qunar's board of directors, and Robin Li and Tony Yip, chairman and chief executive officer, and vice president, head of investments, mergers and acquisitions of Baidu, respectively, have been appointed to Ctrip's board of directors.

Baidu and Ctrip have also agreed to a business cooperation across a broad base of products and services. Baidu expects to continue its existing business cooperation with Qunar.

"I am happy to announce this transaction, which creates value for our shareholders and demonstrates Baidu's continuing commitment to online travel, an industry with tremendous potential ahead," said Robin Li, chairman and chief executive officer of Baidu. "We are happy with Qunar's accomplishments, and we look forward to working with the leading players in the industry."

"We are excited by this transaction, which we believe will help build a healthy travel ecosystem in China," said James Liang, chairman of the board and chief executive officer of Ctrip. "This milestone transaction will enable us to focus on providing the best travel products and services to our travelers. We believe this will create greater value to our customers, partners and shareholders in the future."

"China travel is an industry with great potential. As the technology leading player in the industry, Qunar has become China's fourth largest e-commerce company with tremendous growth momentum," said CC Zhuang, CEO and co-founder of Qunar. "We are very proud of our team, and appreciate the support from our global shareholder base."

About Ctrip

Ctrip.com International, Ltd. is a leading travel service provider of accommodation reservation, transportation ticketing, packaged tours, and corporate travel management in China. It is the largest online consolidator of accommodations and transportation tickets in China in terms of transaction volume. Ctrip enables business and leisure travelers to make informed and cost-effective bookings by aggregating comprehensive travel related information and offering its services through an advanced transaction and service platform consisting of its mobile apps, Internet websites and centralized, toll-free, 24-hour customer service center. Ctrip also helps

Exhibit 5

customers book vacation packages and guided tours. In addition, through its corporate travel management services, Ctrip helps corporate clients effectively manage their travel requirements. Since its inception in 1999, Ctrip has experienced substantial growth and become one of the best-known travel brands in China.

[1] Such Class A ordinary shares will be automatically converted into Class B ordinary shares upon transfer. [2] Each Qunar ADS represents the equivalent of 3 ordinary shares, and each CTRP ADS represents the equivalent of 0.25 Ordinary shares. For further information, please contact:

Investor Relations

Ctrip.com International, Ltd.

Tel: (+86) 21 3406 4880 X 12928

Email: iremail@ctrip.com

To view the original version on PR Newswire, visit:http://www.prnewswire.com/news-releases/ctrip-announces-share-exchange-transaction-with-baidu-300165889.html

SOURCE Ctrip.com International, Ltd.

Exhibit 5

# EXHIBIT 6

# Ctrip, Qunar Surge as Deal Lessens China Travel Competition

October 26, 2015 — 9:47 AM EDT
Updated on October 26, 2015 — 8:52 PM EDT



- Companies will have 70-80% market share, Summit Research says
- China has become largest source of tourists in the world

Ctrip.com International Ltd. and Qunar Cayman Islands Ltd. jumped in U.S. trading after the companies agreed to a merger, creating the dominant online travel service in China in a deal that may ease price competition that has crimped profits.

Ctrip rallied 22 percent to a record close of $90.78 in New York on Monday. Qunar advanced 7.9 percent to $42.65, the highest since Aug. 10 on trading volume that was nearly 17 times the three-month average. Goldman Sachs Group Inc. upgraded both companies to buy. A Bloomberg gauge of U.S.-traded Chinese stocks rallied 2.1 percent.

While Chinese trip-booking sites have benefited from a boom in overseas travel, profits have been squeezed as the industry becomes increasingly competitive. Under the terms of a share swap deal announced Monday, Ctrip and Qunar will combine products and services and control 70 percent to 80 percent of the hotel and air ticket markets, Summit Research analyst Henry Guo wrote in a research note Monday.

"After this deal, these two companies will own the majority of the market share in China," Guo said by phone on Monday. "They can coordinate a strategy in such a way that they can continue to grow market share, but meanwhile profitability and the bottom line should remain in good shape, which meets investors' expectations and is good for both companies."

