# EXHIBIT 8

April 15, 2016

Comcast Corporation
One Comcast Center
Philadelphia, PA 19103

**CONFIDENTIAL**

Ladies and Gentlemen:

We understand that Comcast Corporation (together with its controlled affiliates, "you"), desires to engage in certain discussions with DreamWorks Animation SKG, Inc., a Delaware corporation (the "Company"), in connection with your consideration of a possible negotiated transaction involving you and the Company (a "Transaction"). The Company is prepared to furnish you with certain confidential and proprietary information concerning the Company and a Transaction on the terms set forth herein; provided that nothing in this letter agreement shall be construed to obligate the Company to furnish you with any particular information. The Company and you are only exploring the feasibility of a Transaction at this stage and no decision has been made to pursue a Transaction. The Company or you may terminate discussions hereunder at any time in either party's sole discretion.

1. As a condition to your being furnished information by or on behalf of the Company, you agree that you will, and you will direct your Representatives (as defined below) to, treat as confidential in accordance with this letter agreement any information (including, without limitation, oral, written and electronic information) concerning the Company or its affiliates provided in connection with a Transaction that has been or may be furnished to you by or on behalf of the Company or any of its Representatives, and those portions of analyses, compilations, forecasts, studies, notes, other materials and portions thereof prepared by you or any of your Representatives on your behalf, that contain, reflect or are based, in whole or in part, on such information, including, without limitation, those stored in electronic format (herein collectively referred to as the "Evaluation Material"). The term "Evaluation Material" does not include information that (a) is, at the time of disclosure, already in your or any of your Representatives' possession; provided that such information is not known by you to be subject to an obligation of confidentiality (whether by agreement or otherwise) to the Company, (b) is or becomes generally available to the public other than as a result of a disclosure by you or any of your Representatives in breach of (x) this letter agreement or (y) other obligation of confidentiality (whether by agreement or otherwise) to the Company, (c) becomes available to you or any of your Representatives on a non-confidential basis from a source other than the Company or its Representatives; provided that such source is not known by you to be bound by an obligation of confidentiality (whether by agreement or otherwise) to the Company or (d) was independently developed by you without reference to or other use of any Evaluation Material or information from any source not known by you to be bound by any obligation of confidentiality (whether by agreement or otherwise) to the Company. As used in this letter agreement, the term "Representatives" shall mean (i) when used in relation to the Company, the Company's affiliates and its and their respective directors, officers, employees, agents, controlling persons, and advisors (including, without limitation, consultants, accountants and financial and legal advisors to any of

FOIA Confidential Treatment Requested by DreamWorks Animation SKG, Inc.                    DWA_SEC_LA00000001

the foregoing or any committee or subset thereof) and (ii) when used in relation to you, your (including your controlled affiliates') partners, members, directors, officers, employees, agents, controlling persons, and advisors (including, without limitation, consultants, accountants and financial and legal advisors to any of the foregoing or any committee or subset thereof). As used in this letter agreement, the term "person" shall be broadly interpreted to include, without limitation, any corporation, partnership, group, individual or other entity. As used in this letter agreement, the term "affiliate" has the meaning set forth in Rule 12b-2 under the Securities Exchange Act of 1934, as amended (the "1934 Act").

