# EXHIBIT 9



## ACCOUNT INFORMATION FOR LIZHAO SU

### CUSTOMER SUMMARY FOR Lizhao Su

| | |
|---|---|
| **Title:** | Lizhao Su |
| **Applicant ID:** | 2001445 |
| **Type:** | INDIVIDUAL |
| **Legal Country:** | China |
| **Mailing Address:** | Wangjing Huayuan Dongqu, Building 213 Apt# 1704, Beijing, Beijing, 100102, China |
| **E-mail Address** | lizhao.su@gmail.com |
| **Primary user name:** | lizhao326 |
| **Employer:** | Set/Unset Employer |
| **Good-faith Review:** | |

### ACCOUNTS OF Lizhao Su

| ID | VAN | Type | Activated Capabilities | Status | Priority | Equity yesterday |
|---|---|---|---|---|---|---|
| ■■■9828 | ■■■9828 | Active Trader | BOND CFD FOP FUND FUT LEVFX OPT SSF STK MRGN PMRGN | Open. | FAST | 20,986,312 USD |
| ■■■28F | ■■■28F | Active Trader | CFD CMDTY FOP FUT OPT MRGN | Open. | FAST | 0 USD |

### ACCOUNT SUMMARY FOR ■■■9828

| | | | | |
|---|---|---|---|---|
| **ID:** | ■■■9828 (VAN: ■■■828) | | **Equity yesterday:** | 20,986,312 USD |
| **Type:** | Active Trader | | **Started:** | 03 Oct 2013 |
| **Activated Capabilities:** | BOND CFD FOP FUND FUT LEVFX OPT SSF STK MRGN PMRGN | | **Approved:** | 03 Oct 2013 |
| **Status:** | Open.    Clearing Status | | **Opened:** | 03 Oct 2013 |
| **Phylum** | C - Customer | | **Funded:** | 07 Oct 2013 |
| **Priority** | FAST Change Priority | | **Closed:** | |
| **IB Entity:** | IBLLC-US | | **Operator:** | |
| **Currency:** | USD | | **Estate:** | |

TMS tickets     TMS sticky notes     Assign to ASG     Account Diagnostic

### PRIOR NOTES

Hide all

| **1. Note** | hide |
|---|---|
| upgrade request approved | |
| **Operator:** dbridges     **Date:** 21 Jan 2015 | |

| **2. Note** | hide |
|---|---|
| ok, Approved for PMRGN | |
| **Operator:** dbridges     **Date:** 03 Oct 2013 | |

### CUSTOMER CONFIG

Account Config
Nothing Set
Edit Account Config

Internal Account Settings
Nothing Set
Edit Account Settings

### ACCOUNT APPROVAL DECISION

CLICK to see Account Reopen history

**Decision:** Accepted    (Initial)

**Proclamations:** Based on the fact that this customer has satisfied Interactive Brokers' threshold financial criteria to trade security futures, and based on IB's verification of relevant account information under ID's written account approval and anti-money laundering procedures, and based on my review of all information provided by the customer, including but not limited to the customer's investment objectives, employment status, annual income, net worth, liquid net worth, marital status, number of dependents, age and investment experience, I approve this account for trading security futures.

I have reviewed and approved this account for portfolio margin, based on my review of all financial and investment information provided by the customer, and based on the fact that the account is eligible for uncovered option trading and has acknowledged receipt of and agreement with the Portfolio Margin Risk Disclosure.

**Deciding User:** clevato
**Deciding Time:** 03 Oct 2013 12:22:47 EDT

**Initial Capabilities:** BOND CFD FOP FUT LEVFX MRGN MULT OPT PMRGN SSF STK

**Compliance Officer:** dbridges
**Compliance Time:** 03 Oct 2013 10:13:46 EDT

**Risk Officer:** clevato
**Risk Time:** 03 Oct 2013 12:22:47 EDT

**Additional Remarks:**

Exhibit 9

### ACCOUNT UPGRADE DECISIONS

All Requested Capabilities: BOND CFD FOP FUND FUT LEVFX MRGN MULT OPT PMRGN SSF STK

**Decision:** Accepted

SEC-IB-E-0001769

## ACCOUNT UPGRADE DECISIONS

**All Requested Capabilities:** BOND CFD FOP FUND FUT LEVFX MRGN MLLT OPT PMRGN SSF STK

**Decision:** Accepted

**Proclamations:** Based on the fact that this customer has satisfied Interactive Brokers' threshold financial criteria to trade security futures, and based on IB's verification of relevant account information under IB's written account approval and anti-money laundering procedures, and based on my review of all information provided by the customer, including but not limited to the customer's investment objectives, employment status, annual income, net worth, liquid net worth, marital status, number of dependents, age and investment experience, I approve this account for trading security futures.

**Deciding Officer:** dbridges
**Deciding Time:** 21 Jan 2015 10:16:21 EST

**Compliance Officer:** dbridges
**Compliance Time:** 21 Jan 2015 10:16:21 EST

**Additional Remarks:**

## ADDITIONAL APPLICANT/REGISTRATION INFORMATION

### APPLICANT INFO

**Applicant ID:** 2001445
**Country of Legal residence:** China
**Applicant Citizenship:** China
**US Income Tax Classification:** NOT AVAILABLE

**Market Data Status:** Professional
**Token Type:** Gold

**Primary Phone:** +8613701376823
**Secondary Telephone:** +8613701376823

**Mailing Address:** Wangjing Huayuan Dongqu, Building 213 Apt# 1704
Beijing,Beijing,100102
China
**Currency/Rate:** USD (1)

**Marketing/Sales Info:**
**Assisted by:** self

Change Applicant Information  |

### IPO CERTIFICATION INFORMATION

No response

### EXCESS SWEEP

None

### INVESTMENT EXPERIENCE

|  | Years of Experience | # of Trades per Year | Knowledge Level |
|---|---|---|---|
| Stocks | > 10 | 26 - 50 | Extensive |
| Options | 6 - 10 | 1 - 10 | Good |
| Commodities | 6 - 10 | 1 - 10 | Good |
| Bond | 6 - 10 | 1 - 10 | Good |
| FX | 6 - 10 | 1 - 10 | Good |
| CFD | N/A | N/A | 0 |

### FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| Estimated Net Worth | 1,000,001 - 5,000,000 | Estimated Liquid Net Worth | 1,000,001 - 5,000,000 |
| Net Income | 100,001 - 150,000 | Sources of Funds (Other than regular income) | Sources of Income |
| Total Assets | 1,000,001 | Accredited Investor for Private Placement? | No |
| | | Invited to Private Placement? | No |

### INVESTMENT OBJECTIVES

Growth,Trading,Speculation,Hedging

Edit Objective

### TAX BASIS CONFIGURATION

| TAX BASIS | LAST EDIT | EDITED BY |
|---|---|---|
| FIFO (First In First Out) | | |

### TAX SYSTEM STATUS

| Current Tax System Class: | Current Tax System Country: | Reported Tax System Class: | Reported Tax System Country: |
|---|---|---|---|
| N8 | CN | N8 | CN |

### W8 INFO

Tax Form History

Display Pending Tax Forms

| BASIC INFORMATION | | ADDITIONAL INFORMATION | |
|---|---|---|---|
| **Tax Payer ID:** | **ATTRIBUTE NAME** | **ATTRIBUTE VALUE (US-ASCII)** | **ATTRIBUTE VALUE (NATIVE)** |
| **Form:** View W-8BEN | | | |
| **Submitted:** 03 Oct 2013 04:27:02 EDT | owner_type | Individual | |
| **For Interest:** No | account_title | Lizhao Su | |
| **For Dividend:** No | citizenship | N/A | |
| **For Broker:** No | signatures | Lizhao Su | |
| **Expiration Date:** None | country | China | |
| | address | Wangjing Huayuan Dongqu Building 213 Apt# 1704 | |
| | part_7_ya_country | China | |

Exhibit 9

SEC-IB-E-0001770

| | |
|---|---|
| country | China |
| address | Wangjing Huayuan Dongqu Building 213 Apt# 1704 |
| part_2_9a_country | China |
| sequence | 150470514 |
| part_7_9a | part_7_9a |
| city_state | Beijing, 100102 |

## US TAX INFO

### Tax Form History

### Display Pending Tax Forms

No W-9 form available or applicable.

### IRS TAX VERIFICATION STATUS

No TIN Verification done with IRS.

### FINANCIAL REGULATION REGISTRATION INFORMATION

#### INVESTOR CATEGORY

**Active Categories**

| COUNTRY | REGULATOR'S NAME | SERVICE TYPE | REGISTRATION TYPE | REGISTRATION ID |
|---|---|---|---|---|
| | INVESTOR CATEGORY | QUESTIONNAIRE | CATEGORY TS | REASON |
| | QP<br>Qualified Purchasers | ECP_Individual | 04 May 2014 | ECP Individual |
| | AI<br>Accredited Investor | Individual | 07 Oct 2013 | Customer<br>Customer self-declared |
| | ECP<br>Eligible Contract Participants | IB Auto<br>Customer was qualified by IB<br>Questionnaires were not filled out | 02 Apr 2014 | EQUITY-MULTI (02 Apr 2014)<br>Sum Equity at IB on different accounts over $10M |

History

### DIVIDENT REINVESTMENT PLAN (DRIP)

There is no DRIP for this account!

Show Drip History

### APPLICANT ASSOCIATED ENTITIES

Show all

#### MS. LIZHAO SU (NONE-ACCOUNT HOLDER,OCR ACCOUNT CONTROLLER-SELF)

## Ms. Lizhao Su
Individual (1608052)

**Ownership**
Ownership percentage: 100.0
Detailed Ownership Information

**Contact Info**
Email: lizhao.su@gmail.com
Home Phone: +8610847170990
Work Phone: +8613701376823
Mobile Phone: +8613701376823
Home (PRIMARY): (86) +8610847/1/090
details

Mobile (PRIMARY): (86) +8613701376823
details

**Personal Info**
Citizenship: China
DOB, 1938
Marital Status: M
Gender: F

**Legal IDs**
National ID: 11010519380326252X (China)

**Addresses**
Residential Address: Wangjing Huayuan
Dongqu, Building 213 Apt# 1704
Beijing,Beijing,100102
China

Mailing Address: Same as residential address

**Employer Info**
Employment Status: RETIRED
Job Title: none
Employer: none

Change Info   Request Proof of ID and DOB   Request Proof of Address   Request Proof of SSN   Mark as PEP   Ownership History

**Sessions:**   User: lizhao326 (   0828)     Active in TWS:Yes

### ACCOUNT ASSOCIATED ENTITIES U8829828

Show all

No Associated Entity

**Exhibit 9**

### DISCIPLINARY EVENTS

| QUESTION | ANSWER | NATIVE ANSWER |
|---|---|---|
| Has the account holder ever been the subject of, or initiated, litigation, arbitration or any other type of **dispute** or settlement procedure with another broker or dealer? | No | N/A |
| Has the account holder ever been the subject of an **investigation** or proceeding by any commodities or securities | | |

SEC-IB-E-0001771

| QUESTION | ANSWER | NATIVE ANSWER |
|---|---|---|
| Has the account holder ever been the subject of, or initiated, litigation, arbitration or any other type of **dispute** or settlement procedure with another broker or dealer? | No | N/A |
| Has the account holder ever been the subject of an **investigation** or proceeding by any commodities or securities exchange or regulatory authority or self-regulatory authority? | No | N/A |

### COMPLIANCE/REGULATORY INFORMATION

| | | |
|---|---|---|
| Is the account holder or any immediate family member who resides in the same household, registered as a broker-dealer or an employee, director or owner of a securities or commodities brokerage firm? | No | |

Add Broker-Dealer Affiliation

| QUESTION | ANSWER | NATIVE ANSWER |
|---|---|---|
| Is the account holder a **member of an exchange** or an associated person, affiliated person or employee of an exchange member? | No | N/A |
| Is the account holder a member of a regulatory or a **self-regulatory organization**? | No | N/A |
| Is the account holder: I) a **director**; II) a 10% shareholder; or III) a policy-making officer of any publicly traded company? (Restricted or Controlled Stock) | No | N/A |
| Is exactly a **registered financial advisor**? | N/A | N/A |
| Accepted **Futures Arbitration Agreement**? | Yes | Yes |

Edit Compliance Information     Change Arbitration Agreement

### U.S. SEC LARGE TRADER ID INFORMATION

Show information on U.S. SEC Large Trader ID Information

### EXCHANGE MEMBERSHIP AND COMMISSION INFO

| COMMISSION TYPE | STATUS | DATE REQUESTED | DATE EFFECTIVE |
|---|---|---|---|
| Securities | Un-bundled | 2013-10-03 16:45:46.0 | 2013-10-04 00:00:00.0 |
| Commodities | Un-bundled | 2013-10-03 16:33:44.0 | 2013-10-04 00:00:00.0 |

| EXCHANGE CODE | CLASS |
|---|---|
| Add an Exchange class | |

| REGULATORY CODE | CLASS |
|---|---|
| Add a Regulatory class | |

### EQUIFAX ID/ADDRESS VERIFICATION REPORTS

No Equifax/CDC verification reports for this Account.

### OFAC, SANCTIONED AND CONTROL LIST/PROHIBITED CUSTOMER LIST SEARCHES

| Name | Matches | |
|---|---|---|
| Search (# 79224647) for Ms. Lizhao Su (none-Account Holder,OCR Account Controller-self) | | Complete - no match found hide |
| Lizhao Su | No Matches found. | Processing time: 15 May 2016 07:55:34 EDT |

### WORLDCHECK TASKS

| Name | Matches | |
|---|---|---|
| WorldCheck Search (# 79224648) for Ms. Lizhao Su (none-Account Holder,OCR Account Controller-self) | | Complete - no match found hide |
| Lizhao Su | No Matches found. | Processing time: 03 Oct 2013 04:48:14 EDT |

### DOCUMENT SUBMISSION TASKS

Reject Multiple

| DOCUMENT SUBMISSION TASK | DOCUMENT RECEIVED | STATUS | ACTIONS |
|---|---|---|---|
| IB-UKL Account Election for Lizhao Su | Received form IB-UKL Account Election | Approved (null) on 04 Oct 2013 00:18:43 EDT | |
| Proof of identity and date of birth for Ms. Lizhao Su (none Account Holder,OCR Account Controller-self) | National ID IBLLC-US-1854927.pdf via Form Upload 03 Oct 2013 04:39:31 EDT | Approved (cleveto) on 03 Oct 2013 12:22:48 EDT | |
| Proof of address for Ms. Lizhao Su (none-Account Holder,OCR Account Controller-self) | Hukou IBLLC-US-1854942.pdf via Form Upload 03 Oct 2013 04:45:49 EDT | Approved (cleveto) on 03 Oct 2013 12:22:48 EDT | |
| Proof of address for Ms. Lizhao Su (none-Account Holder,OCR Account Controller-self) (for Token device) | Bank Statement IBLLC-US-2962382.pdf via E-mail 05 Nov 2015 03:28:32 EST | Tentatively Accepted (meloboy) on 05 Nov 2013 21:20:22 EST | Under Review |

### COMPLIANCE REVIEWS

Mark Tasks for Further Review

| User | Task | Status |
|---|---|---|
| lizhao326 | Investor Category for Lizhao Su | Completed on 07 Oct 2013 01:31:41 EDT |

Exhibit 9

SEC-IB-E-0001772



# EXHIBIT 10

# New US Account – Hong Kong

**Date: June 02, 2008**
**New Acct Representative: Jacky Lam**
**E-mail: jacky.lam@etrade.com**
**Phone: 2509 5926 / 3191 3000**

**ACCOUNT NUMBER:** ███ 2058

**NAME(s): Lizhao SU**

**Documents + Requirement Check List:**

- ◉ Application form completed, signed + dated

- ◉ W-8BEN with no abbreviations

- ◉ Copy of Passport or ID card for HK, Chinese or Taiwan residents for each acct holder or national ID card (for other Asian countries, where available)

- ◉ Copy of Utility or bank statement or mobile phone bill showing residential address if *national ID card does not have address imprinted*

- ◉ Designated Bank Account

- ○ Consent Letter

- ◉ Cheque

- ○ Stock Certificate and Stock or Bond Power of Attorney

- ◉ OFAC check – Result print out of results (RDC)

- ○ Sign off by local compliance representative below:

| Department | Date In | Date Out | Signature | Comments |
|---|---|---|---|---|
| Sales | 0 2 JUN 2008 | 0 2 JUN 2008 | | |
| Client Admin | 0 2 JUN 2008 | 0 2 JUN 2008 | | |
| Compliance | 0 3 JUN 2008 | 0 3 JUN 2008 | | |
| Client Admin/Couriered | 0 3 JUN 2008 | 0 3 JUN 2008 | | |

