UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>SHAOHUA (MICHAEL) YIN and BENJAMIN BIN CHOW,<br><br>Defendants, and<br><br><br>LIZHAO SU, ZHIQING YIN, JUN QIN, YAN ZHOU, BEI XIE, and CHAOFENG JI,<br><br>Relief Defendants. | ECF Case<br><br>Case No. 1:17-cv-00972-JPO<br><br><br>**STIPULATION AND [PROPOSED] ORDER ON RELIEF DEFENDANT JI'S DEADLINE TO ANSWER OR OTHERWISE RESPOND TO THE SEC'S SECOND AMENDED COMPLAINT** |

WHEREAS, in accordance with the Court's June 21, 2019 Order Granting Plaintiff Securities and Exchange Commission's ("SEC") Motion for Alternative Service (Dkt. No. 118): the SEC served the Summons, Second Amended Complaint, and Order via email to mr-yue@163.com on June 21, 2019; and arranged for publication of the proposed notice filed with the Court on June 14 (Dkt. No. 114-1) in the *International New York Times* on July 15, July 22, July 29, and August 5, 2019; and

WHEREAS, relief defendant Ji has requested an extension of time to answer or otherwise respond to the SEC's second amended complaint, and reserves all available defenses that may be asserted by motion under Rule 12(b) of the Federal Rules of Civil Procedure;

1

NOW, THEREFORE:  plaintiff SEC and relief defendant Chaofeng Ji hereby agree and stipulate that the deadline for Ji to answer or otherwise respond to the SEC's second amended complaint shall be September 19, 2019.

Dated:  August 26, 2019

| SECURITIES AND EXCHANGE COMMISSION | SMITH VILLAZOR LLP |
|---|---|
| /s/ Gary Y. Leung<br>Gary Y. Leung<br>Amy J. Longo<br>Jasmine M. Starr<br>Los Angeles Regional Office<br>444 S. Flower Street, 9th Flr.<br>Telephone:  (323) 965-3835<br>longoa@sec.gov<br>leungg@sec.gov<br>starrja@sec.gov<br>*Counsel for Plaintiff SEC* | /s/ Brian T. Burns<br>Brian T. Burns<br>250 West 55th Street, 30th Floor<br>New York, New York 10019<br>Telephone: (212) 377-0855<br>brian.burns@smithvillazor.com<br>*Counsel for Relief Defendant Ji* |

**SO ORDERED this ___ day of August, 2019.**

_____
J. PAUL OETKEN
United States District Judge