UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>                                  Plaintiff,<br><br>                                  -v-<br><br>SHAOHUA (MICHAEL) YIN, et al.<br>                                  Defendants. | 17-CV-972 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

Pursuant to the parties' letters at Docket Numbers 174, 175, and 177, the deadlines in this matter are modified as follows:

- Relief Defendants' Reply in further support of their Motion to Modify the Preliminary Injunction is due no later than January 17, 2020;

- Relief Defendants' Reply in further support of their Motion for Summary Judgment is due no later than January 17, 2020; and

- Defendant Yin's response to the SEC's letter motion relating to alleged spoliation and non-appearance at a deposition is due no later than January 17, 2020.

Pursuant to the parties' agreement, the Court further orders that:

- The SEC may file a reply to Defendant Yin's response to the SEC's letter motion on or before February 7, 2020;

- Defendants must produce their forensic witness for a deposition at least one week before the deadline for the SEC's reply;

- Defendant Yin must prepare a sworn declaration attesting to the facts and circumstances of the claimed transfer of the deleted files;

- The deadline for fact discovery is extended to March 17, 2020; and

1

- Briefing on Relief Defendants' motion for partial summary judgment is held in abeyance pending resolution of the SEC's motion for discovery sanctions.

The Court reserves judgment on the SEC's request for the production of Defendant Yin's personal laptop or the appointment of a special master.

    SO ORDERED.

Dated: December 17, 2019
       New York, New York

J. PAUL OETKEN
United States District Judge