UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE
COMMISSION,
                      Plaintiff,

              -v-

SHAOHUA MICHAEL YIN,
                      Defendant.

17-CV-972 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    The oral arguments previously scheduled for March 6, 2020, are adjourned to March 10, 2020, at 12:00 p.m. So ordered.

    SO ORDERED.

Dated: February 14, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge