UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

                Plaintiff,

-v-

SHAOHUA MICHAEL YIN *et al.*,

                Defendants.

17-CV-972 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The Amended Order of Reference to Magistrate Judge Cott at Docket Number 179 is hereby withdrawn. The Court will hear oral arguments on the motions at Docket Numbers 156 and 159, as well as the request for the appointment of a special master at Docket Number 175, at the hearing currently scheduled for March 10, 2020.

    SO ORDERED.

Dated: February 18, 2020
       New York, New York

_____
J. PAUL OETKEN
United States District Judge