UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>　　　　　　　　　　　Plaintiff,<br><br>　　　　　-v-<br><br>SHAOHUA (MICHAEL) YIN, *et al.*,<br>　　　　　　　　　　　Defendants. | 17-CV-972 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

　　As stated in its November 19, 2020 Opinion and Order, it is the Court's determination that this case would benefit from an impartial investigation into Defendant Yin's February 2017 file transfer and forensic examination of Defendant Yin's personal computer. At this time, the Court does not perceive a need to expand the Special Master's mandate beyond that described in the Opinion and Order. Relief Defendants may proceed with their proposed discovery protocol, without the intervention of the Special Master. (Dkt. No. 224.) The parties' proposed Special Master, Joshua Larocca, is directed to file an affidavit disclosing whether there is any ground for his disqualification under 28 U.S.C. § 455. Fed. R. Civ. P. 53(b)(3)(A).

　　SO ORDERED.

Dated: December 22, 2020
　　　　New York, New York

_____
J. PAUL OETKEN
United States District Judge