UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>-against-<br><br>SHAOHUA (MICHAEL) YIN and BENJAMIN BIN CHOW,<br><br>Defendants, and<br><br>LIZHAO SU, ZHIQING YIN, JUN QIN, YAN ZHOU, BEI XIE, and CHAOFENG JI,<br><br>Relief Defendants. | Case No.: 1:17-cv-972-JPO |

## ORDER MODIFYING PRELIMINARY INJUNCTION TO RELEASE FUNDS FOR SPECIAL MASTER FEES AND EXPENSES

WHEREAS, on March 23, 2017, this Court entered a Preliminary Injunction Order on Consent (ECF No. 27) (the "Preliminary Injunction") freezing all funds in each of five (5) Interactive Brokers accounts belonging to Relief Defendants Lizhao Su, Zhiqing Yin, Jun Qin, Yan Zhou and Bei Xie, respectively (the "IB Accounts");

WHEREAS, on July 2, 2021, this Court entered an Order of Appointment of Special Master (ECF No. 262) (the "Special Master Order") appointing Joshua Larocca as Special Master and, *inter alia*, setting forth provisions governing the Special Master's compensation;

WHEREAS, on August 9, 2021, the Special Master filed his Initial Report (ECF No. 265), setting forth an estimate of $109,850 (the "Estimate") to carry out the work described in the Special Master Order;

WHEREAS, on August 13, 2021, the Special Master informed the parties that he had established an account at JPMorgan Chase Bank, N.A., NY with the Account No. XXXXX3175 (the "Special Master Account") for receipt of the Estimate amount, as contemplated by ¶ 20 of the Special Master Order;

WHEREAS, the Special Master Order, also at ¶ 20, directs the parties to "jointly prepare a Proposed Order directing the release of sufficient funds from [the IB Accounts] to compensate the Special Master for the entirety [of] the Estimate, and directing such funds to the [Special Master] Account"; and

WHEREAS, the Special Master Order, at ¶ 19, sets forth a schedule requiring the Special Master to be compensated from each of the IB Accounts on a pro rata basis;

**IT IS HEREBY ORDERED** that the Preliminary Injunction (ECF No. 27) is modified as follows:

1. Funds in the amount of $47,235.50 held in Interactive Broker Account No. UXXX9828 in the name of Relief Defendant Su are released and shall be paid directly to the Special Master Account;

2. Funds in the amount of $48,334.00 held in Interactive Broker Account No. UXXX9198 in the name of Relief Defendant Z. Yin are released and shall be paid directly to the Special Master Account;

3. Funds in the amount of $8,788.00 held in Interactive Broker Account No. UXXX8920 in the name of Relief Defendant Qin are released and shall be paid directly to the Special Master Account;

4. Funds in the amount of $3,295.50 held in Interactive Broker Account No. UXXX1566 in the name of Relief Defendant Zhou are released and shall be paid directly to the Special Master Account; and

5. Funds in the amount of $2,197.00 held in Interactive Broker Account No. UXXX3862 in the name of Relief Defendant Xie are released and shall be paid directly to the Special Master Account.

**IT IS SO ORDERED this 20th day of August, 2021**.

_____
J. PAUL OETKEN
United States District Judge