UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

-against-

SHAOHUA (MICHAEL) YIN,

Defendant, and

LIZHAO SU, ZHIQING YIN, JUN QIN,
YAN ZHOU, BEI XIE, and CHAOFENG JI,

Relief Defendants.

Case No.: 1:17-cv-972-JPO

---

### ORDER GRANTING THE MOTION OF RELIEF DEFENDANT LIZHAO SU TO MODIFY THE PRELIMINARY INJUNCTION TO RELEASE FUNDS FOR MEDICAL COSTS

Upon consideration of the record in this case and the application of Relief Defendant Lizhao Su to Modify the Preliminary Injunction to Release Funds for Medical Costs, which application is consented to by the SEC;

**IT IS HEREBY ORDERED** that the Court's Order of March 23, 2017 (ECF No. 27) is modified as follows:

1. Funds in the amount of $200,000, held in Interactive Broker Account No. UXXX9828 (Lizhao Su), are released and shall be paid directly to Wilson Sonsini Goodrich and Rosati, Professional Corporation, which funds shall then be forwarded to Ms. Su's financial account in her name solely for payment of her medical expenses. Wilson Sonsini Goodrich and Rosati, Professional Corporation, shall provide the SEC with the name of the financial institution and account number for Ms. Su's account in advance of sending the released funds to

Ms. Su, and the wire transfer documentation within three business days of the funds transfer to Ms. Su.

2. Ms. Su shall account to the SEC, through her counsel, on a monthly basis for the expenditure of these funds by providing documentation of Ms. Su's medical expenses (including the invoices and payment detail for all such expenses).  Any excess funds at the conclusion of Ms. Su's medical treatment shall be re-deposited to the above-referenced account or placed on account with the Clerk of the Court.

3. Absent the application of the SEC to the Court demonstrating good cause, the SEC may not use at the trial of this matter or for any other purpose any of the medical information it receives from Ms. Su or her counsel in connection with her payment of medical expenses.

**IT IS SO ORDERED this 8th day of March 2022**.

_____
J. PAUL OETKEN
United States District Judge