UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

    -against-

SHAOHUA (MICHAEL) YIN,

    Defendant, and

LIZHAO SU, ZHIQING YIN, JUN QIN,
YAN ZHOU, BEI XIE, and CHAOFENG JI,

    Relief Defendants.

Case No.: 1:17-cv-00972-JPO

## ORDER FURTHER MODIFYING PRELMINARY INJUNCTION TO RELEASE FUNDS FOR SPECIAL MASTER FEES AND EXPENSES

WHEREAS, on March 23, 2017, this Court entered a Preliminary Injunction Order on Consent (ECF No. 27) (the "Preliminary Injunction") freezing all funds in each of five (5) Interactive Brokers accounts belonging to Relief Defendants Lizhao Su, Zhiqing Yin, Jun Qin, Yan Zhao and Bei Xie, respectively (the "IB Accounts");

WHEREAS, on July 2, 2021, this Court entered an Order of Appointment (ECF No. 262) (the "Special Master Order") appointing Joshua Larocca as Special Master and, *inter alia*, setting forth provisions governing the Special Master's compensation;

WHEREAS, on August 13, 2021, the Special Master informed the parties that he had established an account at JPMorgan Chase Bank, N.A., NY with the Account No. XXXXX3175 (the "Special Master Account") for receipt of payment, as contemplated by ¶ 20 of the Special Master Order;

WHEREAS, the Special Master Order, also at ¶ 20, directs the parties to "jointly prepare a Proposed Order directing the release of sufficient funds from [the IB Accounts] to compensate the Special Master for the entirety [of] the Estimate, and directing such funds to the [Special Master] Account";

WHEREAS, the Special Master Order, at ¶ 19, sets forth a schedule requiring the Special Master to be compensated from each of the IB Accounts on a pro rata basis;

WHEREAS, on August 19, 2021, the parties jointly submitted a Proposed Order directing the release of sufficient funds from the IB Accounts to compensate the Special Master for the entirety of the Estimate, and directing such funds to the Special Master Account (ECF No. 266);

WHEREAS, on August 20, 2021, this Court entered an Order modifying the Preliminary Injunction (ECF No. 27) and directing the release of sufficient funds from the IB Accounts to compensate the Special Master for the entirety of the Estimate (ECF No. 267); and

WHEREAS, as of September 20, 2022, the Special Master submitted invoices for additional work performed and requesting remittance of an additional $80,659.09 in unpaid fees.

**IT IS HEREBY ORDERED** that the Preliminary Injunction (ECF No. 27) is modified as follows:

1. Funds in the amount of $34,684 held in Interactive Broker Account No. UXXX9828 in the name of Relief Defendant Su are released and shall be paid directly to the Special Master Account;

2. Funds in the amount of $35,490 held in Interactive Broker Account No. UXXX9198 in the name of Relief Defendant Z. Yin are released and shall be paid directly to the Special Master Account;

3. Funds in the amount of $6,453 held in Interactive Broker Account No. UXXX8920 in the name of Relief Defendant Qin are released and shall be paid directly to the Special Master Account;

4. Funds in the amount of $2,420 held in Interactive Broker Account No. UXXX1566 in the name of Relief Defendant Zhou are released and shall be paid directly to the Special Master Account; and

5. Funds in the amount of $1,614 held in Interactive Broker Account No. UXXX3862 in the name of Relief Defendant Xie are released and shall be paid directly to the Special Master Account.

**IT IS SO ORDERED this 26th day of October 2022**.

_____
J. PAUL OETKEN
United States District Judge