UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>               Plaintiff,<br><br>  -v-<br><br>SHAOHUA (MICHAEL) YIN,<br><br>               Defendant, and<br><br>LIZHAO SU, ZHIQING YIN, JUN QIN,<br>YAN ZHOU, and BEI XIE,<br><br>               Relief Defendants. | 17-CV-00972 (JPO) |

**ORDER GRANTING THE MOTION OF RELIEF DEFENDANT ZHIQING YIN TO MODIFY THE PRELIMINARY INJUNCTION TO RELEASE FUNDS FOR MEDICAL COSTS**

WHEREAS, on March 8, 2022, the Court granted the motion of Relief Defendant Lizhao Su to modify the preliminary injunction to release funds in the amount of $200,000, held in Interactive Brokers account no. UXXX9828 (Lizhao Su), to allow Ms. Su to pay for certain medical expenses. *See* ECF No. 291.

WHEREAS, Relief Defendant Zhiqing Yin ("Z. Yin") now is incurring medical expenses, and respectfully requests that the Court allow him to access the same funds previously released to Lizhao Su to pay for his medical expenses.

WHEREAS, the SEC consents to this application.

WHEREFORE, upon consideration of the record in this case and the application of Relief Defendant Z. Yin to Modify the Preliminary Injunction to Release Funds for Medical Costs,

**IT IS HEREBY ORDERED** that the Court's order of March 8, 2022 (ECF No. 291) is modified as follows:

1. The funds previously released to pay for Ms. Su's medical expenses may also be used to pay for Mr. Z. Yin's medical expenses.

2. Mr. Z. Yin shall account to the SEC, through his counsel, on a monthly basis for the expenditure of these funds by providing documentation of Mr. Z. Yin's medical expenses (including the invoices and payment detail for all such expenses). Any excess funds at the conclusion of Mr. Z. Yin's medical treatment shall be re-deposited to the above-referenced account or placed on account with the Clerk of the Court.

3. Subject to the changes above, the Court's March 8, 2022 order (ECF No. 291) remains in effect.

SO ORDERED.

Dated: January 16, 2024
      New York, New York

_____
J. PAUL OETKEN
United States District Judge