UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES AND EXCHANGE COMMISSION,
                Plaintiff,

-v-

SHAOHUA (MICHAEL) YIN,
                Defendant, and

LIZHAO SU ZHIQING YIN, JUN QIN, YAN ZHOU, BEI XIE, and CHAOFENG JI,
                Relief Defendants.

17-CV-972 (JPO)

---

## ORDER CONTINUING DEADLINE FOR BRIEFING ON OWNERSHIP OF ACCOUNT IN THE NAME OF YAN ZHOU

For good cause shown IT IS HEREBY ORDERED that the Court's Order of November 6, 2024 (ECF No. 385) and modified on December 11, 2024 (ECF No. 387) is further modified as follows:

1. Opening briefs as to ownership of the account in the name of relief defendant Yan Zhou are due Monday, April 22, 2024;

2. Responsive briefs as to ownership of the account in the name of relief defendant Yan Zhou are due Monday, May 27, 2024; and

3. This Order does not modify the dates as to briefing related to the accounts in the names of the other relief defendants.

SO ORDERED.

Dated: January 17, 2024
       New York, New York

_____
J. PAUL OETKEN
United States District Judge