### 'Getting Bigger'

Baidu Inc., which controls Qunar, will own 25 percent of Ctrip, and the companies will combine products and services, according to a statement released Monday. Ctrip will have a 45 percent voting interest in Qunar. The exchange ratio represents a 36 percent premium to Qunar's closing price on Friday, valuing the company at $7 billion.

"You're seeing the bigger players getting bigger," Brendan Ahern, managing director at Krane Fund Advisors LLC in New York who invests in Chinese Internet companies, said by phone on Monday. "There seems to be more and more impetus for the boutique and niche players to be affiliated with one of the big companies, Baidu, Alibaba and Tencent. You would have thought maybe Alibaba would have made a play for Ctrip, since Baidu had Qunar. So maybe it was, the best defense is a good offense."

Exhibit 6

## Travel Boom

The deal comes about five months after Qunar rejected a buyout offer from Ctrip.com amid fierce competition for online bookings in China, where an expanding middle class is jetting abroad. The country is the largest source of tourists in the world as Chinese travelers made 100 million outbound trips in 2014, according to iResearch, which cited data from the National Tourism Administration.

China's online travel market will more than triple to $200 billion by 2020, Goldman Sachs analysts led by David Jin wrote in a note Monday. While the number of Chinese who book trips online keeps growing, tougher pricing competition has hurt profit margins for the biggest online travel agencies.

Ctrip's adjusted operating margin shrank to a record low of 4.8 percent in 2014, falling every year since 2010. Qunar's adjusted operating margin has been negative for at least the past six quarters, data compiled by Bloomberg show.

## Internet Deals

China's three largest Internet companies are all seeking to capture more leisure travelers. Alibaba Group Holding Ltd. is expanding its Alitrip unit, and Tencent Holdings Ltd. offered to buy out the 85 percent of Elong Inc. it doesn't already own as they compete with Baidu.

The deal "demonstrates Baidu's continuing commitment to online travel, an industry with tremendous potential ahead," Baidu Chairman Robin Li said in the statement.

The acquisition would add to the $62.5 billion of Internet deals involving Chinese companies during the past year, data compiled by Bloomberg show.

Qunar is the leading seller of airline tickets with 32 percent of the market last year, while Ctrip had about 39 percent of hotel bookings, according to iResearch.

"If you look at the travel market, it's such an obvious way to drive synergy through consolidation," said Chi Tsang, an analyst at HSBC Holdings Plc. "The key issue the two have always needed to figure out was always about valuation and management integration."

Before it's here, it's on the Bloomberg Terminal. LEARN MORE

Exhibit 6

# EXHIBIT 7

# Jinpan International Limited Enters Into A **Merger** Agreement



Carlstadt, N.J., January 25, 2016 - Jinpan International Limited (Nasdaq: JST), a leading designer, manufacturer, and distributor of cast resin transformers, today announced that it has entered into a definitive Agreement and Plan of Merger (the "Merger Agreement") with FNOF E&M Investment Limited ("Parent"), a limited liability company incorporated under the laws of the British Virgin Islands, and Silkwings Limited ("Merger Sub"), a limited liability company incorporated under the laws of the British Virgin Islands and a wholly owned subsidiary of Parent, pursuant to which Parent will acquire the Company for US$6.00 per common share of the Company.

Subject to the terms and conditions of the Merger Agreement, at the effective time of the merger (the "Effective Time"), Merger Sub will merge with and into the Company, with the Company continuing as the surviving corporation and becoming a wholly-owned subsidiary of Parent (the "Merger").  At the Effective Time, each of the Company's common shares issued and outstanding immediately prior to the Effective Time  will be cancelled in exchange for the right to receive US$6.00 per share in cash and without interest, except for the excluded shares (the "Excluded Shares"), which include (i) common shares (the "Rollover Shares") beneficially owned by Mr. Zhiyuan Li ("Mr. Li")  and his affiliates (the "Rollover Shareholders") , (ii) common shares owned by holders of common shares who have validly exercised and not effectively withdrawn or lost their appraisal rights pursuant to Section 179 of the BVI Companies Act, 2004, as amended ("Dissenting Shares"), and (iii) common shares owned by the Company or any direct or indirect wholly-owned subsidiary of the Company. Each Excluded Share (other than the Dissenting Shares) issued and outstanding immediately prior to the Effective Time, by virtue of the merger and without any action on the part of its holder, shall be cancelled and shall cease to exist as of the Effective Time, and no consideration shall be delivered with respect thereto.