2. In consideration of your being furnished Evaluation Material, you agree to keep such Evaluation Material confidential in accordance with the terms of this letter agreement. You acknowledge and agree that the Evaluation Material will be used by you and your Representatives solely for the purpose of evaluating, negotiating and implementing a Transaction, and that you will, and will direct your Representatives to, keep confidential all Evaluation Material and not disclose Evaluation Material to any other person except as required by applicable law, regulation, stock exchange requirement or legal or judicial process, in each case subject to compliance with paragraph 4 herein, and except that (subject to the succeeding sentences of this paragraph and paragraph 5 herein) you may disclose Evaluation Material to your Representatives who need to know such Evaluation Material for the purpose of evaluating, negotiating and implementing a Transaction on your behalf if prior to providing such Representatives with such Evaluation Material you advise them of the confidential nature thereof and of the terms of this letter agreement, and direct such Representatives to hold such Evaluation Material in accordance with the terms of this letter agreement and otherwise to observe the terms of this letter agreement (unless any such Representative has entered into a written confidentiality agreement directly with the Company, in which case it shall agree to hold such Evaluation Material in accordance with the terms of such agreement and otherwise comply with the terms of such agreement). You shall maintain a record of your Representatives who have been provided with Evaluation Material. You agree to undertake reasonable precautions to safeguard and protect the confidentiality of the Evaluation Material and to prevent your Representatives from prohibited or unauthorized disclosure or uses of the Evaluation Material. You agree that you shall be liable for any breach by your Representatives of the terms of this letter agreement applicable to your Representatives (including, without limitation, the terms hereof relating to the confidentiality of the Evaluation Materials and Transaction Information), in each case, as if you had committed such breach yourself.

3. In addition, without the prior written consent of the Company (except as required by applicable law, regulation, stock exchange requirement or legal or judicial process and subject to compliance with paragraph 4), neither you nor any of your Representatives may disclose to any person (except to the extent permitted by paragraph 5): (a) that Evaluation Material has been requested by or furnished or made available to you or your Representatives, (b) the fact that this letter agreement exists or the contents hereof, (c) that you are, or the Company is, considering a Transaction or any other potential transaction involving the Company and/or any of its affiliates, (d) that investigations, discussions or negotiations are taking place concerning a Transaction or any other potential transaction involving the Company and/or any of its affiliates, or (e) any of the terms, conditions or other facts or information with respect to a Transaction or any other potential transaction involving the Company and/or any of its affiliates, including, without limitation, the status or termination thereof (collectively, "Transaction Information"). The Company agrees that,

Exhibit 8

FOIA Confidential Treatment Requested by DreamWorks Animation SKG, Inc.

DWA_SEC_LA00000002

without your prior written consent, it shall not, and it shall cause its Representatives not to, identify you by name or identifiable description as (a) having received or requested Evaluation Material, (b) having entered into this letter agreement or (c) being involved in investigations, discussions or negotiations concerning a potential Transaction, in each case to any person other than a Representative of the Company (except as required by applicable law, regulation, stock exchange requirement or legal or judicial process).

4. In the event that you or any of your Representatives are required by applicable law, regulation, stock exchange requirement or legal or judicial process (including, without limitation, by deposition, interrogatory, request for documents, subpoena, civil investigative demand or similar process) to disclose any Evaluation Material or any Transaction Information, you will provide the Company with reasonable prior written notice of such requirement to the extent not prohibited by law in order to enable the Company to seek an appropriate protective order or other remedy, and you will (at the Company's sole cost and expense) use commercially reasonable efforts to consult and cooperate with the Company to the extent permitted by law with respect to taking steps to resist or narrow the scope of such requirement or legal process. If a protective order or other remedy is not obtained, the terms of this letter agreement are not waived by the Company and disclosure of Evaluation Material is legally required, you or such of your Representatives (a) may disclose such information only to the extent legally required based on the advice of your counsel and (b) will, to the extent not prohibited by law, give notice to the Company of the information to be disclosed as far in advance as is reasonably practicable. In any such event, you and such of your Representatives will (at the Company's sole cost and expense) use commercially reasonable efforts to ensure that all Evaluation Material and other information that is so disclosed will be accorded confidential treatment.

5. Notwithstanding anything to the contrary set forth herein, you also agree that you will not provide any Evaluation Material, or disclose information of the type described in paragraph 3, to any potential debt or equity financing source without the prior written consent of the Company. In the event that the Company provides such consent with respect to a potential debt or equity financing source, you agree that neither you nor your Representatives shall provide any Evaluation Material to such potential debt or equity financing source unless and until such potential debt or equity financing source shall have executed and delivered to the Company a letter agreement with the Company that is substantially identical to this letter agreement or otherwise acceptable to the Company. You further agree that neither you nor any of your Representatives will enter into any exclusivity, lock-up, dry-up or other agreement, arrangement or understanding, whether written or oral, with any commercial bank, any affiliate of any commercial bank or any other person that would reasonably be expected to limit, restrict, restrain or otherwise expressly impair in any manner, directly or indirectly, the ability of such commercial bank or affiliates thereof or such other person to serve as a financing source to any other person considering a transaction involving the Company or to engage in a transaction involving the Company; provided that you may have a group or team within a debt financing source exclusively dedicated to a Transaction.