Version 1 June 8, 2007 – June Liew

Exhibit 10



# Global Screening Online - Results

| | |
|---|---|
| Query name | LIZHAO SU |
| Noise words stripped | |
| Total matches found | None |
| Search time | Monday 02nd of June 2008 07:07:56 AM GMT |
| Entities searched | Both people and non-people (organisations, countries, ships) |
| Spelling variations | No |
| Search synonyms | No |
| Ignore initials | No |
| Match words | All words in the query |
| Sanctions bodies searched | Commission de Surveillance du Secteur Financier, Luxembourg |
| | Commonwealth of Australia Law |
| | De Nederlandsche Bank, Netherlands |
| | Department of Foreign Affairs and Trade, Australia |
| | European Union |
| | Financial Services Agency, Japan |
| | Guernsey Financial Services Commission |
| | HM Treasury (formerly Bank of England) |
| | Home Office |
| | Hong Kong Monetary Authority |
| | Isle of Man Financial Supervision Commission |
| | Jersey Financial Services Commission |
| | Ministry of Finance, Japan |
| | Monetary Authority of Singapore |
| | Office of Foreign Assets Control (OFAC), United States |
| | Office of the Superintendent of Financial Institutions, Canada |
| | Reserve Bank of Australia |
| | United Nations Security Council Committee |
| | US Department of State |
| Law Enforcement bodies searched | Central Bureau of Investigation, India |
| | Central Narcotics Bureau, Singapore |
| | Cheshire Constabulary, UK |
| | City of London Police, UK |
| | Devon & Cornwall Constabulary, UK |
| | Federal Bureau of Investigation (FBI), United States |
| | General Police Directorate, Slovenia |
| | Hampshire Police, UK |
| | Hong Kong Police Force |
| | Interpol |
| | Metropolitan Police Service, UK |
| | National Crime Squad, UK |
| | Nottinghamshire Police, UK |
| | Philippines National Police |
| | Royal Embassy of Saudi Arabia |
| | Royal Malaysian Police |
| | South African Police Service |
| | Surrey Police, UK |
| | Thames Valley Police, UK |
| | US Air Force Office of Special Investigations |
| | US Bureau of Alcohol, Tobacco, Firearms and Explosives |
| | US Drug Enforcement Administration |
| | US Immigration and Customs Enforcement |
| | US Marshals Service |
| | US Naval Criminal Investigative Service |
| | US Postal Inspection Service |
| | US Rewards for Justice |
| | US Secret Service |
| | Warwickshire Police, UK |

Exhibit 10

SEC-ETRADE-E-0000011



**E✱TRADE FINANCIAL 億創理財**

**Personal Account Application Form 私人戶口申請書**

E✱TRADE Securities LLC
P.O. Box 1542, Merrifield, VA 22116-1542

*www.etrade.com*

**Customer Service provided by**

ETRADE Securities (Hong Kong) Limited
Suite 2401-12, Two Pacific Place
88 Queensway, Admiralty, Hong Kong

ETRADE Securities (Hong Kong) Limited, Singapore Branch
80 Raffles Place #36-01, UOB Plaza 1,
Singapore 048624

客戶服務提供機構
億創證券（香港）有限公司
香港金鐘道88號太古廣場2期24樓2401-12室

Questions about your US Brokerage account?
Contact us at enquiry-hk@etrade.com
or enquiry-sg@etrade.com

若對億創美股經紀帳戶有疑問，
請電郵至 enquiry-hk@etrade.com
或 enquiry-sg@etrade.com

**Or call us at 或致電**
Hong Kong 香港：(852) 3191 3311
Singapore 新加坡：(65) 6438 8228

**Toll free number 免費長途電話熱線**
Northern China 中國北方：10800 852 0968
Southern China 中國南方：10800 152 0968
Taiwan 台灣：00801 855 954

**IMPORTANT INFORMATION FOR OPENING YOUR E-TRADE ...OUNT**

Please attach: • Copy of your IF ...
  • Your residentic
    account statem...

*To help the government fight th...*
Act requires all financial institu...
who opens an account.

What this means for you: Wher...
and other information that will a...
other identifying documents.

This form must be filled in English.

For Joint Account, each account holder has to fill in W-8BEN Form separately.

**XB 62252058
Foreign Retail APAC
Class Code 5**

...thly bank
...t.
...A Patriot
...person

...ss, date of birth,
... ..e may ask to see your driver's license or

**開設億創理財美股經紀帳戶須知**

請附上：• 您的身份證或護照副本。
  • 您的住址證明，如最近的銀行月結單、信用卡月結單、水電費單或流動電話月結單的副本。

為協助政府打擊資助恐怖主義和洗黑錢活動，《美國愛國法》(USA Patriot Act) 規定所有金融機構須取得、核實和記錄每名開戶人士的身份資料。

此規定對您的影響：在開戶時，我們要求索取您的姓名、地址、出生日期和可識別您的身份的其他資料。我們亦可能要求查閱您的駕駛執照或其他身份證明文件。

本表格必須以英文填寫。

若是聯名帳戶，每名帳戶持有人必須分別填寫W-8BEN表格。

---

## 1. Choose Your Account Type 選擇您的帳戶類別

☑ **Individual Account 個人帳戶**
One person owns the account. 一名人士擁有帳戶

**Joint Account:** (choose only one) 聯名帳戶：(請選擇其上一項)

☐ **Rights of Survivorship 生存者取得權**
If one owner dies, his/her interest passes to surviving owners.
如某一名擁有人去世，其權益轉移給尚存的擁有人。

☐ **Tenancy in Common 分權共有**
If one owner dies, his/her interest passes to his/her estate.
如某一名擁有人去世，其權益轉歸入其遺產。

---

## 2. Enter Your Account Holder Information (please print) 輸入帳戶持有人資料 (請用正楷填寫)

Securities industry regulations require that we collect all of the following information. 證券業規定要求我們須取得以下所有資料。

| **Primary Account Holder 主要帳戶持有人** | | | **Co-Account Holder, If Applicable 聯名帳戶持有人** (如適用) | | |
|---|---|---|---|---|---|
| Name (first, middle, last) 姓名 (名、中間名、姓) **LIZHAO SU** | | Date of Birth (mm/dd/yyyy) 出生日期 (月/日/年) **..1938** | Name (first, middle, last) 姓名 (名、中間名、姓) | | Date of Birth (mm/dd/yyyy) 出生日期 (月/日/年) |
| Home Street Address (cannot be a P.O. box) 住宅 (街道) 地址 (不接受郵政信箱) **WANGJING HUAYUAN DONGQU, BUILDING #213, ROOM #1704** | | | Home Street Address (cannot be a P.O. box) 住宅 (街道) 地址 (不接受郵政信箱) | | |
| **BEIJING CHAOYANG DISTRICT** | City, State, ZIP / Country 市、州、郵編/國家 **BEIJING, 100102, 中國 CHINA** | | | City, State, ZIP / Country 市、州、郵編/國家 | |
| Mailing Address (if different from above, P.O. box may be used) 通訊地址 (如與以上不同，可採用郵政信箱) | | | Mailing Address (if different from above, P.O. box may be used) 通訊地址 (如與以上不同，可採用郵政信箱) | | |
| | City, State, ZIP / Country 市、州、郵編/國家 | | | City, State, ZIP / Country 市、州、郵編/國家 | |
| E-mail Address (required for account updates) 電郵地址 (同時帳戶資料更新) **lizhao.su@gmail.com** | | Social Security Number / Tax ID Number (if any) 社會安全號碼/納稅人識別號碼 (如有) | E-mail Address (required for account updates) 電郵地址 (同時帳戶資料更新) | | Social Security Number / Tax ID Number (if any) 社會安全號碼/納稅人識別號碼 (如有) |
| Home Phone 住宅電話號碼 **+86-10-65306503** | Business Phone 辦公電話號碼 | Mobile Phone 流動電話號碼 **+86-13641334439** | Home Phone 住宅電話號碼 | Business Phone 辦公電話號碼 | Mobile Phone 流動電話號碼 |
| Employment Status 職業狀況 ☐ Employed 受僱 ☐ Self-employed 自僱 ☑ Retired 退休 ☐ Student 學生 ☐ Not employed 無職 ☐ Homemaker 家庭主婦 | | | Employment Status 職業狀況 ☐ Employed 受僱 ☐ Self-employed 自僱 ☐ Retired 退休 ☐ Student 學生 ☐ Not employed 無職 ☐ Homemaker 家庭主婦 | | |
| Employer 僱主 | | Specific Occupation 職業 | Employer 僱主 | | Specific Occupation 職業 |
| Business Street Address 辦公室 (街道) 地址 | | | Business Street Address 辦公室 (街道) 地址 | | |
| | City, State, ZIP / Country 市、州、郵編/國家 只限填寫市、州、郵編/國家 | | | City, State, ZIP / Country 市、州、郵編/國家 只限填寫市、州、郵編/國家 | |
| Are you employed by a registered securities broker/dealer, investment advisor, bank, or other financial institution? 您是否受僱於註冊證券經紀/交易商、投資顧問、銀行或其他金融機構？ ☑ No 否 ☐ Yes (You must submit an employer consent letter, which provides consent to open account with E✱TRADE Securities LLC, with this application.) 是 (您必須在交回此申請書時，呈交獲准開設億創E✱TRADE Securities LLC申請開立私人戶口) | | | Are you employed by a registered securities broker/dealer, investment advisor, bank, or other financial institution? 您是否受僱於註冊證券經紀/交易商、投資顧問、銀行或其他金融機構？ ☐ No 否 ☐ Yes (You must submit an employer consent letter, which provides consent to open account with E✱TRADE Securities LLC, with this application.) 是 (您必須在交回此申請書時，呈交獲准開設億創E✱TRADE Securities LLC申請開立私人戶口) | | |
| Are you a director, 10% shareholder, or policymaker of a publicly held company? 您是否上市公司的董事、持有股權達10%的股票或決策者？ ☑ No 否 ☐ Yes (specify companies) 是 (請列明公司名稱) | | | Are you a director, 10% shareholder, or policymaker of a publicly held company? 您是否上市公司的董事、持有股權達10%的股票或決策者？ ☐ No 否 ☐ Yes (specify companies) 是 (請列明公司名稱) | | |

Referred by ETRADE Securities (HK) Ltd. (AFPBC 001-0508)

**Exhibit 10**

| Primary Account Holder 主要帳戶持有人 | | Co-Account Holder, If Applicable 聯名帳戶持有人 (如適用) | |
|---|---|---|---|
| If you are not a U.S. resident, please provide the following 若非美國居民，請提供以下資料 | | If you are not a U.S. resident, please provide the following 若非美國居民，請提供以下資料 | |
| ID No./Passport Number 身份證號碼或護照號碼<br>11010519380326252X | Country of Issuance 簽發國家<br>CHINA | ID No./Passport Number 身份證號碼或護照號碼 | Country of Issuance 簽發國家 |
| Country of Legal Residence (please attach Form W-8BEN) 法定居所 (請附上W-8BEN表格)<br>CHINA<br>NOTE: If you are a non-U.S. resident, please attach a photocopy of your passport or government-issued identification. We cannot open your account without this documentation.<br>注意：若非美國居民，請附上您的護照或政府簽發的身份證明文件的影印本。若無此文件我們無法為您開設帳戶。 | | Country of Legal Residence (please attach Form W-8BEN) 法定居所 (請附上W-8BEN表格)<br>NOTE: If you are a non-U.S. resident, please attach a photocopy of your passport or government-issued identification. We cannot open your account without this documentation.<br>注意：若非美國居民，請附上您的護照或政府簽發的身份證明文件的影印本。若無此文件我們無法為您開設帳戶。 | |
| If you are a U.S. citizen, please provide the following. 如果您不是美國公民，請提供以下資料 | | If you are not a U.S. citizen, please provide the following. 如果您不是美國公民，請提供以下資料 | |
| Country of Citizenship 國籍<br>CHINA | | Country of Citizenship 國籍 | |
| If you have been at your current address for less than six months, please provide your previous address.<br>如果您在目前地址的時間少於六個月，請提供您以前的地址。 | | If you have been at your current address for less than six months, please provide your previous address.<br>如果您在目前地址的時間少於六個月，請提供您以前的地址。 | |
| Street Address街道地址 | | Street Address街道地址 | |
| | City, State, ZIP/Country 市、州、郵遞/國家 | | City, State, ZIP/Country 市、州、郵遞/國家 |

## 3. Create Your Investment Profile 設定投資組合

Securities industry regulations require that we collect all of the following information. For joint accounts, please include combined amounts. 證券業規定需要我們收集以下所有資料。若為聯名帳戶，請提供合計款項。

**Investment Objective for This Account 帳戶的投資目標** (choose only one 請只選擇一項)

☐ Capital preservation 保本
Minimize the potential for any loss of principal 盡量減少本金損失的可能性

☐ Income 收益
Provide current income rather than growth of principal 提供即時收益而非本金的增長

☐ Growth 增長
Increase investment value over time while accepting price fluctuations 在接受價格波動的同時長期增加投資價值

☑ Speculation 投機
Assume the highest degree of risk for potentially higher returns 承擔最高風險以獲取較高回報

| **Investment Experience 投資經驗** | | | |
|---|---|---|---|
| ☐ None 無 | ☐ Limited 有限 | ☐ Good 良好 | ☑ Excellent 豐富 |
| **Annual Income** (in US$) 每年收入 (以美元計算) | ☐ $0-$14,999<br>☐ $50,000-$99,999 | ☐ $15,000-$24,999<br>☑ $100,000-$199,999 | ☐ $25,000-$49,999<br>☐ $200,000+ |
| **Approximate Net Worth** (in US$) 大約資產淨值 (以美元計算)<br>(excluding residence 不包括住所價值) | ☐ $0-$24,999<br>☐ $100,000-$499,999 | ☐ $25,000-$49,999<br>☐ $500,000-$999,999 | ☐ $50,000-$99,999<br>☑ $1,000,000+ |
| **Approximate Liquid Net Worth** (in US$) 大約流動資產淨值 (以美元計算) | ☐ $0-$14,999<br>☑ $50,000-$99,999 | ☐ $15,000-$24,999<br>☐ $100,000-$199,999 | ☐ $25,000-$49,999<br>☐ $200,000-$499,999 |
| | ☐ $500,000-$999,999 | ☐ $1,000,000+ | |

## 4. Select Your Account Features 選擇您的帳戶特點

**Earn Income on Your Cash Balance 利用現金結餘賺取收入**
Select only ONE of the following choices for the cash balance in your account. 請為您帳戶中的現金結餘選擇下列其中一項。
**For current interest yields, go to etrade.com/rates 想知現時的利率結餘，請進入etrade.com/rates查閱。**

☑ International Sweep Deposit Account*        ☐ Credit Interest        ☐ Other 其他

* Offers daily interest and FDIC insurance up to US$100,000. 按日結算利息，且獲最高達美國聯邦存款保險公司保險100,000美元的保障。

If you select the E*TRADE FINANCIAL Sweep Deposit Account, we will mail you a copy of the Sweep Deposit Account Agreement and the SDA Rate and Fee Schedule, which can also be found at www.etrade.com/sweeptruthinsavings and www.etrade.com/sweepdepositoryagree, respectively. If you do not check a box, you will automatically be enrolled in the E*TRADE FINANCIAL Sweep Deposit Account.
如果您選擇E*TRADE FINANCIAL Sweep Deposit Account，我們會把Sweep Deposit Account的協議和利率收費寄給您。兩者也可分別在www.etrade.com/sweeptruthinsavings 和www.etrade.com/sweepdepositoryagree找到。如果您不在空格中作出選擇，您會自動加入E*TRADE FINANCIAL的Sweep Deposit Account。您也可隨時登入以上網址。

**Receive Your Account Documents Online 在網上收取您的帳戶文件**
For your convenience, your account documents such as monthly statements, trade confirmations, and tax documents will be delivered to you via a secure online file cabinet instead of by mail. We will notify you at the Primary Account Holder's e-mail address provided in Section 2 whenever a new document is available.
為方便您，帳戶文件 (例如月結單、交易確認書和稅務文件) 將透過安全的網上檔案夾寄交您而並非郵寄交付給您。每當有新文件時，我們將按第2部份提供的主要帳戶持有人的電郵地址通知您。

**This feature is provided automatically unless declined below.**
I would prefer to receive the following items by U.S. mail: 我想透過美國郵遞收取下列各項：

☐ Monthly statements 帳戶月結單        ☐ Trade confirmations 交易確認書        ☐ Prospectuses 發售章程
☐ Tax documents 稅務文件        ☐ Corporate reports, proxies, and reorganization notices 公司報告、代表委任表格及重組通知

You must provide us with your e-mail address in Section 2 to receive electronic account documents. 要收取電子帳戶文件，您必須在第2部份提供您的電郵地址。

| lizhao.su@gmail.com |
|---|

You may change your delivery preferences at any time. With respect to documents you select to receive electronically, you agree to all the terms of Section 13 of the E*TRADE Securities Customer Agreement at etrade.com/custagree.
您可隨時更改收件形式。就您選擇以電子方式收取的文件而言，您同意E*TRADE證券客戶協議第13部份的所有條款。

**Add Margin Borrowing and Overdraft Protection 加入保證金借貸和透支保障**
A margin account gives you the flexibility to borrow from E*TRADE Securities using the assets in your account as collateral. Proceeds may be used to purchase additional securities, as overdraft protection, or for any other purpose. This feature is provided automatically unless declined below.
保證金帳戶令您靈活有彈性，您可以帳戶中的資產作為抵押向E*TRADE Securities借款，用於進一步購買證券 (作為透支保障)或作任何其他目的。除非您在下文另行選擇，否則會自動提供此項安排。