Each of Forebright Smart Connection Technology Limited ("Forebright") and Mr. Li have entered into an equity commitment letter with Parent, pursuant to which Forebright and Mr. Li have committed to invest in Parent at or immediately prior to the Effective Time an aggregate cash amount equal to $75,500,000. To support a portion of Mr. Li's  funding obligations under his equity commitment letter with Parent, Forebright has entered into a debt commitment letter with Mr. Li, pursuant to which Forebright shall provide a facility of US$25,000,000 to Mr. Li.  Forebright New Opportunities Fund L.P. has agreed to provide a guarantee for Forebright's funding obligations under the relevant equity commitment letter and debt commitment letter as set forth above.  Mr. Li and Forebright New Opportunities Fund L.P. have entered into a limited guarantee in favor of the Company in respect of certain payment obligations of Parent under the Merger Agreement.

Exhibit 7

Forebright is a special purpose vehicle established by Forebright New Opportunities Fund, a private equity fund managed by Forebright Capital Management Limited ("FCM"). FCM is owned and run by a group of experienced investment professionals who have already successfully completed several going private transactions involving China-based US-listed issuers in recent years, and the market valuation of these privatized companies exceeded, in aggregate, US$ 450 million.

The Company's board of directors, acting upon the unanimous recommendation of the special committee (the "Special Committee") formed by the board of directors, approved the Merger Agreement and the transactions contemplated thereby, including the Merger, and resolved to recommend that the Company's shareholders vote to authorize and approve the Merger Agreement and the transactions contemplated thereby, including the Merger. The Special Committee, which is comprised solely of independent and disinterested directors of the Company who are unaffiliated with any of Parent, Merger Sub, Mr. Li, Forebright or any of the management members of the Company, negotiated the terms of the Merger Agreement with the assistance of its financial and legal advisors.

The Merger, which is currently expected to close during the first half of 2016, is subject to customary closing conditions, including the approval by an affirmative vote of shareholders representing more than fifty percent (50%) of the outstanding Common Shares of the Company, present and voting in person or by proxy as a single class at a general meeting of the Company's shareholders duly convened to consider the approval of the Merger Agreement and the transactions contemplated thereby, including the Merger. As of the date of the Merger Agreement, the Rollover Shareholders have agreed under a voting agreement to vote all in favor of the Merger Agreement and consummation of the transactions contemplated thereby, including the Merger. If completed, the Merger will result in the Company becoming a privately held company and its Common Shares will no longer be listed on NASDAQ Global Select Market.

Duff & Phelps, LLC is serving as independent financial advisor to the Special Committee. Gibson, Dunn & Crutcher LLP is serving as United States legal advisor to the Special Committee. Skadden, Arps, Slate, Meagher & Flom LLP is serving as independent United States legal advisor to Mr. Li, Forebright and Parent.

Additional Information about the Transaction

The Company will furnish to the Securities and Exchange Commission (the "SEC") a report on Form 6-K regarding the proposed transactions described in this announcement, which will include the Merger Agreement. All parties desiring details regarding the proposed Merger are urged to review these documents, which will be available at the SEC's website (http://www.sec.gov).