6. In the event that you determine not to proceed with a Transaction, you will promptly inform the Company of that decision and, in that case or at any other time upon the written request of the Company in its sole discretion, you and your Representatives shall promptly destroy (and shall certify such destruction in writing to the Company by one of your authorized Representatives) all written, electronic or other tangible Evaluation Material (whether prepared by

FOIA Confidential Treatment Requested by DreamWorks Animation SKG, Inc.

DWA_SEC_LA00000003

the Company, its Representatives or otherwise on the Company's behalf or by you, your Representatives or otherwise on your behalf) and will not retain any copies, summaries, analyses, compilations, reports, extracts or other reproductions, in whole or in part, of such written, electronic or other tangible Evaluation Material, in your possession or in the possession of any of your Representatives or under your or their custody. Notwithstanding such return, destruction, deletion or erasure, all oral Evaluation Materials and the information embodied in all Evaluation Materials will continue to be held confidential pursuant to the terms of this letter agreement. Notwithstanding the foregoing, you and your third-party Representatives that are professional firms or potential debt financing sources may retain solely for compliance purposes copies of the Evaluation Material in accordance with policies and procedures implemented by such persons in order to comply with law, regulation or professional standards; provided, however, that any Evaluation Material so retained will continue to be held confidential pursuant to the terms of this letter agreement. Notwithstanding the foregoing, nothing in this letter agreement shall require the alteration, modification, deletion or destruction of electronic back-up tapes or other back-up media made and retained in the ordinary course of business.

7. You acknowledge that in your and your Representatives' examination of the Evaluation Material you and your Representatives will have access to material, non-public information, and that you are aware, and will advise your Representatives who are informed as to the matters that are the subject of this letter agreement, that state and federal laws, including, without limitation, United States securities laws, impose restrictions on the dissemination of such information and trading in securities when in possession of such information.

8. For a period of one (1) year from the date hereof, you will not, nor will you permit any of your controlled affiliates to, directly or indirectly, solicit for employment or hire any officer or senior management employee of the Company or any of its controlled affiliates that you have discussions with in connection with your consideration of a Transaction or are or were otherwise involved in negotiating, or the due diligence process for, a Transaction; provided that the foregoing clause shall not preclude you or such of your controlled affiliates from soliciting for employment or hiring any such officer or senior management employee (i) who has ceased to be employed by the Company or its controlled affiliates prior to commencement of employment discussions between you or any of your controlled affiliates, on the one hand, and such officer or senior management employee, on the other hand; or (ii) who responds to any general solicitation placed by you or any of your controlled affiliates (including, without limitation, any recruitment efforts conducted by any recruitment agency), provided that neither you nor any of your controlled affiliates have directed such solicitation (including, without limitation, any such recruitment efforts) at such person or the Company generally.

9. You agree that none of the Company, its Representatives or any other person makes any representations or warranties, express or implied, with respect to the accuracy or completeness of the Evaluation Material, including, without limitation, any forecasts, projections or other forward-looking information included therein, and that none of the Company, its Representatives or any other person shall assume any responsibility or have any liability to you or any of your Representatives resulting from the selection or use of the Evaluation Material by you or your Representatives, except as may be set forth in a definitive written agreement relating to a Transaction, subject to the terms and conditions of such agreement. You acknowledge that you are not entitled to rely on the accuracy or completeness of any Evaluation Material and that only such

FOIA Confidential Treatment Requested by DreamWorks Animation SKG, Inc.

DWA_SEC_LA00000004