☐ Do not add margin features to my account. 請勿在我的帳戶中加入保證金功能。

Margin transactions involve additional risks, including the risk that you could lose more money than you deposit in your account. For more information, including current margin interest rates and the NASD Margin Disclosure Statement, visit etrade.com/margin.
保證金交易涉及額外的風險，當中包括表示有可能損失超越帳戶中存款額所冒的風險。如想瞭解更多資料，包括現時的保證金利率和NASD (美國全國證券交易商協會) 保證金披露聲明，請參閱etrade.com/margin。

See Section 10 of the E*TRADE Securities Customer Agreement at etrade.com/custagree for more information about your responsibilities.
想知您的責任了解多些，請參閱E*TRADE證券客戶協議第10部份 (載於網頁：etrade.com/custagree)

Exhibit 10

SEC-ETRADE-E-0000013

## 5. Fund Your Account 存款入您的帳戶

Tell us how you'll provide your initial deposit. A US$1,000 minimum is required for cash accounts (US$2,000 for margin accounts).
請說明您將如何提供您的首次存款。現金帳戶至少需要1,000美元。(保證金帳戶需2,000美元。)

Check one or more.
請在以下一個或多個方格內加上✓號。

☑ I have enclosed a check to be settled by any bank in Hong Kong for □US$/☑HK$ _3,500,000.00_ made payable to ETRADE Securities (Hong Kong) Limited.
我已附上一張收款人為ETRADE Securities (Hong Kong) Limited，並由香港銀行結算的 _3,500,000.00_ □美元/☑港元支票。

☐ I have enclosed a check to be settled by any bank in US for US$ _____ made payable to ETRADE Clearing LLC.
我已附上一張收款人為ETRADE Clearing LLC，由美國富祐銀行結算的 _____ 美元支票。

☐ I choose electronic transfer to the related account. (Please call (852) 3191-3311 for Hong Kong or (65) 6438-8228 for Singapore, or our toll free number at 10-800-852-0968 for Northern China, 10-800-152-0968 for Southern China and 00-801-855-954 for Taiwan.)
我選擇電匯至有關帳戶。「詳情請致電(852)3191-3311（香港）或(65)6438-8228（新加坡），或我們的免費長途電話號碼10-800-852-0968（中國北方）、10-800-152-0968（中國南方）和00-801-855-954（台灣）。」

☐ I have enclosed a completed Account Transfer Form.
我已附上填妥的證券轉戶申請書。

## 6. Sign and Date Your Application 請簽署您的申請書並註明日期

I am of legal age to enter into this contract. I acknowledge that I have received, read, and agree to be bound by the terms and conditions as currently set forth in the E*TRADE Securities Customer Agreement as amended from time to time. The E*TRADE Securities Customer Agreement is available online at etrade.com (select Hong Kong) or (select Singapore) or by calling (852) 3191-3311 for Hong Kong or (65) 6438-8228 for Singapore or our toll free number at 10-800-852-0968 for Northern China, 10-800-152-0968 for Southern China and 00-801-855-954 for Taiwan. I ACKNOWLEDGE THAT E*TRADE SECURITIES DOES NOT PROVIDE INVESTMENT, TAX, OR LEGAL ADVICE. I understand that you will supply my name to issuers of any securities held in my account so that I may receive any important information regarding them, unless I notify you in writing not to do so.
本人已達到訂立此合約的法定年齡。本人確認本人已經收到、閱讀E*TRADE證券客戶協議書目前所列載及可不時修訂的條款及條件，並同意接受這些條款及條件約束。國際E*TRADE證券客戶協議書的內容，請瀏覽我們的網站etrade.com（選擇「香港/新加坡」）或致電(852)3191-3311（香港）或(65)6438-8228（新加坡），或我們的免費長途電話號碼10-800-852-0968（中國北方）、10-800-152-0968（中國南方）和00-801-855-954（台灣）。本人確認E*TRADE SECURITIES並無提供有關投資、稅務或法律的意見。本人明白，除非本人向貴公司提出書面反對，否則貴公司將把本人的姓名提供給本人帳戶所持有何證券的發行人，以使本人能收到任何關於這些發行人的重要資料。

Under penalty of perjury, I certify (1) that my Social Security or taxpayer ID number shown on this form is my correct number, (2) that I am not subject to backup withholding because (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report interest or dividends, or (c) I have been notified by the IRS that I am no longer subject to backup withholding [cross out item 2 if you have been notified by the IRS that you are currently subject to backup withholding because you failed to report all interest and dividends on your tax returns], and (3) I am a U.S. person (including a U.S. resident alien). **The Internal Revenue Service does not require your consent to any provision of this document other than the certification required to avoid backup withholding.**
在偽證判罪的情況下，本人證明(1)本人表格所示本人的社會安全或稅務付識別編號是正確的號碼，(2)本人毋須繳納備用預扣稅，因為(a)本人獲豁免備用預扣稅，或(b)本人並無由美國稅務局(IRS)通知因逾期申報利息或股息而須繳納備用預扣稅，或(c)本人已接獲稅務局通知本人毋須繳納備用預扣稅(如果您已因未有報稅表中申報全部利息或股息而由稅務局通知您現在須繳納備用預扣稅，請刪去第2項。)，及(3)本人是美國人（包括屬美國居民的外藉人士）。除您繳備用預扣稅和備用稅證明外，稅務局並無要求您同意本文件內任何條文。

☑ I am not a U.S. person and have attached Form W-8BEN to this application. I have also included a copy of my passport or government-issued ID.
本人不是美國人，並已隨本申請書附上W-8BEN表。本人亦已夾附護照或政府簽發的身份證副本。

In connection with your E*TRADE Securities Account, please be advised that ETRADE Securities (Hong Kong) Limited will receive compensation for referring your account to E*TRADE Securities LLC, an affiliated company as well as providing certain customer services to you. The compensation to ETRADE Securities (Hong Kong) Limited will be based on commissions generated, cash balances and margin loans. You do not pay any additional fee as a result of this referral arrangement.
關於客戶的僱創理財證券帳戶，閣下請注意，轉介閣下的公司給E*TRADE Securities LLC將為您提供相關服務，而ETRADE Securities (Hong Kong) Limited可能從推薦您諮該公司以賺取佣金報酬。E*TRADE Securities (Hong Kong) Limited提取報酬之多寡，將以相關佣金、現金結餘及保證金貸款之數額釐定。除此以外，您不必因此介紹人安排而支付任何額外費用。

☑ I acknowledge the existence of the compensation arrangement described above.
本人確認以上之報酬安排。

**I UNDERSTAND THAT THIS ACCOUNT IS GOVERNED BY A PREDISPUTE ARBITRATION CLAUSE. I ACKNOWLEDGE THAT I HAVE RECEIVED AND READ A COPY OF THE E*TRADE SECURITIES CUSTOMER AGREEMENT WHICH CONTAINS A PREDISPUTE ARBITRATION AGREEMENT AT SECTION 8.**
本人同意，此帳戶受E*TRADE證券客戶協議書第8部份的爭議仲裁條款的規管。本人確認已經收到並閱讀E*TRADE證券客戶協議書，當中包括第8部份的爭議仲裁裁條款。

| X 苏立昭 | 05/28/2008 | X |  |
|---|---|---|---|
| Signature of Primary Account Holder 主要帳戶持有人簽名 | Date 日期 | Signature of Co-Account Holder 聯名帳戶持有人簽名 | Date 日期 |

| X 苏 立 昭 ( LIZHAO SU ) |  |
|---|---|
| Printed Name (first, middle initial, last) 請用正楷填寫姓名（名，中間名，姓） | Printed Name (first, middle initial, last) 請用正楷填寫姓名（名，中間名，姓） |

System response and account access times may vary due to a variety of factors, including trading volumes, market conditions, and system performance.
系統反應和帳戶存取時間可能因多個因素而有所不同，包括成交量、市場情況和系統表現。

The E*TRADE FINANCIAL family of companies provides financial services including trading, banking and lending for retail and institutional customers. Securities products are offered by E*TRADE Securities LLC (Member FINRA / SIPC), leveraged foreign exchange and securities products and services are offered in Hong Kong by ETRADE Securities (Hong Kong) Limited (CF No. ACT764) which is licensed by the Hong Kong Securities & Futures Commission. Its principal place of business is at 2401-12, Two Pacific Place, 88 Queensway, Hong Kong. Securities products and services are offered in Singapore by ETRADE Financial Corporation (S) Pte. Ltd. Singapore Branch (Business Registration No.: F06703M) which is licensed by the Monetary Authority of Singapore. Its principal place of business is at 80 Raffles Place #36-01, UOB Plaza 1, Singapore 048624. ETRADE Securities (Hong Kong) Limited and ETRADE Securities LLC & ETRADE and the Asterisk logo are registered trademarks of E*TRADE Financial Corporation or its subsidiaries and are used with permission. ©2008 E*TRADE Securities LLC. E*TRADE and the Asterisk logo are registered trademarks of E*TRADE Financial Corporation or its subsidiaries and are used with permission. ©2008 E*TRADE Securities (Hong Kong) Limited and Singapore Branch. All Rights Reserved.

E*TRADE FINANCIAL公司旗下組合的公司向零售及機構客戶提供財務服務，服務內容包括零售及機構客戶之交易、銀行及借貸業務。E*TRADE Securities LLC (FINRA/SIPC成員)提供證券、槓桿式外匯及證券產品及服務。在香港提供的槓桿式外匯及證券產品及服務則由ETRADE Securities (Hong Kong) Limited (牌照號碼 CF No. ACT764)提供並受香港證券及期貨事務監察委員會監管。對公司之主要營業地點為香港金鐘道88號太古廣場二座2401-12室。在新加坡提供的證券產品及服務則由ETRADE Securities (Hong Kong) Limited - Singapore Branch提供並受新加坡金融管理局監管 Monetary Authority of Singapore (Business Registration No.: F06703M)。對公司主要營業地點為80 Raffles Place #36-01, UOB Plaza 1, Singapore 048624。ETRADE Securities (Hong Kong) Limited及ETRADE Securities LLC及E*TRADE及星號圖案商標為E*TRADE Financial Corporation或其公司的註冊商標，特准使用。©2008 E*TRADE Securities LLC and ETRADE Securities (Hong Kong) Limited & Singapore Branch。版權所有，不得轉載。

Referred by ETRADE Securities (HK) Ltd. (APP8C-001-0308)

Exhibit 10

SEC-ETRADE-E-0000014



# OPTIONS TRADING APPLICATION 期權買賣申請書

E*TRADE Securities LLC
P.O. Box 1542
Merrifield, VA 22116-1542

This application is optional. Complete this form if you would like to apply to add options trading capability to your account. 您可選擇是否填寫此申請書。如您想在帳戶內申請加入期權買賣功能，請填寫本表。
Visit etrade.com/options to learn more about the risks and rewards of options trading.如欲知道更多有關期權買賣風險和回報的資料，請參閱etrade.com/options。

**Options Activity** (select only one) 期權活動（只可選擇其一）

If no box is selected, you will be considered for the options trading level that we, at our discretion, deem suitable for you based on the other information you have provided.
若您沒有在方格作出選擇，您將被視為選擇由我們根據您已提供的其他資料情況定認為適合您的期權交易級別。

☐ Level One: Write Covered Calls 第一級: 沽出備兌認購期權
☐ Level Three: Level Two + Spreads/Uncovered Equity Puts 第三級: 第二級 + 跨期式期權/無備兌股票認沽期權

☐ Level Two: Level One + Purchases/Covered Puts 第二級: 第一級 + 購買/備兌認沽期權
☑ Level Four: Level Three + Uncovered Equity/Index Calls and Uncovered Index Puts 第四級: 第三級 + 無備兌股票/指數認購期權及無備兌指數認沽期權

| **Primary Account Holder** 主要帳戶持有人 | **Co-Account Holder, If Applicable** 聯名帳戶持有人 (如適用) |
|---|---|
| **Options Investment Knowledge** 期權投資知識 | **Options Investment Knowledge** 期權投資知識 |
| ☐None 無  ☐Limited 有限  ☐Good 良好  ☑Excellent 豐富 | ☐None 無  ☐Limited 有限  ☐Good 良好  ☐Excellent 豐富 |
| **Options Trading Experience** 期權買賣經驗 | **Options Trading Experience** 期權買賣經驗 |
| ☐None 無  ☑Covered calls 備兌認購期權  ☑Covered puts 備兌認沽期權  ☑Purchases 購買期權 | ☐None 無  ☐Covered calls 備兌認購期權  ☐Covered puts 備兌認沽期權  ☐Purchases 購買期權 |
| ☑Spreads 跨期式期權  ☑Uncovered calls 無備兌認購期權  ☑Uncovered puts 無備兌認沽期權 | ☐Spreads 跨期式期權  ☐Uncovered calls 無備兌認購期權  ☐Uncovered puts 無備兌認沽期權 |
| Any section left blank will be assumed to be zero or none. 任何部分如留空，將被視為零或無。 | Any section left blank will be assumed to be zero or none. 任何部分如留空，將被視為零或無。 |

| **Years of Experience** 經驗 | | | **Years of Experience** 經驗 | | |
|---|---|---|---|---|---|
| Stocks 股票: 15 yrs. 年 | Bonds 債券: 20 yrs. 年 | Options 期權: 10 yrs. 年 | Stocks 股票: ___ yrs. 年 | Bonds 債券: ___ yrs. 年 | Options 期權: ___ yrs. 年 |

| **Total Transactions per Year** 每年交易次數合計 | | | | | | **Total Transactions per Year** 每年交易次數合計 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Stocks 股票 | ☐0-9 | ☐10-14 | ☑15-24 | ☐25-74 | ☐75+ | Stocks 股票 | ☐0-9 | ☐10-14 | ☐15-24 | ☐25-74 | ☐75+ |
| Bonds 債券 | ☐0-9 | ☐10-14 | ☑15-24 | ☐25-74 | ☐75+ | Bonds 債券 | ☐0-9 | ☐10-14 | ☐15-24 | ☐25-74 | ☐75+ |
| Options 期權 | ☐0-9 | ☐10-14 | ☑15-24 | ☐25-74 | ☐75+ | Options 期權 | ☐0-9 | ☐10-14 | ☐15-24 | ☐25-74 | ☐75+ |

| **Average Transaction Size** (in US$) 平均交易金額 (以美元計算) | | | **Average Transaction Size** (in US$) 平均交易金額 (以美元計算) | | |
|---|---|---|---|---|---|
| ☑$0-$9,999 | ☐$10,000-$24,999 | ☐$25,000+ | ☐$0-$9,999 | ☐$10,000-$24,999 | ☐$25,000+ |

**Read and sign below to apply to trade options.** 申請買賣期權，請閱讀以下文並簽名。

**Important:** You must also sign in Section 6 of the Brokerage Application before we can open your account. You cannot use this application to upgrade an existing account. If you would like to upgrade options trading capability to an existing account, please use the Margin/Option Account Upgrade Form, which can be found online at etrade.com/forms.
**重要事項：** 您亦須在經紀帳戶申請第6部份簽名後才可開設帳戶。您不能使用本申請書為任何現有帳戶升級。如果您想在現有帳戶加入期權買賣功能，請使用保證金/期權升級表格 (載於網頁：etrade.com/forms)。

I agree not to enter into any options transactions until I have received, read, and understood the disclosure document entitled Characteristics and Risks of Standardized Options, which can be found at etrade.com/optionsagree. I am aware of the special risks and obligations of options trading. I have read, understood, and agree to be bound by the options trading terms and conditions outlined in section 10 of the E*TRADE Securities Customer Agreement, which can be found at etrade.com/custagree. I also agree that I am bound by it as it is currently in effect and as it is amended from time to time.
本人現同意不收到、閱讀及明白一份名稱為期權的特性與風險之披露文件 (Characteristics and Risks of Standardized Options) 部份的披露文件 (載於網頁：etrade.com/optionsagree) 之前，不會進行任何期權交易。本人知道期權買賣的特有風險和責任。本人已經閱讀、明白E*TRADE證券客戶協議第10部份 (載於網頁：etrade.com/custagree) 所載的期權買賣條款及條件並同意受其約束，且同意本人目前有效及不時修訂的此等條款及條件所約束。

X 蘇文卿   05/28/2008
Signature of Primary Account Holder 主要帳戶持有人簽名   Date 日期

X _____
Signature of Co-Account Holder 聯名帳戶持有人簽名   Date 日期

**For E*TRADE Securities Use Only:** 僅供E*TRADE Securities填寫：

I have reviewed this application and believe the account is suitable for:
本人已審閱本申請書，認為宜就此開始下列帳戶：

☐ Margin 保證金   ☐ Cash 現金   Approved 批准 _____   Date 日期 _____

☐ Options Level One 第一級期權買賣   ☐ Options Level Two 第二級期權買賣   ☐ Options Level Three 第三級期權買賣   ☐ Options Level Four 第四級期權買賣   Approved 批准 _____   Date 日期 _____

System response and account access times may vary due to a variety of factors, including trading volumes, market conditions, and system performance.
系統反應時間及帳戶接達時間或因多種因素而有所不同，包括交易量、市場情況和系統表現。

The E*TRADE FINANCIAL family of companies provides financial services including trading, banking and lending for retail and institutional customers. Securities products are offered by E*TRADE Securities LLC (Member FINRA / SIPC). Leveraged foreign exchange and securities products and services are offered in Hong Kong by E*TRADE Securities (Hong Kong) Limited (CE No. ACT764) which is licensed by the Hong Kong Securities & Futures Commission. Its principal place of business is at 2401-12, Two Pacific Place, 88 Queensway, Hong Kong. Securities products and services are offered in Singapore by E*TRADE Securities (Hong Kong) Limited - Singapore Branch (Business Registration No. F06703M) which is licensed by the Monetary Authority of Singapore. Its principal place of business is at 80 Raffles Place #36-01, UOB Plaza 1, Singapore 048624. E*TRADE and the Asterisk Logo are registered trademarks of E*TRADE Securities (Hong Kong) Limited and The Singapore Branch. Introduce all applications to these US securities products to E*TRADE Securities LLC. E*TRADE and the Asterisk Logo are registered trademarks of E*TRADE Financial Corporation or its subsidiaries and are used with permission. ©2008 E*TRADE Securities (Hong Kong) Limited & Singapore Branch. All Rights Reserved.