In connection with the proposed Merger, the Company will prepare and mail a proxy statement to its shareholders. In addition, certain participants in the proposed Merger will prepare and mail to the Company's shareholders a Schedule 13E-3 transaction statement. These documents will be filed with or furnished to the SEC. INVESTORS AND SHAREHOLDERS ARE URGED TO READ CAREFULLY AND IN THEIR ENTIRETY THESE MATERIALS AND OTHER MATERIALS FILED WITH OR FURNISHED TO THE SEC WHEN THEY BECOME AVAILABLE, AS THEY WILL CONTAIN IMPORTANT INFORMATION ABOUT THE COMPANY, THE PROPOSED MERGER AND RELATED MATTERS. In addition to receiving the proxy statement and Schedule 13E-3 transaction statement by mail, shareholders also will be able to obtain these documents, as well as other filings containing information about the Company, the proposed Merger and related matters,

Exhibit 7

without charge, from the SEC's website (http://www.sec.gov) or at the SEC's public reference room at 100 F Street, NE, Room 1580, Washington, D.C. 20549. In addition, these documents can be obtained, without charge, by contacting the Company at the following address and/or telephone number:No Offer or Solicitation The information in this communication is for informational purposes only and is neither an offer to purchase, nor a solicitation of an offer to sell, subscribe for or buy any securities or the solicitation of any vote or approval in any jurisdiction pursuant to or in connection with the proposed transactions or otherwise, nor shall there be any sale, issuance or transfer of securities in any jurisdiction in contravention of applicable law. No offer of securities shall be made except by means of a prospectus meeting the requirements of Section 10 of the Securities Act of 1933, as amended, and otherwise in accordance with applicable law.

About Jinpan International Limited

Jinpan International Limited (NASDAQ: JST) designs, manufactures, and markets electrical control and distribution equipment used in demanding industrial applications, utility projects, renewable energy installations, and infrastructure projects. Major products include cast resin transformers, VPI transformers and reactors, switchgears, and unit substations. Jinpan serves a wide range of customers in China and reaches international markets as a qualified supplier to leading global industrial electrical equipment manufacturers. Jinpan is one of the largest manufacturers of cast resin transformers in China by production capacity. Jinpan's four manufacturing facilities in China are located in the cities of Haikou, Wuhan, Shanghai and Guilin. The Company was founded in 1993. Its principal executive offices are located in Haikou, Hainan, China and its United States office is based in Carlstadt, New Jersey. For more information, visit www.jinpaninternational.com.

Safe Harbor Provision

This press release contains forward-looking statements made pursuant to the safe harbor provisions of the Private Securities Litigation Reform Act of 1995. These forward-looking statements are based on management's current expectations and observations and involve known and unknown risks, and uncertainties or other factors not under the Company's control, which may cause actual results, performance or achievements of the company to be materially different from the results, performance or other expectations implied by these forward-looking statements. These factors are listed from time-to-time in our filings with the Securities and Exchange Commission, including, without limitation, our Annual Report on Form 20-F for the period ended December 31, 2014 and our subsequent reports on Form 6-K. Except as required by law, we are not under any obligation, and expressly disclaim any obligation, to update or alter any forward-looking statements, whether as a result of new information, future events or otherwise.

Exhibit 7

# EXHIBIT 8

# BUSINESS INSIDER

# Comcast is reportedly in talks to acquire DreamWorks Animation in a multibillion deal



BRYAN LOGAN
APR. 26, 2016, 9:36 PM



Actress Lucy Liu and Dreamworks Animation CEO Jeffrey Katzenberg attend the premiere of DreamWorks Animation and Twentieth Century Fox's 'Kung Fu Panda 3' at TCL Chinese Theatre on January 16, 2016 in Hollywood, California.

Alberto E. Rodriguez/Getty Images

Comcast is reportedly in talks to acquire DreamWorks Animation for $3 billion, The Wall Street Journal reported, citing sources familiar with the matter.

DreamWorks is the animated film house behind blockbuster movies like "Kung-Fu Panda" and "Shrek," and headed by CEO Jeffrey Katzenberg.

The Journal notes that DreamWorks Animation's market value currently sits at $2.3 billion, making the projected $3 billion deal a potential boon for DreamWorks.

The film studio, Universal Pictures, also sits under Comcast's umbrella. Universal has its own animated film branch in Illumination Entertainment.

It's not clear whether Katzenberg will stay with the company should the deal go through.

Katzenberg's compensation more than doubled last year to about $13.5 million, The Hollywood Reporter's Paul Bond said last week. $2.5 million of that was salary, the rest was a mix of DreamWorks stock awards and money

Exhibit 8

earned through a nonequity incentive plan.

×

Exhibit 8