E*TRADE FINANCIAL公司集團為客戶提供多項金融財務服務項目，銀行買賣借貸等服務。證券產品由E*TRADE Securities LLC (FINRA/SIPC成員) 提供。槓桿式外匯及證券產品和服務在香港由E*TRADE Securities (Hong Kong) Limited (中央編號：ACT764) 提供，該公司是根據香港證券及期貨事務監察委員會持牌經營公司。其公司營業地址為香港金鐘道88號太古廣場第二座2401-12室。在新加坡的證券產品及服務由E*TRADE Securities (Hong Kong) Limited - Singapore Branch (商業登記號碼：F06703M) 提供，該公司是根據新加坡金融管理局持牌經營公司。其公司營業地址為80 Raffles Place #36-01, UOB Plaza 1, Singapore 048624。E*TRADE及星號標誌是E*TRADE Securities (Hong Kong) Limited及新加坡分行之註冊商標。E*TRADE及星號標誌是E*TRADE Financial Corporation或其公司的註冊商標。特准使用。©2008 E*TRADE Securities LLC and ETRADE Securities (Hong Kong) Limited & Singapore Branch。版權所有，不得轉載。

7   Referred by ETRADE Securities (HK) Ltd. (APPBC 001-0508)

Exhibit 10

SEC-ETRADE-E-0000015

Form **W-8BEN**

(Rev. February 2006)

Department of the Treasury
Internal Revenue Service

## Certificate of Foreign Status of Beneficial Owner
## for United States Tax Withholding

▶ Section references are to the Internal Revenue Code. ▶ See separate instructions.

▶ Give this form to the withholding agent or payer. Do not send to the IRS.

OMB No. 1545-1621

**Do not use this form for:**

Instead, use Form:

- A U.S. citizen or other U.S. person, including a resident alien individual . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . W-9
- A person claiming that income is effectively connected with the conduct of a trade or business
  in the United States . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . W-8ECI
- A foreign partnership, a foreign simple trust, or a foreign grantor trust (see instructions for exceptions) . . . . W-8ECI or W-8IMY
- A foreign government, international organization, foreign central bank of issue, foreign tax-exempt organization,
  foreign private foundation, or government of a U.S. possession that received effectively connected income or that is
  claiming the applicability of section(s) 115(2), 501(c), 892, 895, or 1443(b) (see instructions) . . . . . . . W-8ECI or W-8EXP

Note: These entitles should use Form W-8BEN if they are claiming treaty benefits or are providing the form only to
claim they are a foreign person exempt from backup withholding.

- A person acting as an intermediary . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . W-8IMY

Note: See instructions for additional exceptions.

### Part I    Identification of Beneficial Owner (See instructions.)

| 1  Name of individual or organization that is the beneficial owner | 2  Country of incorporation or organization |
|---|---|
| Lizhao SU | N/A |

3  Type of beneficial owner: ☑ Individual  ☐ Corporation  ☐ Disregarded entity  ☐ Partnership  ☐ Simple trust

☐ Grantor trust  ☐ Complex trust  ☐ Estate  ☐ Government  ☐ International organization

☐ Central bank of issue  ☐ Tax-exempt organization  ☐ Private foundation

4  Permanent residence address (street, apt. or suite no., or rural route). Do not use a P.O. box or in-care-of address.
WANGJING HUAYUAN DONGQU, BUILDING #213, ROOM #1704

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| BEIJING CHAOYANG DISTRICT, BEIJING, 100102 | ~~P.R.~~ CHINA |

5  Mailing address (if different from above)

| City or town, state or province. Include postal code where appropriate. | Country (do not abbreviate) |
|---|---|
| | |

| 6  U.S. taxpayer identification number, if required (see instructions)   ☐ SSN or ITIN  ☐ EIN | 7  Foreign tax identifying number, if any (optional) |
|---|---|
| | |

8  Reference number(s) (see instructions)

### Part II    Claim of Tax Treaty Benefits (if applicable)

9  I certify that (check all that apply):

a  ☑ The beneficial owner is a resident of *China* within the meaning of the income tax treaty between the United States and that country.

b  ☐ If required, the U.S. taxpayer identification number is stated on line 6 (see instructions).

c  ☐ The beneficial owner is not an individual, derives the item (or items) of income for which the treaty benefits are claimed, and, if
applicable, meets the requirements of the treaty provision dealing with limitation on benefits (see instructions).

d  ☐ The beneficial owner is not an individual, is claiming treaty benefits for dividends received from a foreign corporation or interest from a
U.S. trade or business of a foreign corporation, and meets qualified resident status (see instructions).

e  ☐ The beneficial owner is related to the person obligated to pay the income within the meaning of section 267(b) or 707(b), and will file
Form 8833 if the amount subject to withholding received during a calendar year exceeds, in the aggregate, $500,000.

10  Special rates and conditions (if applicable—see instructions): The beneficial owner is claiming the provisions of Article ............ of the
treaty identified on line 9a above to claim a ................ % rate of withholding on (specify type of income): ................................

Explain the reasons the beneficial owner meets the terms of the treaty article: ................................................

................................................................................................................

### Part III    Notional Principal Contracts

11  ☐ I have provided or will provide a statement that identifies those notional principal contracts from which the income is not effectively
connected with the conduct of a trade or business in the United States. I agree to update this statement as required.

### Part IV    Certification

Under penalties of perjury, I declare that I have examined the information on this form and to the best of my knowledge and belief it is true, correct, and complete. I
further certify under penalties of perjury that:

1. I am the beneficial owner (or am authorized to sign for the beneficial owner) of all the income to which this form relates,

2. The beneficial owner is not a U.S. person.

3. The income to which this form relates is (a) not effectively connected with the conduct of a trade or business in the United States, (b) effectively connected but is
not subject to tax under an income tax treaty, or (c) the partner's share of a partnership's effectively connected income, and

4. For broker transactions or barter exchanges, the beneficial owner is an exempt foreign person as defined in the instructions.

Furthermore, I authorize this form to be provided to any withholding agent that has control, receipt, or custody of the income of which I am the beneficial owner or
any withholding agent that can disburse or make payments of the income of which I am the beneficial owner.

**Sign Here** ▶    Signature of beneficial owner (or individual authorized to sign for beneficial owner)    05/28/2008    Date (MM-DD-YYYY)    Capacity in which acting

For Paperwork Reduction Act Notices, see separate instructions.    Cat. No. 25047Z    Form **W-8BEN**

Exhibit 10

SEC-ETRADE-E-0000016

ID ADDRESS PR

**ID ADDRESS PROOF**

Lichao Su
Wangjing Huayuan Dongqu,
Building #213, Room #1704,
Beijing Chaoyang District
100102, China



Exhibit 10

SEC-ETRADE-E-0000017

# EXHIBIT 11

## ACCOUNT INFORMATION FOR ZHIQING YIN

### CUSTOMER SUMMARY FOR ZHIQING YIN

| | |
|---|---|
| **Title:** | Zhiqing Yin |
| **Applicant ID:** | 2321461 |
| **Type:** | INDIVIDUAL |
| **Legal Country:** | China |
| **Mailing Address:** | Apt# 1704, Building #213,, Wangjing Huayuan Dongqu, ChaoYang, Beijing, Beijing, 100102, China |
| **E-mail Address** | zhiqingyin@hotmail.com |
| **Primary user name:** | zhiqin317 |
| **Employer:** | Set/Unset Employer |
| **Good-faith Review:** | |

### ACCOUNTS OF ZHIQING YIN

| | ID | VAN | Type | Activated Capabilities | Status | Priority | Equity yesterday |
|---|---|---|---|---|---|---|---|
| ⊙ | ▓198 | ▓198 | Active Trader | BOND CFD FOP FUND FUT LEVFX OPT SSF STK MRGN PMRGN | Open. | FATCA - 2 | 24,914,518 USD |
| ○ | ▓98F | ▓198F | Active Trader | CFD CMDTY FOP FUT OPT MRGN | Open. | FATCA - 2 | 0 USD |

### ACCOUNT SUMMARY FOR ▓198



| | | | |
|---|---|---|---|
| **ID:** | ▓198 (VAN: ▓198) | **Equity yesterday:** | 24,914,518 USD |
| **Type:** | Active Trader | **Started:** | 27 May 2015 |
| **Activated Capabilities:** | BOND CFD FOP FUND FUT LEVFX OPT SSF STK MRGN PMRGN | **Approved:** | 28 May 2015 |
| **Status:** | Open.    Clearing Status | **Opened:** | 28 May 2015 |
| **Phylum** | C - Customer | **Funded:** | 27 Jul 2015 |
| **Priority** | FATCA - 2   Change Priority | **Closed:** | |
| **IB Entity:** | IBLLC-US | **Operator:** | |
| **Currency:** | USD | **Estate:** | |

TMS tickets     TMS sticky notes     Assign to ASG     Account Diagnostic

### PRIOR NOTES

Hide all

| 1. Note | hide |
|---|---|
| Upgrade approved | |
| **Operator:** cjohans     **Date:** 06 Jan 2016 | |

| 2. Note | hide |
|---|---|
| ok, Approved for PMRGN | |
| **Operator:** dbridges     **Date:** 28 May 2015 | |

### CUSTOMER CONFIGS

**Account Config**
Nothing Set
Edit Account Config

**Internal Account Settings**
Nothing Set
Edit Account Settings

### ACCOUNT APPROVAL DECISION

CLICK to see Account Reopen History

**Decision:** Accepted   (Initial)

**Proclamations:** Based on the fact that this customer has satisfied Interactive Brokers' threshold financial criteria to trade security futures, and based on IB's verification of relevant account information under IB's written account approval and anti-money laundering procedures, and based on my review of all information provided by the customer, including but not limited to the customer's investment objectives, employment status, annual income, net worth, liquid net worth, marital status, number of dependents, age and investment experience, I approve this account for trading security futures.

I have reviewed and approved this account for portfolio margin, based on my review of all financial and investment information provided by the customer, and based on the fact that the account is eligible for uncovered option trading and has acknowledged receipt of and agreement with the Portfolio Margin Risk Disclosure.

**Deciding User:** smitman
**Deciding Time:** 28 May 2015 12:05:52 EDT

**Initial Capabilities:** BOND FOP FOREX FUT LEVFX MRGN MULT OPT PMRGN SSF STK

**Compliance Officer:** dbridges
**Compliance Time:** 28 May 2015 10:20:39 EDT

**Risk Officer:** smitman
**Risk Time:** 28 May 2015 12:05:52 EDT

**Additional Remarks:**

### ACCOUNT UPGRADE DECISIONS

All Requested Capabilities: BOND CFD FOP FOREX FUND FUT LEVFX MRGN MULT OPT PMRGN SSF STK

Decision: Accepted

Exhibit 11

SEC-IB-E-0002998

## ACCOUNT UPGRADE DECISIONS

All Requested Capabilities: BOND CFD FOP FOREX FUND FUT LEVFX MRGN MULT OPT PMRGN SSF STK

Decision: Accepted

**Proclamations:** Based on the fact that this customer has satisfied Interactive Brokers' threshold financial criteria to trade security futures, and based on IB's verification of relevant account information under IB's written account approval and anti-money laundering procedures, and based on my review of all information provided by the customer, including but not limited to the customer's investment objectives, employment status, annual income, net worth, liquid net worth, marital status, number of dependents, age and investment experience, I approve this account for trading security futures.

**Deciding Officer:** cjohans
**Deciding Time:** 06 Jan 2016 13:56:00 EST

**Compliance Officer:** cjohans
**Compliance Time:** 06 Jan 2016 13:56:00 EST

Additional Remarks:

## ADDITIONAL APPLICANT/REGISTRATION INFORMATION

### APPLICANT INFO

| | |
|---|---|
| **Applicant ID:** 2321461 | **Primary Phone:** +8613651266918 |
| **Country of Legal residence:** China | |
| **Applicant Citizenship:** China | **Mailing Address:** Apt# 1704, Building #213,, Wangjing Huayuan Dongqu, |
| **US Income Tax Classification:** NOT AVAILABLE | ChaoYang |
| | Beijing,Beijing,100102 |
| **Market Data Status:** Non-Professional | China |
| **Token Type:** Gold | **Currency/Rate:** USD (1) |
| Display U.S. Indicia Check Result | |
| Show FATCA RWS Resolution | **Marketing/Sales Info:** |
| | **Assisted by:** self |

Change Applicant Information    |

### IPO CERTIFICATION INFORMATION

No response

### EXCESS SWEEP

None

### INVESTMENT EXPERIENCE

| | Years of Experience | # of Trades per Year | Knowledge Level |
|---|---|---|---|
| Stocks | > 10 | 51 - 100 | Extensive |
| Options | 6 - 10 | 11 - 25 | Good |
| Commodities | 6 - 10 | 11 - 25 | Good |
| Bond | > 10 | 51 - 100 | Good |
| FX | 6 - 10 | 1 - 10 | Good |
| CFD | N/A | N/A | 0 |

### FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| **Estimated Net Worth** | 5,000,001 - 10,000,000 | **Estimated Liquid Net Worth** | > 5,000,001 |
| **Net Income** | 250,001 - 500,000 | **Sources of Funds** (Other than regular income) | Sources of Income |
| **Total Assets** | 5,000,001 | **Accredited Investor** for Private Placement? | No |
| | | **Invited to Private Placement?** | No |

### INVESTMENT OBJECTIVES

Growth,Trading,Speculation,Hedging

Edit Objective

### TAX BASIS CONFIGURATION

| TAX BASIS | LAST EDIT | EDITED BY |
|---|---|---|
| FIFO (First In First Out) | | |

### TAX SYSTEM STATUS

| Current Tax System Class: | Current Tax System Country: | Reported Tax System Class: | Reported Tax System Country: |
|---|---|---|---|
| N8 | CN | N8 | CN |

### W8 INFO

Tax Form History

Display Pending Tax Forms

| BASIC INFORMATION | ADDITIONAL INFORMATION | | |
|---|---|---|---|
| **Form:** View W-8BEN | **PARAMETER NAME** | **US-ASCII VALUE** | **NATIVE VALUE** |
| **Business Name:** null | ACCOUNT_TITLE | Mr. Zhiqing Yin | |
| **Submitted:** 22 Oct 2015 06:50:21 EDT | PART_2_9A_COUNTRY | China | |
| **For Interest:** No | SIGNATURES | | |
| **For Dividend:** No | SIGNATURE1 | Zhiqing Yin | |
| **For Broker:** No | | | |
| **QI Verified:** No | W8BENCERT1 | T | |
| **Beneficial Owner:** N/A | W8BENCERT2 | T | |
| **Citizenship:** China | W8BENCERT3 | T | |
| **FATCA Entity Type:** Unknown | W8BENCERT4 | T | |
| **FATCA Status:** UNKNOWN | W8BENCERT5 | T | |
| **FATCA Hybrid Treaty Claim:** UNKNOWN | | | |
| **Residential Address:** | | | |

**Exhibit 11**

SEC-IB-E-0002999

| | | |
|---|---|---|
| Beneficial Owner: N/A | W8BENCERT2 | T |
| Citizenship: China | W8BENCERT3 | I |
| FATCA Entity Type: Unknown | W8BENCERT4 | T |
| FATCA Status: UNKNOWN | W8BENCERT5 | T |
| FATCA Hybrid Treaty Claim: UNKNOWN | | |

**Residential Address:**
Apt# 1704, Building #213, Wangjing Huayuan Dongqu,
ChaoYang
Beijing,Beijing,100102
China

**Native Residential Address:**

Beijing,Beijing

**Mailing Address:**

Beijing,Beijing,100102

**Native Mailing Address:**

Beijing,Beijing

**Expiration Date:** None

There is not any GIIN Verification record in our database

Customer signed the *Affidavit Of Prior Periods* on 22 Oct 2015 06:50:21 EDT

## US Tax Info

### Tax Form History

Display Pending Tax Forms

No W-9 form available or applicable.

### IRS Tax Verification Status

No TIN Verification done with IRS.

### Account Tax ID

N.A. (China) INVALID

## Financial Regulation Registration Information

## Investor Category

### Active Categories

| COUNTRY | REGULATOR'S NAME | SERVICE TYPE | REGISTRATION TYPE | REGISTRATION ID |
|---|---|---|---|---|

| INVESTOR CATEGORY | QUESTIONNAIRE | CATEGORY TS | REASON | |
|---|---|---|---|---|
| AI<br>Accredited Investor | Individual | 04 Nov 2015 | Customer<br>Customer self-declared | |
| QP<br>Qualified Purchasers | ECP_Individual | 04 Nov 2015 | ECP Individual | |
| ECP<br>Eligible Contract Participants | IB Auto<br>Customer was qualified by IB<br>Questionnaires were not filled out | 03 Nov 2015 | EQUITY-MULTI (03 Nov 2015)<br>Sum Equity at IB on different accounts over $10M | |

History

## Dividend Reinvestment Plan (DRIP)

There is no DRIP for this account!

Show Drip History

## Applicant Associated Entities

Show all

### MR. ZHIQING YIN (ACCOUNT HOLDER)

## Mr. Zhiqing Yin
Individual (27112837)

*Personal Info*
**Citizenship:** China
**DOB:** ▮▮▮▮1937
**Country of Birth:** China
**Marital Status:** M
**Gender:** M

*Employer Info*
**Employment Status:** RETIRED

*Ownership*
**Ownership percentage:** 100.0
*Detailed Ownership Information*

*Legal IDs*
**National ID:** 110105193703182530 (China)

*Contact Info*
**Mobile Phone:** +8613651266918
**Mobile (PRIMARY):** (86) +8613651266918
*details*

*Tax ID(s)*
N.A. (China) - INVALID

*Addresses*
**Residential Address:** Apt# 1704, Building
#213,, Wangjing Huayuan Dongqu, ChaoYang
Beijing,Beijing,100102
China
**Mailing Address:** Same as residential address

**Exhibit 11**

SEC-IB-E-0003000

Mailing Address: Same as residential address

Change Info    Request Proof of ID and DOB    Request Proof of Address    Request Proof of SSN    Mark as PEP    Ownership History

Sessions:    **User:** zhiqin317 (U8929198)      **Active in TWS:**Yes

## Account Associated Entities U8929198

Show all

No Associated Entity

### Disciplinary Events

| QUESTION | ANSWER | NATIVE ANSWER |
|---|---|---|
| Has the account holder ever been the subject of, or initiated, litigation, arbitration or any other type of **dispute** or settlement procedure with another broker or dealer? | N/A | N/A |
| Has the account holder ever been the subject of an **investigation** or proceeding by any commodities or securities exchange or regulatory authority or self-regulatory authority? | N/A | N/A |

### Compliance/Regulatory Information

| | |
|---|---|
| Is the account holder or any immediate family member who resides in the same household, registered as a broker-dealer or an employee, director or owner of a securities or commodities brokerage firm? | No |

Add Broker-Dealer Affiliation

| QUESTION | ANSWER | NATIVE ANSWER |
|---|---|---|
| Is the account holder a **member of an exchange** or an associated person, affiliated person or employee of an exchange member? | N/A | N/A |
| Is the account holder a member of a regulatory or a **self-regulatory organization**? | N/A | N/A |
| Is the account holder: i) a **director**; ii) a 10% shareholder; or iii) a policy-making officer of any publicly traded company? (Restricted or Controlled Stock) | No | N/A |
| Is exactly a **registered** financial advisor? | N/A | N/A |
| Accepted **Futures Arbitration Agreement**? | Yes | Yes |

Edit Compliance Information      Change Arbitration Agreement

### U.S. SEC Large Trader ID Information

Show information on U.S. SEC Large Trader ID Information

### Exchange Membership and Commission Info

| COMMISSION TYPE | STATUS | DATE REQUESTED | DATE EFFECTIVE |
|---|---|---|---|
| Securities | Bundled | | |
| Commodities | Bundled | | |

| EXCHANGE CODE | CLASS |
|---|---|
| Add an Exchange class | |

| REGULATORY CODE | CLASS |
|---|---|
| Add a Regulatory class | |

### Equifax ID/Address Verification Reports

No Equifax/CDC verification reports for this Account.

### OFAC, Sanctioned and Control List/Prohibited Customer List Searches

| Name | Matches | |
|---|---|---|
| Search (# 108155830) for Mr. Zhiqing Yin (Account Holder) | | Complete - no match found hide |
| Zhiqing Yin | No Matches found. | Processing time: 14 May 2016 15:18:49 EDT |

### WorldCheck Tasks

| Name | Matches | |
|---|---|---|
| WorldCheck Search (# 108155831) for Mr. Zhiqing Yin (Account Holder) | | Complete - no match found hide |
| Zhiqing Yin | No Matches found. | Processing time: 27 May 2015 11:37:10 EDT |

### Document Submission Tasks

Reject Multiple

| DOCUMENT SUBMISSION TASK | DOCUMENT RECEIVED | STATUS | ACTIONS |
|---|---|---|---|
| Legal Acknowledgement for Zhiqing Yin | Received form Legal Acknowledgement | Approved (smithson) on 28 May 2015 12:05:52 EDT | |
| Proof of identity and date of birth for Mr. Zhiqing Yin (Account Holder) | National ID IBLLC-US-2705433.pdf via Form Upload 27 May 2015 11:36:22 EDT | Approved (smithson) on 28 May 2015 12:05:52 EDT | |
| Proof of address for Mr. Zhiqing Yin (Account Holder) | Hukou IBLLC-US-2705434.pdf via Form Upload | Approved (smithson) on 28 May 2015 12:05:52 EDT | |

Exhibit 11

SEC-IB-E-0003001

| | | | |
|---|---|---|---|
| Zhiqing Yin (Account Holder) | Upload<br>27 May 2015 11:36:22 EDT | | |
| Proof of address for Mr. Zhiqing Yin (Account Holder) | Hukou<br>IBLLC-US-2705434.pdf   via Form Upload<br>27 May 2015 11:36:55 EDT | Approved (smshman) on 28 May 2015<br>12:05:52 EDT | |

### COMPLIANCE REVIEWS

Mark Tasks for Further Review

| User | Task | Status |
|---|---|---|
| zhiqin317 | Investor Category for Zhiqing Yin | Completed on 04 Nov 2015<br>11:17:13 EDT |
| zhiqin317 | U.S. Indicia Check for Zhiqing Yin | To Be Completed<br>Process R |

Exhibit 11


SEC-IB-E-0003002

# EXHIBIT 12



## ACCOUNT INFORMATION FOR JUN QIN

### CUSTOMER SUMMARY FOR JUN QIN

| | |
|---|---|
| **Title:** | Jun Qin |
| **Applicant ID:** | 2320555 |
| **Type:** | INDIVIDUAL |
| **Legal Country:** | China |
| **Mailing Address:** | Apt #107, Building #8, DaHuiSi 8 Hao, HaiDian District, Beijing, Beijing, 100081, China |
| **E-mail Address:** | maxqin0919@hotmail.com |
| **Primary user name:** | maxqin919 |
| **Employer:** | Set/Unset Employer |
| **Good-faith Review:** | |

### ACCOUNTS OF JUN QIN

| ID | VAN | Type | Activated Capabilities | Status | Priority | Equity yesterday |
|---|---|---|---|---|---|---|
| ⊙ ████3920 | ████3920 | Active Trader | BOND FOP FUT LEVFX OPT SSF STK MRGN PMRGN | Open. | FATCA - 2 | 4,489,907 USD |
| ○ ████920F | ████920F | Active Trader | FOP FUT OPT MRGN | Open. | FATCA - 2 | 0 USD |

### ACCOUNT SUMMARY FOR ████3920

████3920

| | | | |
|---|---|---|---|
| **ID:** | ████3920 (VAN: ████3920) | **Equity yesterday:** | 4,489,907 USD |
| **Type:** | Active Trader | **Started:** | 26 May 2015 |
| **Activated Capabilities:** | BOND FOP FUT LEVFX OPT SSF STK MRGN PMRGN | **Approved:** | 16 Jun 2015 |
| **Status:** | Open.    Clearing Status | **Opened:** | 16 Jun 2015 |
| **Phylum** | C - Customer | **Funded:** | 27 Jul 2015 |
| **Priority:** | FATCA - 2 Change Priority | **Closed:** | |
| **IB Entity:** | IBLLC-US | **Operator:** | |
| **Currency:** | USD | **Estate:** | |

TMS tickers          TMS sticky notes          Assign to A&G          Account Diagnostic

### PRIOR NOTES

Hide all

| **1. Note** | hide |
|---|---|
| ok, Approved for PMRGN | |
| **Operator:** dbridges                    **Date:** 16 Jun 2015 | |

| **2. Note** | hide |
|---|---|
| Reviewed and cleared account for further processing | |
| **Operator:** mheideman                    **Date:** 16 Jun 2015 | |

| **3. Note** | hide |
|---|---|
| client confirmed employment details via email | |
| **Operator:** mheideman                    **Date:** 16 Jun 2015 | |

| **4. Note** | hide |
|---|---|
| clarify source of funds (UNEMPLOYED: Provide additional details of income sources which totals 100%. | |
| dbridges | |
| **Operator:** dbridges                    **Date:** 15 Jun 2015 | |

| **5. Note** | hide |
|---|---|
| IB's Compliance Department has reviewed the potential match. No further follow-up will be required as the potential match has been determined to be false-positive based on legal name, DOB and location not an exact match. | |
| **Operator:** ewong                    **Date:** 26 May 2015 | |

### CUSTOMER CONFIGS

**Account Config**
Nothing Set
Edit Account Config

**Internal Account Settings**
Nothing Set
Edit Account Settings

### ACCOUNT APPROVAL DECISION

CLICK to see Account Reopen History

**Decision:** Accepted   (Initial)

**Proclamations:** Based on the fact that this customer has satisfied Interactive Brokers' threshold financial criteria to trade security futures, and based on IB's verification of relevant account information under IB's written account approval and anti-money laundering procedures, and based on my review of all information provided by the customer, including but not limited to the customer's investment objectives, employment status, annual income, net worth, liquid net worth, marital status, number of dependents, age and investment experience, I approve this account for trading security futures

I have reviewed and approved this account for portfolio margin, based on my review of all financial and investment information provided by the customer, and based on the fact that the account is eligible for uncovered option trading and has acknowledged receipt of and agreement with the Portfolio Margin Risk Disclosure.

**Deciding User:** smitman
**Deciding Time:** 16 Jun 2015 10.52.58 EDT

Exhibit 12

**Initial Capabilities:** BOND FOP FOREX FUT LEVFX MRGN MULT OPT PMRGN SSF STK

5/17/2016 7:20 PM

SEC-IB-E-0001777



**Deciding User:** smitman
**Deciding Time:** 16 Jun 2015 10:52:50 EDT

**Initial Capabilities:** BOND FOP FOREX FUT LEVFX MRGN MULT OPT PMRGN SSF STK

**Compliance Officer:** dbridges
**Compliance Time:** 16 Jun 2015 10:08:46 EDT

**Risk Officer:** smitman
**Risk Time:** 16 Jun 2015 10:52:58 EDT

**Additional Remarks:**

## ACCOUNT UPGRADE DECISIONS

No Upgrade Decisions yet

## ADDITIONAL APPLICANT/REGISTRATION INFORMATION

### APPLICANT INFO

**Applicant ID:** 2320555
**Country of Legal residence:** China
**Applicant Citizenship:** China
**US Income Tax Classification:** NOT AVAILABLE

**Market Data Status:** Non-Professional
**Token Type:** Bingo
**Display U.S. Indicia Check Result**
**Show FATCA RWE Resolution**

**Primary Phone:** +8613601192103

**Mailing Address:** Apt #107, Building #8, DaHuiSi 8 Hao, HaiDian District
Beijing,Beijing,100081
China
**Currency/Rate:** USD (1)

**Marketing/Sales Info:**
**Assisted by:** self

Change Applicant Information |

## IPO CERTIFICATION INFORMATION

No response

## EXCESS SWEEP

None

## INVESTMENT EXPERIENCE

| | Years of Experience | # of Trades per Year | Knowledge Level |
|---|---|---|---|
| Stocks | > 10 | 51 - 100 | Extensive |
| Options | > 10 | 51 - 100 | Extensive |
| Commodities | 2 | 1 - 10 | Good |
| Bond | 1 | 1 - 10 | Good |
| FX | 3 | 1 - 10 | Good |
| CFD | N/A | N/A | 0 |

## FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| **Estimated Net Worth** | 1,000,001 - 5,000,000 | **Estimated Liquid Net Worth** | 1,000,001 - 5,000,000 |
| **Net Income** | 150,000 - 250,000 | **Sources of Funds** (Other than regular income) | Sources Of Income |
| **Total Assets** | 1,000,001 | **Accredited Investor** for Private Placement? | No |
| | | **Invited to Private Placement?** | No |

## INVESTMENT OBJECTIVES

Growth,Trading,Speculation,Hedging

Edit Objective

## TAX BASIS CONFIGURATION

| TAX BASIS | LAST EDIT | EDITED BY |
|---|---|---|
| **FIFO** (First In First Out) | | |

## TAX SYSTEM STATUS

| Current Tax System Class: | Current Tax System Country: | Reported Tax System Class: | Reported Tax System Country: |
|---|---|---|---|
| N8 | CN | N8 | CN |

## W8 INFO

Tax Form History

Display Pending Tax Forms

| BASIC INFORMATION | ADDITIONAL INFORMATION | | |
|---|---|---|---|
| **Form:** View W-8BEN | **PARAMETER NAME** | **US-ASCII VALUE** | **NATIVE VALUE** |
| **Business Name:** null | ACCOUNT_TITLE | Mr. Jun Qin | |
| **Submitted:** 04 Nov 2015 07:56:14 EST | PART_2_9A_COUNTRY | China | |
| **For Interest:** No | SIGNATURES | Jun Qin | |
| **For Dividend:** No | W8BENCERT1 | I | |
| **For Broker:** No | W8BENCERT2 | T | |
| **QI Verified:** No | W8BENCERT3 | T | |
| **Beneficial Owner:** N/A | W8BENCERT4 | T | |
| **Citizenship:** China | W8BENCERT5 | T | |
| **FATCA Entity Type:** Unknown | | | |
| **FATCA Status:** UNKNOWN | | | |
| **FATCA Hybrid Treaty Claim:** UNKNOWN | | | |
| **Residential Address:** Apt #107, Building #8 DaHuiSi 8 Hao, HaiDian District Beijing,Beijing,100081 China | | | |



Exhibit 12

5/17/2016 7:20 PM

SEC-IB-E-0001778

**FATCA Hybrid Treaty Claim:** UNKNOWN

W8BENCERT5   T

**Residential Address:**
Apt #107, Building #8 DaHuiSi 8 Hao, HaiDian District
Beijing,Beijing,100081
China

**Native Residential Address:**

Beijing,Beijing

**Mailing Address:**

Beijing,Beijing,100081

**Native Mailing Address:**

Beijing,Beijing

**Expiration Date:** None

There is no any GIIN Verification record in our database

Customer signed the **Affidavit Of Prior Periods** on 04 Nov 2015 07:56:14 EST

| Task number | Entity Id | Tax Form Type | Affidavit Date |
|---|---|---|---|
| 119472183 | 27090587 | BEN | 26 May 2015 |

## US Tax Info

### Tax Form History

Display Pending Tax Forms

No W-9 form available or applicable.

### IRS Tax Verification Status

No TIN Verification done with IRS.

### Account Tax ID

N.A. (China) INVALID

## Financial Regulation Registration Information

### Investor Category

Active Categories

| COUNTRY | REGULATOR'S NAME | SERVICE TYPE | REGISTRATION TYPE | REGISTRATION ID |
|---|---|---|---|---|

| INVESTOR CATEGORY | QUESTIONNAIRE | CATEGORY TS | REASON |
|---|---|---|---|
| AI<br>Accredited Investor | Individual | 26 May 2015 | Customer<br>Customer self-declared |

History

### Divident Reinvestment Plan (DRIP)

There is no DRIP for this account!

Show Drip History

### Applicant Associated Entities

Show all

## MR. JUN QIN (ACCOUNT HOLDER)

### Mr. Jun Qin
Individual (27090587)

**Ownership**
Ownership percentage: 100.0
Detailed Ownership Information

**Contact Info**
Mobile Phone: +8613601192103
Mobile (PRIMARY): (86) +8613601192103
Details

**Personal Info**
Citizenship: China
DOB: [redacted] 1970
Country of Birth: China
Marital Status: M
Gender: M

**Legal IDs**
National ID: 110101197009192539 (China)

**Tax ID(s)**
N.A. (China) - INVALID

**Address**
Residential Address: Apt #107, Building #8,
DaHuiSi 8 Hao, HaiDian District
Beijing,Beijing,100081
China
Mailing Address: Same as residential address

**Employer Info**
Employment Status: EMPLOYED
Occupation: Quality Department Manager
Employer: Legrand (Beijing) Electrical Co., Ltd.
Employer Business: manufacturing electrical
products and installation
Employer Address: No. 4 Chaoqian Rd.,
Changping, Kejiyuan Qu
Beijing,NA,102200
China

| Change Info | Request Proof of ID and DOB | Request Proof of Address | Request Proof of SSN | Mark as PEP | Ownership History |
|---|---|---|---|---|---|

| Sessions: | User: maxqin919 (U8928920F) | | Active in TWS:Yes |
|---|---|---|---|

Exhibit 12

SEC-IB-E-0001779



| Sessions: | User: maxqin919 (U8928920F) | Active in TWS: Yes |
|-----------|------------------------------|--------------------|

### ACCOUNT ASSOCIATED ENTITIES U8928920

Show all

No Associated Entity

### DISCIPLINARY EVENTS

| QUESTION | ANSWER | NATIVE ANSWER |
|----------|--------|---------------|
| Has the account holder ever been the subject of, or initiated, litigation, arbitration or any other type of **dispute** or settlement procedure with another broker or dealer? | N/A | N/A |
| Has the account holder ever been the subject of an **investigation** or proceeding by any commodities or securities exchange or regulatory authority or self-regulatory authority? | N/A | N/A |

### COMPLIANCE/REGULATORY INFORMATION

| | |
|---|---|
| Is the account holder or any immediate family member who resides in the same household, registered as a broker-dealer or an employee, director or owner of a securities or commodities brokerage firm? | No |

Add Broker-Dealer Affiliation



| QUESTION | ANSWER | NATIVE ANSWER |
|----------|--------|---------------|
| Is the account holder a **member of an exchange** or an associated person, affiliated person or employee of an exchange member? | N/A | N/A |
| Is the account holder a member of a regulatory or a **self-regulatory organization**? | N/A | N/A |
| Is the account holder: i) a **director**; ii) a 10% shareholder; or iii) a policy-making officer of any publicly traded company? (Restricted or Controlled Stock) | No | N/A |
| Is exactly a **registered financial advisor**? | N/A | N/A |
| Accepted **Futures Arbitration Agreement**? | No Decision | No Decision |

Edit Compliance Information     Change Arbitration Agreement

### U.S. SEC LARGE TRADER ID INFORMATION

Show information on U.S. SEC Large Trader ID Information

### EXCHANGE MEMBERSHIP AND COMMISSION INFO

| COMMISSION TYPE | STATUS | DATE REQUESTED | DATE EFFECTIVE |
|-----------------|--------|----------------|----------------|
| Securities | Bundled | | |
| Commodities | Bundled | | |

| EXCHANGE CODE | CLASS |
|---------------|-------|
| Add an Exchange class | |

| REGULATORY CODE | CLASS |
|-----------------|-------|
| Add a Regulatory class | |

### EQUIFAX ID/ADDRESS VERIFICATION REPORTS

No Equifax/CDC verification reports for this Account.

### OFAC, SANCTIONED AND CONTROL LIST/PROHIBITED CUSTOMER LIST SEARCHES

| Name | Matches | |
|------|---------|---|
| Search (# 108065574) for Mr. Jun Qin (Account Holder) | | Complete - no match found |
| | | hide |
| Jun Qin | No Matches found. | Processing time: 14 May 2016 15:20:12 EDT |

### WORLDCHECK TASKS

| Name | Matches | |
|------|---------|---|
| WorldCheck Search (# 108065575) for Mr. Jun Qin (Account Holder) | | False positive - Not an actual match. |
| | | hide |
| Jun Qin | Match found. Name Match: Pijin QIN Name Match: Jun QIN Name Match: Lijun QIN Name Match: Chuanjun QIN Alias Match: QIN,Zhiwen Jun Name Match: Lijun QIN See Match Details | Processing time: 26 May 2015 08:58:04 EDT Additional Notes: IB's Compliance Department has reviewed the potential match. No further follow-up will be required as the potential match has been determined to be false-positive based on legal name, DOB and location not an exact match. **(ewong** - 26 May 2015 20:22:37 EDT ) |

### DOCUMENT SUBMISSION TASKS

Reject Multiple

**Exhibit 12**

| DOCUMENT SUBMISSION TASK | DOCUMENT RECEIVED | STATUS | ACTIONS |
|--------------------------|-------------------|--------|---------|
| Legal Acknowledgement for Jun Qin | Received form Legal Acknowledgement | Approved (smitman) on 16 Jun 2015 11:43:56 EDT | |

5/17/2016 7:20 PM

SEC-IB-E-0001780



Reject Multiple

| DOCUMENT SUBMISSION TASK | DOCUMENT RECEIVED | STATUS | ACTIONS |
|---|---|---|---|
| Legal Acknowledgement for Jun Qin | Received form Legal Acknowledgement | Approved (smdman) on 16 Jun 2015 10:52:58 EDT | |
| Proof of identity and date of birth for Mr. Jun Qin (Account Holder) | National ID IBLLC-US-2762859.PDF via Form Upload 26 May 2015 08:52:37 EDT | Approved (smdman) on 16 Jun 2015 10:52:58 EDT | |

COMPLIANCE REVIEWS

Mark Tasks for Further Review

| User | Task | Status |
|---|---|---|
| maxqin919 | U.S. Indicia Check for Jun Qin | To Be Completed Process It |
| maxqin919 | Additional Verification of Account Information for Jun Qin | Completed on 16 Jun 2015 09:25:13 EDT Reviewed and cleared account for further processing (mheideman) |



Exhibit 12

SEC-IB-E-0001781

# EXHIBIT 13

# ACCOUNT INFORMATION FOR YAN ZHOU

### CUSTOMER SUMMARY FOR YAN ZHOU

| | |
|---|---|
| Title: | Yan Zhou |
| Applicant ID: | 2226819 |
| Type: | INDIVIDUAL |
| Legal Country: | China (native application: zh_CN) |
| Mailing Address: | 26-3-201, Longhuhaowangshan, 2# Yuan, Xinniunan Rd,Niulanshanzhen,Shunyiqu, Beijing, Beijing, 100301, China |
| E-mail Address | 579797@qq.com |
| Primary user name: | julia622 |
| Employer: | Set/Unset Employer |
| Good-faith Review: | |

### ACCOUNTS OF YAN ZHOU

| | ID | VAN | Type | Activated Capabilities | Status | Priority | Equity yesterday |
|---|---|---|---|---|---|---|---|
| ⊙ | 566 | 566 | Active Trader | BOND CFD FOP FUND FUT OPT STK MRGN PMRGN | Open. | FATCA - 2 | 829,937 USD |
| ○ | 566F | 566F | Active Trader | FOP FUT OPT MRGN | Open. | FATCA - 2 | 0 USD |

### ACCOUNT SUMMARY FOR 1566

566

| | | | |
|---|---|---|---|
| ID: | 1566 (VAN: 566) | Equity yesterday: | 829,937 USD |
| Type: | Active Trader | Started: | 18 Jan 2015 |
| Activated Capabilities: | BOND CFD FOP FUND FUT OPT STK MRGN PMRGN | Approved: | 23 Jan 2015 |
| Status: | Open.   Clearing Status | Opened: | 23 Jan 2015 |
| Phylum | C - Customer | Funded: | 04 Feb 2015 |
| Priority | FATCA - 2 Change Priority | Closed: | |
| IB Entity: | IBLLC-US | Operator: | |
| Currency: | USD | Estate: | |

TMS tickets    TMS sticky notes    Assign to A&G    Account Diagnostic

### PRIOR NOTES

Hide all

| 1. Note | hide |
|---|---|
| PMRGN upgrade request approved | |
| **Operator:** dbridges      **Date:** 18 May 2015 | |

| 2. Note | hide |
|---|---|
| upgrade request approved | |
| **Operator:** dbridges      **Date:** 10 Feb 2015 | |

| 3. Note | hide |
|---|---|
| upgrade request approved | |
| **Operator:** dbridges      **Date:** 05 Feb 2015 | |

| 4. Note | hide |
|---|---|
| IB's Compliance Department has reviewed the potential match. No further follow-up will be required as the potential match has been determined to be false-positive based on legal name includes Chinese characters, DOB and location not an exact match. | |
| **Operator:** ewong      **Date:** 20 Jan 2015 | |

### CUSTOMER CONFIGS

**Account Config**
Nothing Set
Edit Account Config

**Internal Account Settings**
Nothing Set
Edit Account Settings

### ACCOUNT APPROVAL DECISION

CLICK to see Account Reopen History

**Decision:** Accepted   (Initial)

**Proclamations:**
**Deciding User:** dbridges
**Deciding Time:** 23 Jan 2015 12:11:43 EST

**Initial Capabilities:** BOND MULT STK

**Additional Remarks:**

### ACCOUNT UPGRADE DECISIONS

**All Requested Capabilities:** BOND CFD FOP FUND FUT MRGN MULT OPT PMRGN STK

**Decision:** Accepted

**Proclamations:** I have reviewed and approved this account for portfolio margin, based on my review of all financial and investment information provided by the customer, and based on the fact that the account is eligible for uncovered option trading and has acknowledged receipt of and agreement with the Portfolio Margin Risk Disclosure.

**Deciding Officer:** smitman
**Deciding Time:** 18 May 2015 10:33:35 EDT

SEC-IB-E-0001531

and based on the fact that the account is eligible for uncovered option trading and has acknowledged receipt of and agreement with the Portfolio Margin Risk Disclosure.

**Deciding Officer:** smitman
**Deciding Time:** 18 May 2015 10:33:35 EDT

**Compliance Officer:** dbridges
**Compliance Time:** 18 May 2015 09:38:50 EDT

**Risk Officer:** smitman
**Risk Time:** 18 May 2015 10:33:35 EDT

**Additional Remarks:**

---

**All Requested Capabilities:** BOND CFD FOP FUND FUT MRGN MULT OPT STK

**Decision:** Accepted

**Proclamations:**
**Deciding Officer:** dbridges
**Deciding Time:** 10 Feb 2015 11:35:50 EST

**Compliance Officer:** dbridges
**Compliance Time:** 10 Feb 2015 11:35:50 EST

**Additional Remarks:**

---

**All Requested Capabilities:** BOND CFD FOP FUND FUT MULT OPT STK

**Decision:** Accepted

**Proclamations:**
**Deciding Officer:** dbridges
**Deciding Time:** 05 Feb 2015 15:21:23 EST

**Compliance Officer:** dbridges
**Compliance Time:** 05 Feb 2015 15:21:23 EST

**Additional Remarks:**

## ADDITIONAL APPLICANT/REGISTRATION INFORMATION

### APPLICANT INFO

| | |
|---|---|
| **Account Title Native:** 女士 彦 周 | **Primary Phone:** +8613611330050 |
| **Applicant ID:** 2226819 | |
| **Country of Legal residence:** China | **Mailing Address:** 26-3-201, Longhuhaowangshan, 2# Yuan, Xinniunan |
| **Applicant Citizenship:** China | Rd,Niulanshanzhen,Shunyiqu |
| **US Income Tax Classification:** NOT AVAILABLE | Beijing,Beijing,100301 |
| | China |
| **Market Data Status:** Non-Professional | **Currency/Rate:** USD (1) |
| **Token Type:** Bingo | |
| **Display U.S. Indicia Check Result** | **Marketing/Sales Info:** |
| **Show FATCA RWE Resolution** | **Assisted by:** Other |

*Change Applicant Information*   |

### IPO CERTIFICATION INFORMATION

No response

### EXCESS SWEEP

None

### INVESTMENT EXPERIENCE

| | Years of Experience | # of Trades per Year | Knowledge Level |
|---|---|---|---|
| Stocks | > 10 | 26 - 50 | Extensive |
| Options | 6 - 10 | 1 - 10 | Extensive |
| Commodities | 5 | 1 - 10 | Extensive |
| Bond | > 10 | 1 - 10 | Extensive |
| FX | 5 | 1 - 10 | Extensive |
| CFD | N/A | N/A | 0 |

### FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| **Estimated Net Worth** | 500,001 - 1,000,000 | **Estimated Liquid Net Worth** | 500,001 - 1,000,000 |
| **Net Income** | 150,001 - 250,000 | **Sources of Funds** (Other than regular income) | Sources Of Income |
| **Total Assets** | 1,000,001 | **Accredited Investor** for Private Placement? | No |
| | | **Invited to Private Placement?** | No |

### INVESTMENT OBJECTIVES

Growth,Trading,Speculation,Hedging

*Edit Objective*

### TAX BASIS CONFIGURATION

| TAX BASIS | LAST EDIT | EDITED BY |
|---|---|---|
| **FIFO** (First In First Out) | | |

### TAX SYSTEM STATUS

| Current Tax System Class: | Current Tax System Country: | Reported Tax System Class: | Reported Tax System Country: | 5/18/2016 5:53 PM |

**SEC-IB-E-0001532**

## TAX SYSTEM STATUS

| Current Tax System Class: | Current Tax System Country: | Reported Tax System Class: | Reported Tax System Country: |
|---|---|---|---|
| N8 | CN | N/A | N/A |

## W8 INFO

Tax Form History

Display Pending Tax Forms

### BASIC INFORMATION

Form: View W-8BEN
Business Name: null
Submitted: 09 Dec 2015 07:48:34 EST
For Interest: No
For Dividend: No
For Broker: No
QI Verified: No
Beneficial Owner: N/A
Citizenship: China
FATCA Entity Type: Unknown
FATCA Status: UNKNOWN
FATCA Hybrid Treaty Claim: UNKNOWN
Residential Address:

Beijing,Beijing,100301

Native Residential Address:

顺义区中粮山华鑫中贸路2号院 龙湖好望山26号楼3单元201
室
Beijing,Beijing

Mailing Address:

Beijing,Beijing,100301

Native Mailing Address:

Beijing,Beijing

Expiration Date: None

### ADDITIONAL INFORMATION

| PARAMETER NAME | US-ASCII VALUE | NATIVE VALUE |
|---|---|---|
| PART_2_9A_COUNTRY | China | |
| W8BENCERT1 | T | |
| W8BENCERT2 | T | |
| W8BENCERT3 | T | |
| W8BENCERT4 | T | |
| W8BENCERT5 | T | |

There is no any GIIN Verification record in our database

## US TAX INFO

Tax Form History

Display Pending Tax Forms

No W-9 form available or applicable.

### IRS TAX VERIFICATION STATUS

No TIN Verfication done with IRS.

### ACCOUNT TAX ID

N.A.(China) INVALID

## FINANCIAL REGULATION REGISTRATION INFORMATION

## INVESTOR CATEGORY

No Investor Category
History

## DIVIDENT REINVESTMENT PLAN (DRIP)

There is no DRIP for this account!

Show Drip History

## APPLICANT ASSOCIATED ENTITIES

Show all

| COUNTRY | REGULATOR'S NAME | SERVICE TYPE | REGISTRATION TYPE | REGISTRATION ID |
|---|---|---|---|---|
| MS. YAN ZHOU (MANAGER-ACCOUNT HOLDER,OCR ACCOUNT CONTROLLER-SELF) | | | | |

### Ms. Yan Zhou
Individual (2007S642)

Ownership
Ownership percentage: 100.0
Detailed Ownership Information

Contact Info
Email: 579797@qq.com
Home Phone: +8613611330050
Home (PRIMARY): (86) +8613611330050
details

Personal Info
Citizenship: China
DOB: ▓▓▓▓▓▓
Country of Birth: China
# of Dependents: 4
Marital Status: M
Gender: F

Legal IDs
National ID#: 42010619820622122x (China)

Tax ID(s)
N.A.(China) - INVALID

Employer Info
Employment Status: SELFEMPLOYED
Occupation: Teacher
Job Title: Manager
Employer: Beijing Menghuanxuanlv International
Education Advisory Co., Ltd.
Employer Business: Education
Employer Address: Jiahaobieshu,
Houshayuzhen, Shunyiqu
Beijing,101318
China

SEC-IB-E-0001533

**Contact Info**
Email: 579797@qq.com
Home Phone: +8613611330050
Home (PRIMARY): (86) +8613611330050
details

National ID: 42010619820622122x (China)

**Tax IDs**
N.A. (China) - INVALID

**Addresses**
Residential Address: 26-3-201,
Longhuhaowangshan, 2# Yuan, Xinniunan
Rd,Niulanshanzhen,Shunyiqu
Beijing,Beijing,100301
China
Mailing Address: Same as residential address

**Employer Address:** Jiahaobieshu,
Houshayuzhen, Shunyiqu
Beijing,101318
China

---

### Native Language Fields (Language code: zh_CN)

彦 周
**Individual** (25075642)

**Contact Info**
Email: 579797@qq.com
Home Phone: +8613611330050
Home (PRIMARY): (86) +8613611330050
details

**Personal Info**
Citizenship: China
DOB: ███1982
Country of Birth: China
# of Dependents: 4
Marital Status: M
Gender: F

**Legal IDs**
National ID: 42010619820622122x (China)

**Tax IDs**
N.A. (China) - INVALID

**Addresses**
Residential Address: 顺义区牛栏山镇鑫牛南路2
号院, 龙湖好�domains山26号楼3单元201室
北京市,Beijing,100301
China
Mailing Address: Same as residential address

**Employer Info**
Employment Status: SELFEMPLOYED
Occupation: 教师
Employer: 北京梦幻旋律国际教育咨询有限公司
Employer Business: Education
Employer Address: 北京市顺义区后沙峪镇塞洛
别墅
北京,101318
China

---

Change Info    Request Proof of ID and DOB    Request Proof of Address    Request Proof of SSN    Mark as PEP    Ownership History

---

**Sessions:** | User: julia622 (U8901566F) | Active In TWS:Yes |

---

### ACCOUNT ASSOCIATED ENTITIES U8901566

Show all

No Associated Entity

### DISCIPLINARY EVENTS

| QUESTION | ANSWER | NATIVE ANSWER |
|---|---|---|
| Has the account holder ever been the subject of, or initiated, litigation, arbitration or any other type of **dispute** or settlement procedure with another broker or dealer? | No | No |
| Has the account holder ever been the subject of an **investigation** or proceeding by any commodities or securities exchange or regulatory authority or self-regulatory authority? | No | No |

### COMPLIANCE/REGULATORY INFORMATION

| | | |
|---|---|---|
| Is the account holder or any immediate family member who resides in the same household, registered as a broker-dealer or an employee, director or owner of a securities or commodities brokerage firm? | | No |

Add Broker-Dealer Affiliation

| QUESTION | ANSWER | NATIVE ANSWER |
|---|---|---|
| Is the account holder a **member of an exchange** or an associated person, affiliated person or employee of an exchange member? | No | No |
| Is the account holder a member of a regulatory or a **self-regulatory organization**? | No | No |
| Is the account holder: i) a **director**; ii) a 10% shareholder; or iii) a policy-making officer of any publicly traded company? (Restricted or Controled Stock) | No | No |
| Is exactly a **registered financial advisor**? | N/A | N/A |
| Accepted **Futures Arbitration Agreement**? | Yes | Yes |

Edit Compliance Information    Change Arbitration Agreement

### U.S. SEC LARGE TRADER ID INFORMATION

Show information on U.S. SEC large Trader ID Information

### EXCHANGE MEMBERSHIP AND COMMISSION INFO

| COMMISSION TYPE | STATUS | DATE REQUESTED | DATE EFFECTIVE |
|---|---|---|---|
| Securities | Un-bundled | 2015-01-23 17:38:08.0 | 2015-01-26 00:00:00.0 |
| Commodities | Bundled | 2015-01-23 16:33:09.0 | 2015-01-26 00:00:00.0 |

| EXCHANGE CODE | CLASS |
|---|---|
| Add an Exchange class | |
| REGULATORY CODE | CLASS |
| Add a Regulatory class | |

### EQUIFAX ID/ADDRESS VERIFICATION REPORTS

No Equifax/CDC verification reports for this Account

**SEC-IB-E-0001534**

Add a Regulatory class

## EQUIFAX ID/ADDRESS VERIFICATION REPORTS

No Equifax/CDC verification reports for this Account.

## OFAC, SANCTIONED AND CONTROL LIST/PROHIBITED CUSTOMER LIST SEARCHES

| Name | Matches | |
|---|---|---|
| Search (████ 2013) for Ms. Yan Zhou (Manager-Account Holder,OCR Account Controller-self) | | Complete - no match found hide |
| Yan Zhou | No Matches found. | Processing time: 14 May 2016 18:32:12 EDT |

## WORLDCHECK TASKS

| Name | Matches | |
|---|---|---|
| WorldCheck Search (# 99372814) for Ms. Yan Zhou (Manager-Account Holder,OCR Account Controller-self) | | False positive - Not an actual match. hide |
| Yan Zhou | Match found. Name Match: **Yan ZHOU** Name Match: **Yan ZHOU** Name Match: **Yan ZHOU** Name Match: **Yan ZHOU** Name Match: **Yan ZHOU** See Match Details | Processing time: 19 Jan 2015 20:44:16 EST Additional Notes: IB's Compliance Department has reviewed the potential match. No further follow-up will be required as the potential match has been determined to be false-positive based on legal name includes Chinese characters, DOB and location not an exact match. (ewong - 20 Jan 2015 01:14:27 EST ) |

## DOCUMENT SUBMISSION TASKS

Reject Multiple

| DOCUMENT SUBMISSION TASK | DOCUMENT RECEIVED | STATUS | ACTIONS |
|---|---|---|---|
| Proof of identity and date of birth for Ms. Yan Zhou (Manager-Account Holder,OCR Account Controller-self) | National ID IBLLC-US-2481248.jpg   via Form Upload 19 Jan 2015 05:22:03 EST | Approved (ibridges) on 23 Jan 2015 12:11:43 EST | |
| Proof of address for Ms. Yan Zhou (Manager-Account Holder,OCR Account Controller-self) | Utility Bill IBLLC-US-2488029.JPG   via Form Upload 22 Jan 2015 04:05:18 EST | Approved (ibridges) on 23 Jan 2015 12:11:43 EST | |

## COMPLIANCE REVIEWS

Mark Tasks for Further Review

| User | Task | Status |
|---|---|---|
| julia622 | New Registration Translation for Yan Zhou | Completed on 19 Jan 2015 05:40:39 EST |
| julia622 | New Registration Translation for Yan Zhou | Completed on 19 Jan 2015 20:30:37 EST |
| julia622 | Info Change Translation for Yan Zhou | Completed on 07 Oct 2015 21:28:19 EDT |
| julia622 | Info Change Translation for Yan Zhou | Completed on 10 Dec 2015 00:15:49 EST |
| julia622 | U.S. Indicia Check for Yan Zhou | To Be Completed Process It |

SEC-IB-E-0001535

# EXHIBIT 14



## ACCOUNT INFORMATION FOR BEI XIE

### CUSTOMER SUMMARY FOR BEI XIE

| | |
|---|---|
| **Title:** | Bei Xie |
| **Applicant ID:** | 2487690 |
| **Type:** | INDIVIDUAL |
| **Legal Country:** | China (native application: zh_CN) |
| **Mailing Address:** | Room 811, Fanghedasha, 23 Taiyanggongnanjie, Beijing, 100028, China |
| **E-mail Address** | xiebei0311@sohu.com |
| **Primary user name:** | xiebei311 |
| **Employer:** | Set/Unset Employer |
| **Good-faith Review:** | |

### ACCOUNTS OF BEI XIE

| | ID | VAN | Type | Activated Capabilities | Status | Priority | Equity yesterday |
|---|---|---|---|---|---|---|---|
| ☀ | U9013862 | 3862 | Active Trader | BOND CFD FOP FUND FUT OPT STK MRGN PMRGN | Open. | NORMAL+ | 1,157,442 USD |
| ⌂ | U9013862F | 862F | Active Trader | CFD CMDTY FOP FUT OPT MRGN | Open. | NORMAL+ | 0 USD |

### ACCOUNT SUMMARY FOR 3862

3862

| | | | |
|---|---|---|---|
| **ID:** | 3862 (VAN: 3862) | **Equity yesterday:** | 1,157,442 USD |
| **Type:** | Active Trader | **Started:** | 12 Jan 2016 |
| **Activated Capabilities:** | BOND CFD FOP FUND FUT OPT STK MRGN PMRGN | **Approved:** | 17 Feb 2016 |
| **Status:** | Open. Clearing Status | **Opened:** | 17 Feb 2016 |
| **Phylum** | C - Customer | **Funded:** | 23 Feb 2016 |
| **Priority** | NORMAL + Change Priority | **Closed:** | |
| **IB Entity:** | IBLLC-US | **Operator:** | |
| **Currency:** | USD | **Estate:** | |

TMS tickets     TMS sticky notes     Assign to ASG     Account Diagnostic

### PRIOR NOTES

Hide all

| **1. Note** | hide |
|---|---|
| MRGN PMRGN upgrade request approved | |
| **Operator:** dbridges      **Date:** 01 Apr 2016 | |

| **2. Note** | hide |
|---|---|
| Upgrade approved | |
| **Operator:** cjohans      **Date:** 24 Feb 2016 | |

| **3. Note** | hide |
|---|---|
| Marriage certificate on file as proof of relationship(doc. 3157994) | |
| **Operator:** gfung      **Date:** 17 Feb 2016 | |

| **4. Note** | hide |
|---|---|
| Marriage certificate on file as proof of relationship(doc. 3157994) | |
| **Operator:** gfung      **Date:** 17 Feb 2016 | |

| **5. Note** | hide |
|---|---|
| Marriage certificate is provided as proof of relationship(doc. 3157994) | |
| **Operator:** gfung      **Date:** 17 Feb 2016 | |

| **6. Note** | hide |
|---|---|
| IB's Compliance Department has reviewed the potential match. No further follow-up will be required as the potential match has been determined to be false-positive based on full name mismatch. | |
| **Operator:** gfung      **Date:** 17 Feb 2016 | |

### CUSTOMER CONFIGS

Account Config
Nothing Set
Edit Account Config

Internal Account Settings
Nothing Set
Edit Account Settings

### ACCOUNT APPROVAL DECISION

CLICK to see Account Reopen History

**Decision:** Accepted (Initial)

Proclamations:
**Deciding User:** dbridges
**Deciding Time:** 17 Feb 2016 12.03.24 EST

**Initial Capabilities:** BOND MULT OPT STK

Additional Remarks:

### ACCOUNT UPGRADE DECISIONS

All Requested Capabilities: BOND CFD FOP FUND FUT MULT OPT PMRGN STK

**Exhibit 14**

SEC-IB-E-0001526

## ACCOUNT UPGRADE DECISIONS

**All Requested Capabilities:** BOND CFD FOP FUND FUT MRGN MULT OPT PMRGN STK

**Decision:** Accepted

**Proclamations:** I have reviewed and approved this account for portfolio margin, based on my review of all financial and investment information provided by the customer, and based on the fact that the account is eligible for uncovered option trading and has acknowledged receipt of and agreement with the Portfolio Margin Risk Disclosure

**Deciding Officer:** smitman
**Deciding Time:** 04 Apr 2016 11:31:39 EDT

**Compliance Officer:** dbridges
**Compliance Time:** 01 Apr 2016 10:05:40 EDT

**Risk Officer:** smitman
**Risk Time:** 04 Apr 2016 11:31:39 EDT

**Additional Remarks:**

---

**All Requested Capabilities:** BOND CFD FOP FUND FUT MULT OPT STK

**Decision:** Accepted

**Proclamations:**
**Deciding Officer:** cjohans
**Deciding Time:** 24 Feb 2016 13:27:17 EST

**Compliance Officer:** cjohans
**Compliance Time:** 24 Feb 2016 13:27:17 EST

**Additional Remarks:**

## ADDITIONAL APPLICANT/REGISTRATION INFORMATION

### APPLICANT INFO

**Account Title Native:** Ms. 蒋 解

**Applicant ID:** 2487690
**Country of Legal residence:** China
**Applicant Citizenship:** China
**US Income Tax Classification:** NOT AVAILABLE

**Mailing Address:** Room 811, Fenghedasha
23 Taiyanggongnanjie,Beijing,100028
China
**Currency/Rate:** USD (1)

**Market Data Status:** Non-Professional
**Token Type:** Gold
Display U.S. Indicia Check Result
Show FATCA RWE Resolution

**Marketing/Sales Info:**
**Assisted by:** self

Change Applicant Information |

### IPO CERTIFICATION INFORMATION

No response

### EXCESS SWEEP

Securities

### INVESTMENT EXPERIENCE

| | Years of Experience | # of Trades per Year | Knowledge Level |
|---|---|---|---|
| **Stocks** | 5 | 51 - 100 | Extensive |
| **Options** | 5 | 20 - 50 | Extensive |
| **Commodities** | 5 | 11 - 25 | Extensive |
| **Bond** | 5 | 26 - 50 | Extensive |
| **FX** | 5 | 1 - 10 | Extensive |
| **CFD** | N/A | N/A | 0 |

### FINANCIAL INFORMATION

| | | | |
|---|---|---|---|
| **Estimated Net Worth** | 1,000,001 - 5,000,000 | **Estimated Liquid Net Worth** | 1,000,001 - 5,000,000 |
| **Net Income** | 250,001 - 500,000 | **Sources of Funds** (Other than regular income) | Sources Of Income |
| **Total Assets** | 1,000,001 | **Accredited Investor** for Private Placement? | No |
| | | **Invited to Private Placement?** | No |

### INVESTMENT OBJECTIVES

Growth,Trading,Speculation,Hedging

Edit Objective

### TAX BASIS CONFIGURATION

| TAX BASIS | LAST EDIT | EDITED BY |
|---|---|---|
| **FIFO** (First In First Out) | | |

### TAX SYSTEM STATUS

| Current Tax System Class: | Current Tax System Country: | Reported Tax System Class: | Reported Tax System Country: |
|---|---|---|---|
| N8 | CN | N8 | CN |

**Exhibit 14**

### W8 INFO

Tax Form History

SEC-IB-E-0001527



## W8 Info

Tax Form History

Display Pending Tax Forms

| BASIC INFORMATION | ADDITIONAL INFORMATION |

**Form:** View W-8BEN
**Business Name:** null
**Submitted:** 17 Feb 2016 00:20:11 EST
**For Interest:** No
**For Dividend:** No
**For Broker:** No
**QI Verified:** No
**Beneficial Owner:** N/A
**Foreign Tax ID:** 13018319870419028
**Citizenship:** China
**Date Of Birth:** 19 Apr 1987
**FATCA Entity Type:** Unknown
**FATCA Status:** UNKNOWN
**FATCA Hybrid Treaty Claim:** UNKNOWN
**Residential Address:**
5-1-1062, 19 Taiyanggongnanjie
Chaoyangqu,Beijing,100028
China
**Native Residential Address:**
北京市朝阳区太阳宫南街19号楼5号楼1单元1062号
北京,Beijing

**Mailing Address:**
Room 811, Fenghedasha
23 Taiyanggongnanjie,beijing

**Native Mailing Address:**
朝阳区太阳宫南街23号丰和大厦811室
北京,Beijing

**Expiration Date:** None

| PARAMETER NAME | US-ASCII VALUE | NATIVE VALUE |
| --- | --- | --- |
| ACCOUNT_TITLE | Bei Xie | 蒂 解 |
| ACTION | NEXT | NEXT |
| OWNERDOB | 04-19-1987 | |
| PART_2_9A_COUNTRY | China | |
| SIGNATURES | Bei Xie | 蒂 解 |
| W8BENCERT1 | T | |
| W8BENCERT2 | T | |
| WIZARDSEED | 392063628 | |

There is no any GIIN Verification record in our database

## US Tax Info

Tax Form History

Display Pending Tax Forms

No W-9 form available or applicable.

## IRS Tax Verification Status

No TIN Verification done with IRS.

## Account Tax ID

...028(China) VALID.

## Financial Regulation Registration Information

## Investor Category

Active Categories

| COUNTRY | REGULATOR'S NAME | SERVICE TYPE | REGISTRATION TYPE | REGISTRATION ID |
| --- | --- | --- | --- | --- |

| INVESTOR CATEGORY | QUESTIONNAIRE | CATEGORY TS | REASON |
| --- | --- | --- | --- |
| AI<br>Accredited Investor | Individual | 01 Apr 2016 | Customer<br>Customer self-declared |

History

## Dividend Reinvestment Plan (DRIP)

There is no DRIP for this account!

Show Drip History

## Applicant Associated Entities

Show all

### BEI XIE (ACCOUNT HOLDER)

**Bei Xie**
Individual (31272834)

Ownership
**Ownership percentage:** 100.0
Detailed Ownership Information

Contact Info
**Mobile Phone:** +8615810946335
**Mobile (PRIMARY):** (86) +8615810946335
details

Personal Info
**Citizenship:** China
**DOB:** ███987
**Country of Birth:** China
**# of Dependents:** 2
**Marital Status:** M
**Gender:** F

Legal IDs
**National ID:** 13018319870419028 (China)

Tax ID(s)
13018319870419028 (China)

Addresses

Employer Info
**Employment Status:** EMPLOYED
**Occupation:** Section member
**Employer:** PetroChina Coalbed Methane
Company limited
**Employer Business:** Oil and Gas On/Offshore
**Employer Address:** Room 811, Fenghedasha
23 Taiyanggongnanjie,Beijing,100028
China

Exhibit 14

SEC-IB-E-0001528

**Mobile (PRIMARY):** (86) +8615810946335
details

National ID: 13018319870419002B (China)

Tax ID(s)
13018319870419002B (China)

Addresses
**Residential Address:** 5-1-1062, 19
Taiyanggongnanjie
Chaoyangqu,Beijing,100028
China
**Mailing Address:** Room 811, Fenghedasha
23 Taiyanggongnanjie,Beijing,100028
China

---

Native Language Fields (Language code: zh_CN)

蒋 解
Individual (31272034)

Contact Info
**Mobile Phone:** +8615810946335
**Mobile (PRIMARY):** (86) +8615810946335
details

Personal Info
**Citizenship:** China
**D.O.B.** 16 Apr 1987
**Country of Birth:** China
**# of Dependents:** 2
**Marital Status:** M
**Gender:** F

Legal IDs
**National ID:** 13018319870419002B (China)

Tax ID(s)
13018319870419002B (China)

Addresses
**Residential Address:** 北京市朝阳区太阳宫南街
19号5号楼1单元1062号
北京,Beijing,100028
China
**Mailing Address:** 朝阳区太阳宫南街23号中和大
厦811室
北京,Beijing,100028
China

Employer Info
**Employment Status:** EMPLOYED
**Occupation:** 资金岗/财务
**Employer:** 中石油煤层气有限责任公司
**Employer Business:** Oil and Gas On/Offshore
**Employer Address:** 北京市朝阳区太阳宫南街中
和大厦811室
北京,Beijing,100028
China

---

Change Info     Request Proof of ID and DOB     Request Proof of Address     Request Proof of SSN     Mark as PEP     Ownership History

**Sessions:**

| User: xiebel656 (DU301681) | Active in TWS: Yes |
| User: xiebel311 (U9013862) | Active in TWS: Yes |

---

**ACCOUNT ASSOCIATED ENTITIES U9013862**

Show all

No Associated Entity

**DISCIPLINARY EVENTS**

| QUESTION | ANSWER | NATIVE ANSWER |
|---|---|---|
| Has the account holder ever been the subject of, or initiated, litigation, arbitration or any other type of **dispute** or settlement procedure with another broker or dealer? | N/A | N/A |
| Has the account holder ever been the subject of an **investigation** or proceeding by any commodities or securities exchange or regulatory authority or self-regulatory authority? | N/A | N/A |

**COMPLIANCE/REGULATORY INFORMATION**

| | | |
|---|---|---|
| Is the account holder or any immediate family member who resides in the same household, registered as a broker-dealer or an employee, director or owner of a securities or commodities brokerage firm? | No | |

Add Broker-Dealer Affiliation

| QUESTION | ANSWER | NATIVE ANSWER |
|---|---|---|
| Is the account holder a **member of an exchange** or an associated person, affiliated person or employee of an exchange member? | N/A | N/A |
| Is the account holder a member of a regulatory or a **self-regulatory organization**? | N/A | N/A |
| Is the account holder: i) a **director**; ii) a 10% shareholder; or iii) a policy-making officer of any publicly traded company? (Restricted or Controlled Stock) | No | No |
| Is exactly a **registered financial advisor**? | N/A | N/A |
| Accepted **Futures Arbitration Agreement**? | Yes | Yes |

Edit Compliance Information     Change Arbitration Agreement

**U.S. SEC LARGE TRADER ID INFORMATION**

Show Information on U.S. SEC large Trader ID Information

**EXCHANGE MEMBERSHIP AND COMMISSION INFO**

| COMMISSION TYPE | STATUS | DATE REQUESTED | DATE EFFECTIVE |
|---|---|---|---|
| Securities | Bundled | | |
| Commodities | Bundled | | |

| EXCHANGE CODE | CLASS |
|---|---|
| Add an Exchange class | |

| REGULATORY CODE | CLASS |
|---|---|
| Add a Regulatory class | |

**Exhibit 14**

5/18/2016 5:31 PM

SEC-IB-E-0001529



| EXCHANGE CODE | CLASS |
|---|---|
| Add an Exchange class | |
| **REGULATORY CODE** | **CLASS** |
| Add a Regulatory class | |

## EQUIFAX ID/ADDRESS VERIFICATION REPORTS

No Equifax/CDC verification reports for this Account.

## OFAC, SANCTIONED AND CONTROL LIST/PROHIBITED CUSTOMER LIST SEARCHES

| Name | Matches | |
|---|---|---|
| Search (# 126557021) for Bei Xie (Account Holder) | | Complete - no match found hide |
| Bei Xie | No Matches found. | Processing time: 14 May 2016 08:16:21 EDT |

## WORLDCHECK TASKS

| Name | Matches | |
|---|---|---|
| WorldCheck Search (# 126557022) for Bei Xie (Account Holder) | | False positive - Not an actual match. hide |
| Bei Xie | Match found. Name Match: BEIJING ZHONG TIE TIAN RUI JI **XIE** SHE **BEI** YOU XIAN GONG SI Name Match: Xinbei **XIE** Name Match: Beika **XIE** See Match Details | Processing time: 13 Jan 2016 03:12:54 EST Additional Notes: IB's Compliance Department has reviewed the potential match. No further follow-up will be required as the potential match has been determined to be false-positive based on full name mismatch. (**gfung** - 17 Feb 2016 00:53:25 EST ) |

## DOCUMENT SUBMISSION TASKS

Reject Multiple

| DOCUMENT SUBMISSION TASK | DOCUMENT RECEIVED | STATUS | ACTIONS |
|---|---|---|---|
| Legal Acknowledgement for Bei Xie | Received form Legal Acknowledgement | Approved (dbridges) on 17 Feb 2016 12:03:24 EST | |
| Proof of identity and date of birth for Bei Xie (Account Holder) | National ID YBLLC-US-3088984.pdf via Form Upload 12 Jan 2016 23:56:28 EST | Approved (dbridges) on 17 Feb 2016 12:03:24 EST | |
| Proof of address for Bei Xie (Account Holder) | Hukou YBLLC-US-3157993.pdf via E-mail 16 Feb 2016 19:46:44 EST | Approved (dbridges) on 17 Feb 2016 12:03:24 EST Additional Notes: Marriage certificate on file as proof of relationship(doc. 3157994) (gfung) Marriage certificate on file as proof of relationship(doc. 3157994) (gfung) Marriage certificate is provided as proof of relationship(doc. 3157994) (gfung) | |

## COMPLIANCE REVIEWS

Mark Tasks for Further Review

| User | Task | Status |
|---|---|---|
| xiebei311 | New Registration Translation for Bei Xie | Completed on 13 Jan 2016 02:17:41 EST |
| xiebei311 | U.S. Indicia Check for Bei Xie | Completed on 17 Feb 2016 00:57:28 EST |
| xiebei311 | New Registration Translation for Bei Xie | Completed on 17 Feb 2016 00:20:11 EST |
| xiebei311 | Investor Category for Bei Xie | Completed on 01 Apr 2016 09:52:28 EDT |



Exhibit 14

SEC-IB-E-0001530

# EXHIBIT 15

SEATTLE
SEA 111

**Fidelity Brokerage IRA Account Application**

SEATTLE-144

03-20-00

## 1 PERSONAL INFORMATION/YOUR PROFILE

OO MAR 20 PM 12: 24

Permanent street address is required.

Name: _Shaohua_ , _Yin_   SSN: 345 - 92 - 3676   Date of Birth: _1972_
(first, MI, last)   (month, day, year)

OO MAR 21 P1 22

Permanent Street Address (no P.O. Boxes): _23706 S.E. 4th Pl. Redmond WA 98053_

Mailing Address (if different from above): _____

City: _____   State: _____   Zip: _____

Home Phone: (_425_) _427 - 8306_   Work Phone: (_425_) _703 - 9527_   E-mail Address: _shaoyin@microsoft.com_

This information is required by industry regulations.

Country of citizenship: ☐ U.S.  ☑ Other
Country of tax residence: ☑ U.S.  ☐ Other
Employment Status: ☑ Employed  ☐ Not employed  ☐ Retired
Occupation: (If not employed, indicate source of income)

_Engineer_

Employer's Name, Address:

_Microsoft_

**Investment Objective** (choose one)
☐ 1 Preservation of Capital
☐ 2 Income
☑ 3 Capital Appreciation

**Annual Income** (from all sources)
☐ 1 Under $20,000
☐ 2 $20,001-$50,000
☑ 3 $50,001-$100,000
☐ 4 Over $100,000

**Estimated Net Worth** (excluding residence)
☐ 1 Under $50,000
☐ 2 $50,001-$100,000
☐ 3 $100,001-$500,000
☐ 4 Over $500,000

**Estimated Liquid Net Worth**
☑ 1 Under $50,000
☐ 2 $50,001 $100,000
☐ 3 $100,001-$500,000
☐ 4 Over $500,000

**Federal Tax Bracket**
☐ 1 15%
☑ 2 28%
☐ 3 Over 28%

Affiliations:
■ Are you affiliated with or employed by a stock exchange or member firm of an exchange or the NASD, or by Fidelity?
☐ Yes, with _____
(see instructions)

■ Are you a director, 10% shareholder, or policy-making executive of a public company?
☐ Yes. Company: _____
Trading symbol: _____

## 2 IRA BENEFICIARY DESIGNATION – PLEASE MAKE SURE YOUR PERCENTAGES ADD UP TO 100%

If you have previously designated beneficiaries on a Fidelity IRA, please refer to the attached instructions.

**Section A: Primary Beneficiaries**

| First Name   MI   Last Name (If trust, please give name, address, and trustee's name.) | Social Security Number | Share % | Date of Birth/ Date of Trust | Spouse | Other | Trust |
|---|---|---|---|---|---|---|
| 1. | | | / / | ☐ | ☐ | ☐ |
| 2. | | | / / | ☐ | ☐ | ☐ |

Total = 100%

**Section B: Contingent Beneficiaries**

| | | | | Spouse | Other | Trust |
|---|---|---|---|---|---|---|
| 1. | | | / / | ☐ | ☐ | ☐ |
| 2. | | | / / | ☐ | ☐ | ☐ |

Total = 100%

## 3 FUNDING YOUR ACCOUNT

**A. If you are funding your IRA(s) with an enclosed check(s).** Make check(s) payable to Fidelity Investments.

| IRA Type(s) you are establishing | Contribution Amount | Contribution Year | Rollover contribution from another IRA | Conversion from another IRA |
|---|---|---|---|---|
| ☑ Roth IRA | $ 2,000.00 | 1999 | $ | $ |
| | $ _Move from_ 3918 EMP | | | |
| ☐ Traditional IRA | $ | | $ | $ |
| | $ | | | |
| ☐ Rollover IRA | $ | | $ | $ |

Exhibit 15

9100555

## 3 FUNDING YOUR ACCOUNT (continued)

**B. If you are transferring your IRA(s) to a Fidelity IRA**

☐ Check here if you maintain a similarly registered Fidelity Mutual Fund IRA. You may consolidate that IRA(s) into your Brokerage IRA. Transfer all shares of my Fidelity Mutual Fund IRA(s) to a Fidelity Brokerage IRA. My account number is:

Mutual Fund **T-**

☐ Check here if you are transferring assets from an IRA at another custodian. Indicate the type of IRA you are establishing at Fidelity:

☐ Roth IRA ☐ Traditional IRA ☐ Rollover IRA

Complete and return the Fidelity Brokerage Transfer form (see attached form) and your account statement from other custodian.

**C. If you are converting your existing Fidelity IRA to a Fidelity Roth IRA**

Fidelity IRA to be converted:

Mutual Fund **T-** _____

or Brokerage: _____

Fidelity will convert ALL of your IRA indicated above unless you indicate only a partial amount to be converted:

Name of Security or Fund: _____ Amount in ☐ Dollars or ☐ Shares

_____

_____

Please continue on a separate sheet if needed.

**Tax Withholding**

Taxes will be withheld at a rate of 10% unless you indicate otherwise; refer to instructions on "Tax Withholding."

☐ Do not withhold taxes on the above conversion.

**D. If you are converting to a Roth IRA with non-Fidelity assets**

☐ Check this box if you are establishing a Roth IRA and converting assets from an IRA at another custodian to a Fidelity Roth IRA. Complete and return a Conversion form.

## 4 ACCOUNT FEATURES

You may select any of these additional account features; check below:

**Telephone Withdrawal:** You automatically have the ability to request IRA distributions by telephone, with a federal income tax withholding of 10% on your distribution unless you choose to decline or modify this feature below. Please refer to Section 4 of instructions. The telephone distribution feature may be modified as follows (choose one):

I choose to decline the telephone withdrawal feature for the IRAs I checked below.

☐ Traditional, Rollover, SEP-IRA(s) ☐ Roth IRA(s)

I elect NOT to have federal taxes withheld from withdrawals that I request by telephone for the IRAs I checked below:

☐ Traditional, Rollover, SEP-IRA(s) ☐ Roth IRA(s)

FMTC and its affiliates, successors, officers, directors, employees and agents (collectively FMTC) will not be liable for any loss, liability, cost or expense that may arise from FMTC acting upon such telephone withdrawal instructions if it follows reasonable procedures designed to prevent unauthorized transactions.

☐ **Equity Dividend Reinvestment:** Reinvest all eligible security dividends and capital gains in their respective securities.

To add the following features, forms are available online at www.fidelity.com or check below to receive by mail.

☐ Automatically contributing to your IRA

☐ Options Trading ☐ Limited Trading Authority

80904.001

## 5 FOR ROTH IRAs ONLY

If you are establishing a Roth IRA in any of the previous sections and you have a 5-year aging date other than the current year, indicate that year here by checking the appropriate box: ☐ 1998 ☑ 1999

## 6 SIGNATURE

I hereby adopt the Fidelity IRA and/or Fidelity Roth IRA as indicated in Section 3, appointing Fidelity Management Trust Company (FMTC) (or any successor pursuant to the terms of the Fidelity IRA or Fidelity Roth IRA as the case may be) as Custodian, and Fidelity Brokerage Services, Inc. (FBSI) and National Financial Services Corporation (NFSC) to perform administrative services. Acceptance will be evidenced by a Letter of Acceptance signed by, or on behalf of FBSI, FMTC and NFSC.

I have received and read the Prospectus for Fidelity Cash Reserves. I hereby choose Fidelity Cash Reserves as the money market fund to be used to hold assets of my IRA pending other investment instructions. I understand that my IRA will be invested in accordance with my instructions as given from time to time to FBSI and that Fidelity will disclose my name to issuers of securities, if securities are held in my account, so that I can receive important information unless I do not consent to disclosure and will notify FBSI in writing if I do not consent. I hereby certify under penalties of perjury that my Social Security number in Section 1 is correct. I also certify that I am of legal age to enter into this agreement. I understand that it is my responsibility to read the prospectus for any mutual fund into which I purchase or exchange.

I understand the following fees may be collected from my account balance: (1) a $24 annual IRA fee (2) a $50 account liquidation fee. I have read the Fidelity Brokerage Account brochure for IRAs and Keoghs, and understand that certain brokerage fees and charges may apply to this account. FMTC may change the fee schedule from time to time, as provided in the Custodial Agreement. Although FMTC is a bank, I recognize that any investment company (i.e., any mutual fund/money market fund) in which this IRA may be invested is not a bank and is not backed or guaranteed by any bank or insured by the FDIC. **This agreement shall be construed, administered and enforced according to the laws of the Commonwealth of Massachusetts, except as superseded by federal law or statute.**

If in Section 3, I have requested a conversion from my existing Fidelity IRA to a Fidelity Roth IRA, I authorize and request the custodian of my existing IRA, FMTC, to make the above requested distribution from my IRA and conversion contribution to my Fidelity Brokerage Roth IRA. If in Section 3 I have indicated that I will be funding my Roth IRA with conversion assets from another Custodian, I understand that this application and the information herein may apply to a Fidelity Traditional IRA, in addition to my Fidelity Roth IRA, in order to facilitate the conversion. I hereby attest that for the year of the conversion, my adjusted gross income is $100,000 or less.

I hereby indemnify the Custodian (its agents, affiliates, successors, and employees) from any and all liability in the event I fail to meet any IRS requirements concerning my IRA(s).

**I have received the Fidelity IRA and/or Fidelity Roth IRA Custodial Agreement and Disclosure Statement and agree to be bound to the terms of the applicable Custodial Agreement of which this application is a part. By signing below, I hereby consent to the terms of the applicable Custodial Agreement including the information and provisions set forth in this account application, and to the beneficiary(ies) I have designated in this application. I understand that the payment to beneficiaries will be made according to the rules of succession described in the Fidelity IRA and/or Fidelity Roth IRA Custodial Agreements and Disclosure Statements.**

I have read the Fidelity Brokerage IRA Customer Agreement and agree to be bound by such Customer Agreement as is currently in effect and as may be amended from time to time. All IRAs established with this application are governed by a pre-dispute arbitration clause, which is found in paragraph 5 of the Customer Agreement, and I acknowledge receipt of the pre-dispute arbitration clause.

SIGNATURE _____ Date _____

X *Grashma* __ 3/15/2000

Fidelity Investments is a registered trademark owned by FMR Corp. Fidelity Brokerage Services, Inc., National Financial Services Corporation, and Fidelity Distributors Corporation are each direct or indirect subsidiaries of FMR Corp. Accounts are carried with our affiliate, National Financial Services Corporation, a member of the New York Stock Exchange and other principal exchanges.

Fidelity will complete this section

Approved by R.R. _____ Date 3/20/00

Accepted by Manager _____ Date 3/20/01

**Fidelity Investments**

Fidelity Brokerage Services, Inc. Member NYSE, SIPC.

Exhibit 15

SEC-FB-E-0000656